UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ARCHER & GREINER, ESQS.

---

WASHINGTON MUTUAL BANK

Plaintiff(s)

Index # 08 CV 2154

- against -

LAW OFFICE OF ROBERT JAY GUMENICK, P.C., ETANO

Defendant(s)

Purchased March 4, 2008

File # 120 (D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 24, 2008 at 12:30 PM at

160 BROADWAY
SUITE 1100
NEW YORK, NY 10038

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT on ROBERT JAY GUMENICK therein named.

**INDIVIDUAL** by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BALD | 40 | 5'6 | 160 |

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 25, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

ANDERSON CHAN
License #: 1220482
Invoice #: 458624

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

AO 440 (Rev.8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                        District of        NEW YORK

WASHINGTON MUTUAL BANK,

    Plaintiff,

vs.

LAW OFFICE OF ROBERT JAY GUMENICK, P.C. and ROBERT JAY GUMENICK,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 02154

TO: ROBERT JAY GUMENICK
418 State St.
Brooklyn, NY 11217

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY, Stephen M. Packman, Esquire, c/o ARCHER & GREINER, P.C., One Centennial Square, Haddonfield, NJ 08033, an answer to the complaint which is served on your with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answers that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: MAR 0 4 2008

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/25/08 |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

*Check one box below to indicate appropriate method of service.*

☑ Served personally upon the defendant. Place where served: 160 Broadway, Ste 1100 New York, NY 10038

M/W/Bald/40/5'6"/160

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $ 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/08
Date

Signature of Server

Anderson Chan – Lic. #1220482
315 Broadway 3rd Fl. New York, NY 10007
Address of Server

3153782v1

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.