UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WASHINGTON MUTUAL BANK,

      Plaintiff,

  v.

LAW OFFICE OF ROBERT JAY GUMENICK, P.C., and
ROBERT JAY GUMENICK,

      Defendants.

---

08 CV 02154 (VM)

**Stipulation**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties in this action, that the time for the defendants, Law Office of Robert Jay Gumenick, and Robert Jay Gumenick, to answer or otherwise move with respect to the plaintiff's complaint dated March 3, 2008, is hereby extended up to and including May 14, 2008. This stipulation may be executed in counterparts and facsimile signatures shall be deemed originals.

Dated: New York, New York
   April 10, 2008

ARCHER & GREINER

By: _____
  Stephen M. Packman
  One Centennial Square
  Haddonfield, New Jersey 08033
  (856) 795-2121

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
  Brett A. Scher
  Justin R. Leitner
  150 East 42nd Street
  New York, New York 10016-5639
  (212) 490-3000
  File No. 07765.00078

SO ORDERED: 17 April 2008

_____
Hon. Victor Marrero
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08

3186905.1