UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WASHINGTON MUTUAL BANK,

                Plaintiff,

         v.

LAW OFFICE OF ROBERT JAY GUMENICK, P.C., and ROBERT JAY GUMENICK,

                Defendants.

08 CV 02154 (VM) (FM)

## **Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the within Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Law Office of Robert Jay Gumenick, P.C., a private non-governmental corporate party, hereby certifies that Law Office of Robert Jay Gumenick, P.C. is a privately held personal corporation and is not publicly traded.

Dated: New York, New York
        May 14, 2008

                                          WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

                        By:         /s/ *Justin R. Leitner*
                               Brett A. Scher
                               Justin R. Leitner
                               150 East 42nd Street
                               New York, New York 10016-5639
                               (212) 490-3000
                               File No. 07765.00078
                               *Attorneys for Defendants*

3229858.1