UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON MUTUAL BANK,<br><br>         Plaintiff,<br><br>       v.<br><br>LAW OFFICE OF ROBERT JAY GUMENICK, P.C., and ROBERT JAY GUMENICK,<br><br>         Defendants. | 08 CV 02154 (VM) (FM) |

### Notice of Defendants' Motion to Dismiss
### Pursuant to Fed. R. Civ. P. 12(b)(6), or Alternatively, to Stay Proceedings

  PLEASE TAKE NOTICE that, upon declaration of Justin R. Leitner, dated May 14, 2008, the exhibits annexed thereto, and the accompanying memorandum of law, defendants Law Office of Robert Jay Gumenick, P.C., and Robert Jay Gumenick, by their undersigned counsel, shall move this Court before the Honorable Victor Marrero, at the United States District Courthouse located 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order:

  (1) dismissing the plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted; or, alternatively,

  (2) staying this action; and/or

  (3) granting such other and further relief that the Court deems necessary and appropriate.

3227969.1

- 2 -

Dated:  New York, New York
       May 14, 2008

                                       WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

By:  _____/s/ *Justin R. Leitner*_____
      Brett A. Scher
      Justin R. Leitner
150 East 42nd Street
New York, New York 10016-5639
(212) 490-3000
File No. 07765.00078
*Attorneys for Defendants*

To:

All Counsel (via ECF)