UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICE OF ROBERT JAY GUMENICK, P.C., and ROBERT JAY GUMENICK,<br><br>Defendants. | 08 CV 02154 (VM) (FM) |

### Declaration in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or Alternatively, to Stay Proceedings

JUSTIN R. LEITNER, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1.      I am associated with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for defendants Law Office of Robert Jay Gumenick, P.C., and Robert Jay Gumenick ("Gumenick"), (collectively, "Defendants").

2.      I submit this declaration in support of Defendants' motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the complaint of plaintiff Washington Mutual Bank ("WaMu"), or alternatively, to stay all proceedings in this matter pending the resolution of related litigation.

3.      Annexed hereto at Exhibit A is a true copy of WaMu's complaint in this action, dated March 3, 2008.

4.      Annexed hereto at Exhibit B is a true copy of a Proof of Claim filed by WaMu in the matter of PNC Bank, National Association v. Solomon Dwek, et al., Docket No. MON-C-133-06, Superior Court of New Jersey, Monmouth County, Chancery Division (the "Dwek State Court Action").

3229906.1

5.    Annexed hereto at Exhibit C is a true copy of an Amended Involuntary Petition under Chapter 7 of the United States Bankruptcy Code, filed by WaMu (among other petitioners), in the proceeding captioned In re: Solomon Dwek, Debtor, United States Bankruptcy Court, District of New Jersey, Bankruptcy Case No. 07-11757 (KCF) (the "Dwek Bankruptcy Action").[1]

6.    Annexed hereto at Exhibit D is a true copy of the debtor in the Dwek Bankruptcy Action – Solomon Dwek's ("Dwek") – schedules, creditors, and statement of financial affairs, as filed in that action.

7.    Annexed hereto at Exhibit E is a true copy of a Proof of Claim filed by WaMu in the Dwek Bankruptcy Action.

Dated:  New York, New York
        May 14, 2008

                                    _____/s/ Justin R. Leitner_____
                                                JUSTIN R. LEITNER

---

[1]    By Order of the Court (Hon. Kathryn C. Ferguson) in the Dwek Bankruptcy Action, dated February 22, 2007, the proceeding was converted from a Chapter 7 bankruptcy to a Chapter 11 reorganization.

AO 440 (Rev.8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                              District of           NEW YORK

WASHINGTON MUTUAL BANK,

        Plaintiff,

      vs.

LAW OFFICE OF ROBERT JAY
GUMENICK, P.C. and ROBERT JAY
GUMENICK,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 02154**

TO: **LAW OFFICE OF ROBERT JAY GUMENICK, P.C.**
160 Broadway, Suite 1100
New York, NY 10038

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY, Stephen M. Packman, Esquire, c/o ARCHER & GREINER, P.C., One Centennial Square, Haddonfield, NJ 08033, an answer to the complaint which is served on your with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answers that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE    MAR 0 4 2008

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service.*

☐    Served personally upon the defendant.  Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $  0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                   *Signature of Server*

                                _____
                                 *Address of Server*

3153759v1

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

08 CV 02154

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | Civil Action |
| Plaintiff, | Case No. : |
| v. | |
| LAW OFFICE OF ROBERT JAY GUMENICK, P.C. and ROBERT JAY GUMENICK, | **RULE 7.1 STATEMENT** |
| Defendants. | |

RECEIVED
MAR 04 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Washington Mutual Bank (a private non-governmental

party) certifies that Washington Mutual Bank's corporate parent is Washington Mutual Bank,

Inc.. There is no publicly held company that owns 10% or more of Washington Mutual Bank's

stock.

Dated:  3/3/08

_____
Signature of Attorney

Attorney Bar Code:___493206

3154400v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | Civil Action |
| Plaintiff, | Case No. : |
| v. | |
| LAW OFFICE OF ROBERT JAY GUMENICK, P.C. and ROBERT JAY GUMENICK, | COMPLAINT - Jury Trial Demanded |
| Defendants. | |

08 CV 02154

RECEIVED
MAR 0 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff, Washington Mutual Bank, by way of Complaint against the defendants, Law Office of Robert Jay Gumenick, P.C. and Robert Jay Gumenick, avers as follows:

## THE PARTIES

1.       Plaintiff, Washington Mutual Bank ("WaMu"), is a federally chartered savings association with its home office located at  2273 North Green Valley Parkway, Suite 14, Henderson, Nevada 89014.

2.       Defendant, Law Office of Robert Jay Gumenick, P.C. ("Law Office") is, upon information and belief, a corporation organized and existing under the laws of the State of New York with its principal place of business located at 160 Broadway, Suite 1100, New York, NY 10038.

3.       Defendant, Robert Jay Gumenick ("Gumenick") is, upon information and belief, a resident of the State of New York with an address at 418 State St., Brooklyn, NY 11217.

4.       The Law Office and Gumenick may, at times, be referred to herein collectively as the "Defendant."

### JURISDICTION AND VENUE

5.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different States.

6.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) as the Law Office resides in this District and Gumenick is a citizens of the State of New York.

### FACTUAL BACKGROUND

7.    Gumenick is a licensed attorney and, at all times relevant hereto, was the sole attorney employed by the Law Office.

8.    The Defendant represented WaMu in connection with the closing of commercial loans, including, but not limited to, commercial loan number 714123882 (the "Norwood Loan").

9.    The terms of the Defendant's retention agreement with WaMu are set forth in a master engagement agreement (the "Agreement") dated January 24, 2006.

10.    Pursuant to the terms and conditions of the Agreement, the Defendant agreed to provide WaMu with, *inter alia* the following continuing and related legal services:

      a.    Provide WaMu with a closing protection letter from the title company issuing title insurance on each loan;

      b.    Review the loan documents for accuracy, make any changes requested or approved by WaMu and supervise the execution of such documents by the borrower;

      c.    Attend the closing and review title, survey and the ALTA policy delivered by the borrower to confirm that WaMu is in a first lien position upon recordation of the mortgage;

      d.    Prepare the necessary closing statement disbursing proceeds of the loan for execution by the borrower;

      e.    Coordinate the disbursement of all loan proceeds, lien payoff amounts and third party fees;

2

      f.     Assemble the final loan documents, prepare required transmittal letters and return the original documents to WaMu together with copies of all documents sent for recording within 24 hours of disbursement;

      e.     Cause all necessary documents relating to the subject loan to be recorded and/or filed, if applicable, and the title policy to be issued and delivered to WaMu.

11.     Prior to the Norwood Loan, the Defendant represented WaMu as legal counsel in connection with commercial loans (the "Dwek Loans") to New Jersey borrowers (the "Dwek Borrowers") who were represented by the law firm of Ansell, Zaro, Grimm & Aaron (the "Ansell Firm").

12.     The Norwood Loan, in the principal amount of 1.8 million dollars, was to be evidenced by a promissory note from the borrower, 1001 Norwood, LLC (the "Norwood Borrower"), and secured by commercial property known commonly as 1001 Norwood Avenue, Long Branch, New Jersey (the "Property").

13.     At the outset of the transaction, the Norwood Borrower was represented by Jason Klein of the Ansell Firm.

14.     On or about April 4, 2006, three (3) days prior to the closing of the Norwood Loan, Defendant was told by an individual identifying himself to the Defendant over the phone as Joey Kohen ("Kohen") that an attorney named Jerome Shapiro ("Shapiro") would be representing the Norwood Borrower instead of the Ansell Firm.

15.     Defendant was further told by Kohen that a different title agency, Successful Title Agency, LLC ("Successful"), would be involved in the closing of the transaction.

16.     Defendant had no prior dealings with or knowledge of Kohen or Shapiro.

17.     Defendant did not conduct any investigation regarding the circumstances underlying the transfer of the file from the Ansell Firm to Shapiro three (3) days in advance of the date of closing or change of title agencies.

18.     Through the date of closing of the Norwood Loan on April 7, 2006, Defendant

communicated principally with Kohen who, upon information and belief, never worked for

Shapiro.

19.     On April 7, 2006, the Property was owned of record by an entity known as Dwek

Properties, LLC.

20.     On April 7, 2006, the Property was subject to the following mortgage liens:

     (a)     Mortgage and Security Agreement made by Dwek Properties, LLC, to
            Amboy National Bank, dated May 20, 2004 and recorded June 4, 2004 in
            OR Book 8368 page 7929, to secure the principal amount of $1,650,000
            ("Amboy Mortgage");

     (b)     Mortgage and Security Agreement made by the Jemar Enterprises, LLC,
            Corbett Holdings I, LLC, 1111 Eleventh Avenue, LLC, *Dwek Properties,*
            *LLC*, Belmar Gas, LLC, Dwek Assets, LLC, Route 33 Medical, LLC,
            Water View Offices, LLC, Dwek Apartments, LLC, WLB Highway, LLC,
            Berkeley Heights Gas, LLC, Myrtle Avenue Land, LLC and 170 Broad
            Street, LLC (the "Multi-Property Borrowers") to BRT Realty Trust, dated
            December 22, 2005 and recorded January 3, 2006 in OR Book 8530 page
            708, to secure the amount of $7,000,000 ("BRT Mortgage").

21.     Defendant was fully aware of the record of title as of April 7, 2006, having

reviewed numerous title documents from Successful and others.

22.     On or about April 7, 2006, Defendant received closing instructions from WaMu

requiring, inter alia, the Defendant to procure a title policy evidencing fee simple title to the

Property in the name of the Norwood Borrower and insuring the Mortgage as a first mortgage

lien against the Property.

23.     At the time of the closing, the Amboy Mortgage and the BRT Mortgage remained

liens of record against the Property (collectively, the "Senior Liens").

24.     At no point did Defendant confirm with the lenders whether the Senior Liens

were in fact paid and released.

4

25.    Defendant did not obtain discharges of mortgages on the Senior Liens or letters of intent to discharge liens from the lenders or anyone else on the Senior Liens.

26.    Defendant did not obtain a deed or any other evidence of title to the Property being in the name of the Norwood Borrower as of closing.

27.    On the date of closing, Defendant received faxed wiring instructions ("Wiring Instructions") purportedly from Shapiro's law office.

28.    The Wiring Instructions were typed by an unidentified individual on a one page, unsigned document.

29.    The Wiring Instructions indicated that the closing funds were to be wired to a Wachovia Bank account in the name of "Jerome Shapiro O.M.I." ("Wachovia Account").

30.    Defendant conducted no inquiry regarding the Wachovia Account including, but not limited to, whether or not the account was in fact Shapiro's attorney trust account.

31.    Defendant did not obtain a closing service letter reflecting Shapiro as the Norwood Borrower's attorney or as a covered agent of the title insurer, Chicago Title Insurance Company, for purposes of closing the loan.

32.    On April 7, 2006, WaMu wired closing funds (the "Closing Proceeds") in the amount of $1,792,312.40 to an attorney account maintained by the Defendant with Chase Bank.

33.    At Defendant's instruction, the Closing Proceeds were then wired from Chase Bank to the Wachovia Account.

34.    Defendant made no further inquiry with Shapiro or otherwise regarding the Closing Proceeds on the Norwood Loan once they left his account.

35.    Defendant is unable to account for the disposition of the closing proceeds on the Norwood Loan subsequent to the funds leaving its account.

36.    Upon information and belief, Shapiro did not receive the Closing Proceeds.

37.    At no time did Defendant make inquiry to determine whether an insurance premium had been paid or advise WaMu that the premium had not been paid.

38.    No title insurance premium was paid in connection with the Norwood Loan.

39.    The Senior Liens were not paid in connection with the Norwood Loan but continue to remain prior liens on the Property.

40.    A mortgage ("Mortgage"), signed by the Norwood Borrower in favor of WaMu, was subsequently recorded as a third mortgage lien against the Property in the Monmouth County Clerk's Office on May 11, 2006, in Book OR8562, page 4037.

41.    Subsequent to closing, Defendant made no independent inquiry regarding the issuance of a title policy on the Norwood Loan insuring title in the name of the Norwood Borrower or the Mortgage as a first lien against the Property.

42.    Defendant took no further action on behalf of WaMu to obtain the issuance of title insurance in connection with the Norwood Loan.

43.    No title policy has been issued in connection with the Norwood Loan.

44.    Title to the Property remains vested in Dwek Properties, LLC.

45.    Defendant received attorneys fees for closing the Norwood Loan which he paid himself from the Closing Proceeds.

### FIRST COUNT - LEGAL MALPRACTICE (NEGLIGENCE)

46.    The foregoing paragraphs are incorporated herein by reference as if fully set forth at length.

47.    At all times relevant herein, the Defendant represented WaMu as its legal counsel pursuant to the Agreement.

48.    Defendant owed WaMu a duty of due care in representing the interests of WaMu as its legal counsel in connection with the Norwood Loan and otherwise.

6

49.      Defendant was negligent in its representation of WaMu in connection with the

Norwood Loan, and otherwise, as a result of its numerous breaches of the duty of due care it

owed to WaMu.

50.      Defendant's breaches of due care include, but are not limited to, the following:

(a)      Failing to obtain a deed and/or other adequate assurance that the Norwood Borrower was the title owner of the Property;

(b)      Failing to ensure that the Mortgage was a first mortgage lien against the Property;

(c)      Releasing the Closing Proceeds from an attorney account contrary to the Agreement between Defendant and WaMu and contrary to WaMu's closing instructions;

(d)      Failing to obtain a title policy insuring the Norwood Borrower as the owner of the Property and the Mortgage as a first lien against the Property;

(e)      Failing to ensure that a title policy premium was paid;

(f)      Failing to obtain and provide WaMu with a closing service letter naming Shapiro as counsel for the Norwood Borrower;

(g)      Failing to follow WaMu's closing instructions;

(h)      Failing to close the Norwood Loan in accordance with WaMu's closing instructions and the Agreement;

(i)      Taking actions, or refraining from taking actions, without permission or approval of an authorized representative of WaMu;

(j)      Failing to maintain required insurance coverage and bond coverage as required by the Agreement;

(k)      Failing to provide WaMu with competent legal advice and representation;

(l)      Providing WaMu with incorrect, inconsistent and incomplete legal advice;

(m)      Providing WaMu with advice contrary to the legal and economic interests of WaMu;

(n)      Failing to adopt and implement competent procedures as closing counsel for WaMu;

(o)      Failing to provide WaMu with competent and appropriate remedial advice to known adverse issues;

7

(p)   Failing to take competent and appropriate remedial actions on behalf of
      WaMu to known adverse issues;

(q)   Otherwise failing to provide competent legal counsel and advice in
      representing the interests of WaMu in connection with the Norwood Loan.

51.   As a direct and proximate result of, but not limited to, these actions, failures,

breaches, and omissions of the Defendant, WaMu has sustained and continues to sustain

substantial damages.

WHEREFORE, WaMu demands judgment against the defendants, Law Office of Robert

Jay Gumenick, P.C. and Robert Jay Gumenick, jointly, severally and/or in the alternative for:

(a)   compensatory damages,

(b)   consequential damages,

(c)   incidental damages,

(d)   pre and post-judgment interest,

(e)   attorneys fees, costs, and

(f)   such other and further relief as the Court deems appropriate.

## SECOND COUNT - BREACH OF CONTRACT

52.   The foregoing paragraphs are incorporated herein by reference as if fully set forth

at length.

53.   Defendant agreed to represent WaMu as its legal counsel in connection with the

Norwood Loan.

54.   The Agreement sets forth the terms of the engagement including, but not limited

to, those terms set forth in paragraph 10 of this Complaint.

55.   Defendant received compensation for his services under the Agreement.

56.   Defendant breached the terms of the Agreement as a result of, but not limited to,

those breaches set forth in paragraph 50 of the First Count of this Complaint.

8

57.    As a direct and proximate result of the aforesaid breaches by Defendant of the Agreement, WaMu has incurred, and continues to incur substantial damages.

WHEREFORE, WaMu demands judgment against the defendants, Law Office of Robert Jay Gumenick, P.C. and Robert Jay Gumenick, jointly, severally, and/or in the alternative, for:

      (a)    compensatory damages,

      (b)    consequential damages,

      (c)    incidental damages,

      (d)    pre and post-judgment interest,

      (e)    attorneys fees, costs, and

      (f)    such other and further relief as the Court deems appropriate.

### THIRD COUNT- BREACH OF FIDUCIARY DUTY

58.    The foregoing paragraphs are incorporated herein by reference as if fully set forth at length.

59.    Defendant agreed to represent WaMu as its legal counsel in connection with the Norwood Loan.

60.    As legal counsel to WaMu, Defendant owed a fiduciary duty to WaMu at all times relevant to this matter.

61.    Defendant violated that fiduciary duty as a result of, but not limited to, those breaches set forth in paragraph 50 of the First Count of this Complaint.

62.    Defendant's breaches have directly and proximately caused harm to WaMu.

9

63.    Defendant's actions, and omissions, were careless, reckless and without regard for WaMu's rights as its client.

WHEREFORE, WaMu demands judgment against the defendants, Law Office of Robert Jay Gumenick, P.C. and Robert Jay Gumenick, jointly, severally, and/or in the alternative, for:

      (a)    compensatory damages,

      (b)    punitive damages,

      (c)    consequential damages,

      (d)    incidental damages,

      (e)    pre and post-judgment interest,

      (f)    attorneys fees, costs, and

      (g)    such other and further relief as the Court deems appropriate.

Respectfully submitted,

ARCHER & GREINER,
A Professional Corporation
Attorneys for Plaintiff

BY:_____
      STEPHEN M. PACKMAN

One Centennial Square
Haddonfield, NJ 08033
(856) 795-2121
(856) 673-7078

and

2 Penn Plaza, Suite 1500
New York, New York 10121

Dated: March 3 , 2008

3122864v1

10

**PROOF OF CLAIM**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Winston Circle, LLC _____<br><br>AMOUNT OF CLAIM $ 1,627,520.84 _____ |
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim: |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | ☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☒ Loan Guarantee: Solomon Dwek<br>☐ Participant in L.L.C. |
| Name of Debtor:<br><br>Winston Circle, LLC | Name of L.L.C. _____<br>☐ Other |
| | Date Debt was Incurred: November 9, 2005<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒ Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒ Real Estate      ☐ Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>708 Highway 35, Neptune, NJ |
| | Supporting documents **(MUST BE ATTACHED)**:<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Kearnin* FVP<br><br>Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                         **Plaintiff,**<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                        **Defendants.** | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Neptune City Stores, LLC<br><br><br>AMOUNT OF CLAIM $ 3,989,995.72 |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br><br>Name of Debtor:<br><br>Neptune City Stores, LLC | Basis for Claim:<br><br>☐   Goods sold<br>☐   Services performed<br>☒   Money loaned<br>☒   Loan Guarantee:  Solomon Dwek<br>☐   Participant in L.L.C.<br>       Name of L.L.C. _____<br>☐   Other _____<br><br>Date Debt was Incurred: <u>February 27, 2006</u><br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒   Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒  Real Estate    ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br><u>Third and Union Avenue, Neptune, NJ</u> |
| | Supporting documents **(MUST BE ATTACHED):**<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. [signature] · FVP*<br><br>                                                    Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                   Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                 Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>1001 Norwood, LLC<br><br><br>AMOUNT OF CLAIM $ 1,839,313.42 |

| | |
|---|---|
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290 | Basis for Claim:<br><br>☐  Goods sold<br>☐  Services performed<br>☒  Money loaned<br>☐  Loan Guarantee<br>☐  Participant in L.L.C. |
| Name of Debtor:<br><br>1001 Norwood, LLC |       Name of L.L.C. _____<br>☐  Other |
| | Date Debt was Incurred: _April 7, 2006_<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒  Real Estate      ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>1001 Norwood Avenue, Long Branch, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>_Joseph R. Shearin_ FVP<br><br>                                            Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>            Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>            Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Route 88/Brick, LLC _____<br><br>AMOUNT OF CLAIM $ 720,316.95 _____ |
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim:<br><br>☐   Goods sold<br>☐   Services performed<br>☒   Money loaned<br>☒   Loan Guarantee:  Solomon Dwek and Charles Mamiye<br>☐   Participant in L.L.C.<br>      Name of L.L.C. _____<br>☐   Other |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | |
| Name of Debtor:<br><br>Route 88/Brick, LLC | |
| | Date Debt was Incurred: February 24, 2006<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒   Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒   Real Estate        ☐   Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>2126 - 2132 Route 88, Brick Township, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Shumei  FVP*<br><br>                                         Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>          Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>          Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06 |

| | |
|---|---|
| | NAME OF ENTITY THAT INCURRED DEBT:<br><br>Dwek Wall, LLC<br><br>AMOUNT OF CLAIM $ 2,446,282.89 |

| | |
|---|---|
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim:<br><br>☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☒ Loan Guarantee: Solomon Dwek<br>☐ Participant in L.L.C.<br>    Name of L.L.C. _____<br>☐ Other _____ |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | |
| Name of Debtor:<br><br>Dwek Wall, LLC | |

| | |
|---|---|
| | Date Debt was Incurred: November 28, 2005<br>**Narrative of basis of claim must be attached** |

| | |
|---|---|
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒ Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒ Real Estate        ☐ Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>2100 State Highway Route 34, Wall, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |

| | |
|---|---|
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>_Joseph A. Guarini_  FVP<br><br><div align="right">Creditor</div> |

**PROOF OF CLAIM**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br>　　　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>6201 Route 9, LLC _____<br><br><br>AMOUNT OF CLAIM $ 1,190,710.10 _____ |
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim:<br><br>☐　Goods sold<br>☐　Services performed<br>☑　Money loaned<br>☑　Loan Guarantee:  Solomon Dwek<br>☐　Participant in L.L.C.<br>　　Name of L.L.C. _____<br>☐　Other |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | |
| Name of Debtor:<br><br>6201 Route 9, LLC | |
| | Date Debt was Incurred: February 1, 2006 ___<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑　Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑　Real Estate　　　　☐　Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>6201 US Highway 9, Howell, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>_Joseph A. Guarini_ FVP<br>　　　　　　　　　　　　　　　　　Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>             Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>             Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Dwek Apartments, LLC<br><br><br>AMOUNT OF CLAIM $ 647,282.01 |

| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim: |
|---|---|
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | ☐  Goods sold<br>☐  Services performed<br>☒  Money loaned<br>☒  Loan Guarantee:  Solomon Dwek |
| Name of Debtor:<br><br>Dwek Apartments, LLC | ☐  Participant in L.L.C.<br>     Name of L.L.C. _____<br>☐  Other |

| | |
|---|---|
| | Date Debt was Incurred:  November 15, 2005<br>**Narrative of basis of claim must be attached** |

| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒  Real Estate        ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>440 Black Horse Pike, Gloucester Township, NJ |
|---|---|
| | Supporting documents **(MUST BE ATTACHED):**<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |

| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Josph A. Scannier* · FVP<br><br>                                                         Creditor |
|---|---|

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                            Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>485 Brick Boulevard, LLC<br><br><br>AMOUNT OF CLAIM $ 1,185,153.93 |

| | |
|---|---|
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br><br>Name of Debtor:<br><br>485 Brick Boulevard, LLC | Basis for Claim:<br><br>☐   Goods sold<br>☐   Services performed<br>☑   Money loaned<br>☑   Loan Guarante:  Solomon Dwek and Charles Mamiye<br>☐   Participant in L.L.C.<br>      Name of L.L.C. _____<br>☐   Other _____ |

| | |
|---|---|
| | Date Debt was Incurred:  February 24, 2006<br>**Narrative of basis of claim must be attached** |

| | |
|---|---|
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑   Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑   Real Estate       ☐   Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>485 - 493 Brick Boulevard, Brick Township, NJ |

| | |
|---|---|
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |

| | |
|---|---|
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>                 Joseph A. Skearnen  FVP<br><br>                                                         Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>1801 Route 88/Brick, LLC _____<br><br><br>AMOUNT OF CLAIM $ 1,685,747.60 _____ |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br>Name of Debtor:<br><br>1801 Route 88/Brick, LLC | Basis for Claim:<br><br>☐  Goods sold<br>☐  Services performed<br>☑  Money loaned<br>☑  Loan Guarantee:  Solomon Dwek and Charles Mamiye<br>☐  Participant in L.L.C.<br>    Name of L.L.C. _____<br>☐  Other _____ |
| | Date Debt was Incurred: February 24, 2006<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑  Real Estate    ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>1801 Route 88, Brick Township, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Kramian · FVP*<br>_____<br>                                              Creditor |

## PROOF OF CLAIM

| PNC BANK, NATIONAL ASSOCIATION, a national banking association, <br><br>               Plaintiff, <br> vs. <br> SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities), <br><br>               Defendants. | SUPERIOR COURT OF NEW JERSEY <br> MONMOUTH COUNTY <br> CHANCERY DIVISION <br> DOCKET NO. MON-C-133-06 <br><br> NAME OF ENTITY THAT INCURRED DEBT: <br><br> Solomon Dwek _____ <br><br> AMOUNT OF CLAIM $ 642,596.33 _____ |
|---|---|
| Name of Creditor: <br> Washington Mutual Bank <br><br> Address: <br> 400 E. Main St. <br> Stockton, CA 95290 <br> Name of Debtor: <br><br> Solomon Dwek | Basis for Claim: <br><br> ☐   Goods sold <br> ☐   Services performed <br> ☑   Money loaned <br> ☐   Loan Guarantee <br> ☐   Participant in L.L.C. <br>       Name of L.L.C. _____ <br> ☐   Other |
| | Date Debt was Incurred: November 15, 2005 <br> **Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent: <br><br> Stephen M. Packman, Esquire <br> Sean W. McMenamin, Esquire <br> Archer & Greiner, PC <br> One Centennial Square <br> Haddonfield, NJ 08033 | Secured Claim: <br><br> ☑   Check this box if your claim is secured by collateral <br><br> Brief description of collateral: <br><br> ☑   Real Estate       ☐   Personal Property <br><br> Address of any real estate upon which you claim a lien: <br> 9 Roseld Court, Deal, NJ 07723 |
| | Supporting documents (**MUST BE ATTACHED**): <br><br> Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me. <br><br> _Joseph A. _____ FVP_ <br><br><div align="right">Creditor</div> |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>        **Plaintiff,**<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>        **Defendants.** | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Solomon Dwek<br><br>AMOUNT OF CLAIM <u>$323,093.21</u> |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br>Name of Debtor:<br><br>Solomon Dwek | Basis for Claim:<br><br>☐   Goods sold<br>☐   Services performed<br>☑   Money loaned<br>☐   Loan Guarantee<br>☐   Participant in L.L.C.<br>      Name of L.L.C.<br>☐   Other |
| | Date Debt was Incurred: August 26, 2005<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑   Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑   Real Estate        ☐   Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>390 Wells Avenue, Oakhurst, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Gianini*   FVP<br><br>                                       Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>      **Plaintiff,**<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>      **Defendants.** | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Solomon Dwek<br>_____<br><br>AMOUNT OF CLAIM $ 251,481.72 _____ |

| | |
|---|---|
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim:<br><br>☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☐ Loan Guarantee<br>☐ Participant in L.L.C.<br>   Name of L.L.C. _____<br>☐ Other |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | |
| Name of Debtor:<br><br>Solomon Dwek | |

| | |
|---|---|
| | Date Debt was Incurred: __August 30, 2005__<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒ Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒ Real Estate   ☐ Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>39 Lake Drive, Roosevelt, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |

| | |
|---|---|
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>_Joseph A. Guarini_ FVP<br>_____<br>                  Creditor |

**PROOF OF CLAIM**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>               Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>               Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Pearl Dwek<br><br><br>AMOUNT OF CLAIM $ 1,574,417.42 |
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim:<br><br>☐  Goods sold<br>☐  Services performed<br>☑  Money loaned<br>☐  Loan Guarantee<br>☐  Participant in L.L.C.<br>      Name of L.L.C. _____<br>☐  Other |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | |
| Name of Debtor:<br><br>Pearl Dwek | |
| | Date Debt was Incurred: January 20, 2006<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑  Real Estate    ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>311 Crosby Avenue, Deal, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>_Joseph A. Shumin_ FVP<br>_____ Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>     Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>     Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Pearl Dwek<br><br>AMOUNT OF CLAIM $ 894,008.43 |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br>Name of Debtor:<br><br>Pearl Dwek | Basis for Claim:<br><br>☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☐ Loan Guarantee<br>☐ Participant in L.L.C.<br> Name of L.L.C. _____<br>☐ Other _____<br><br>Date Debt was Incurred: January 27, 2006<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒ Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒ Real Estate  ☐ Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>404 Crosby Avenue, Deal, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Swanson, FVP*<br><br>                Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                 Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                 Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Pearl Dwek _____<br><br>AMOUNT OF CLAIM $ <u>309,977.97</u> _____ |

| | |
|---|---|
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim: |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | ☐   Goods sold<br>☐   Services performed<br>☑   Money loaned<br>☐   Loan Guarantee |
| Name of Debtor:<br><br>Pearl Dwek | ☐   Participant in L.L.C.<br>       Name of L.L.C. _____<br>☐   Other   _____ |

| | |
|---|---|
| | Date Debt was Incurred: <u>February 3, 2006</u><br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑   Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑   Real Estate       ☐   Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>113 Mountainview Road, Lakewood, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |

| | |
|---|---|
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. [signature]* FVP<br><br>                                            Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Pearl Dwek<br><br>AMOUNT OF CLAIM $ 537,675.80 |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br><br>Name of Debtor:<br><br>Pearl Dwek | Basis for Claim:<br><br>☐  Goods sold<br>☐  Services performed<br>☒  Money loaned<br>☐  Loan Guarantee<br>☐  Participant in L.L.C.<br>     Name of L.L.C. _____<br>☐  Other<br><br><br>Date Debt was Incurred: February 8, 2006<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒  Real Estate     ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>19966 Northeast 36 Place, Aventura, FL |
| | Supporting documents **(MUST BE ATTACHED)**:<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Swansen* FVP<br><br>                                                Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                    Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Solomon Dwek<br><br><br>AMOUNT OF CLAIM $852,816.97 |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br>Name of Debtor:<br><br>Solomon Dwek | Basis for Claim:<br><br>☐  Goods sold<br>☐  Services performed<br>☒  Money loaned<br>☐  Loan Guarantee<br>☐  Participant in L.L.C.<br>     Name of L.L.C. _____<br>☐  Other |
| | Date Debt was Incurred: _November 25, 2005_<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☒  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☒  Real Estate      ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>101 West Palmer Avenue, West Long Branch, NJ |
| | Supporting documents **(MUST BE ATTACHED)**:<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. [signature] FVP*<br><br>                                                Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>                 Plaintiff,<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>                 Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Solomon Dwek<br><u>                                     </u><br><br>AMOUNT OF CLAIM $<u>1,723,377.67     </u> |
| Name of Creditor:<br>Washington Mutual Bank<br><br>Address:<br>400 E. Main St.<br>Stockton, CA 95290<br>Name of Debtor:<br><br>Solomon Dwek | Basis for Claim:<br><br>☐  Goods sold<br>☐  Services performed<br>☑  Money loaned<br>☐  Loan Guarantee<br>☐  Participant in L.L.C.<br>     Name of L.L.C. <u>                 </u><br>☐  Other <u>                    </u> |

| | |
|---|---|
| | Date Debt was Incurred: <u>July 22, 2005    </u><br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑  Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑  Real Estate     ☐  Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>104 Crosby Avenue, Deal, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Swanson  FVP*<br><br>                                             Creditor |

## PROOF OF CLAIM

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>      **Plaintiff,**<br><br>vs.<br>SOLOMON DWEK, an individual; SEM REALTY ASSOCIATES, L.L.C., a limited liability company of the State of New Jersey; and CORBETT HOLDINGS II, L.L.C., a limited liability company of the State of New Jersey, ABC ENTITIES 1-25 (representing presently unknown entities),<br><br>      **Defendants.** | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>CHANCERY DIVISION<br>DOCKET NO. MON-C-133-06<br><br>NAME OF ENTITY THAT INCURRED DEBT:<br><br>Pearl Dwek<br><br>AMOUNT OF CLAIM $ 148,546.03 |
| Name of Creditor:<br>Washington Mutual Bank | Basis for Claim: |
| Address:<br>400 E. Main St.<br>Stockton, CA 95290 | ☐ Goods sold<br>☐ Services performed<br>☑ Money loaned<br>☐ Loan Guarantee<br>☐ Participant in L.L.C.<br>  Name of L.L.C. |
| Name of Debtor:<br><br>Pearl Dwek | ☐ Other |
| | Date Debt was Incurred:  February 23, 2006<br>**Narrative of basis of claim must be attached** |
| Name and Address where notices should be sent:<br><br>Stephen M. Packman, Esquire<br>Sean W. McMenamin, Esquire<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Secured Claim:<br><br>☑ Check this box if your claim is secured by collateral<br><br>Brief description of collateral:<br><br>☑ Real Estate  ☐ Personal Property<br><br>Address of any real estate upon which you claim a lien:<br>310 Nighthawk Lane, Jackson, NJ |
| | Supporting documents (**MUST BE ATTACHED**):<br><br>Copies of supporting documents including, but not limited to, L.L.C. Agreements, Promissory Notes, Guarantees, Loan Agreements, Checks, Mortgages, Assignments of Interest, Judgments, Purchase Orders, Invoices, Contracts, Court Judgments, Security Agreements, and evidence of perfection of a lien. |
| Date: | I certify that the information set forth herein is true and correct to the best of my knowledge and belief based upon the bank's information and records which were made available to me.<br><br>*Joseph A. Guarini · FVP*<br><br>                      Creditor |

FORM 5(10/06)                    FORM 5. INVOLUNTARY PETITION                    AMENDED

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| District of New Jersey | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>**Solomon Dwek** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**311 Crosby Avenue**<br>**Deal, NJ 07723** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS<br>**Monmouth** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| **Nature of Debts**<br>(Check one box)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified<br>in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the*<br>*petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of*<br>*1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).

2. ■ The debtor is a person against whom an order for relief may be entered under title 11
of the United States Code.

3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless
such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee,
receiver, or agent appointed or authorized to take charge of less than substantially all
of the property of the debtor for the purpose of enforcing a lien against such
property, was appointed or took possession.

Name of Debtor: __**Solomon Dwek**__

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X __/s/ Ben Berzin, Jr., Executive VP__
   Signature of Petitioner or Representative (State title)

__PNC Bank, National Association__        __February 8, 2007__
Name of Petitioner                          Date Signed

Name & Mailing         **Ben Berzin, Jr., Executive VP**
Address of Individual  **PNC Bank, National Association**
Signing in Representative **Two Tower Center Blvd., 23rd Fl.**
Capacity               **East Brunswick, NJ 08816**

X __/s/ Peter A. Forgosh__                  __February 8, 2007__
   Signature of Attorney                        Date

**Peter A. Forgosh**
Name of Attorney Firm (If any)

**Day Pitney LLP**
**P.O. Box 1945**
**Morristown, NJ 07962-1945**
Address
Telephone No. ____**973.966.6300**____

X __/s/ Joseph A. Guarnieri, First V.P.__
   Signature of Petitioner or Representative (State title)

__Washington Mutual Bank, a federal assoc.__  __February 8, 2007__
Name of Petitioner                          Date Signed

Name & Mailing         **Joseph A. Guarnieri, First V.P.**
Address of Individual  **1025 RexCorp, East Tower**
Signing in Representative **10th Fl**
Capacity               **Uniondale, NY 11556**

X __/s/ Stephen M. Packman, Esq.__          __February 8, 2007__
   Signature of Attorney                        Date

**Stephen M. Packman, Esq.**
Name of Attorney Firm (If any)

**Archer & Greiner, P.C.**
**Attn: Stephen M. Packman, Esq.**
**One Centennial Square**
**Haddonfield, NJ 08033**
Address
Telephone No. ____**856.354.3078**____

X __/s/ Kerry Green, Owner__
   Signature of Petitioner or Representative (State title)

__Four Star Builders__                      __February 8, 2007__
Name of Petitioner                          Date Signed

Name & Mailing         **Kerry Green, Owner**
Address of Individual  **Four Star Builders**
Signing in Representative **1301 Route 33 # 3E**
Capacity               **Neptune, NJ 07753**

X __/s/__                                    __February 8, 2007__
   Signature of Attorney                        Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

| PETITIONING CREDITORS |  |  |
|---|---|---|
| Name and Address of Petitioner<br>**PNC Bank, National Association**<br>**Fifth Avenue and Wood Street**<br>**Pittsburgh, PA 15222** | Nature of Claim<br>**Monies Owed. Amount listed does not inlcude interest, costs and attorneys' fees.** | Amount of Claim<br><br>22,993,730.77 |
| Name and Address of Petitioner<br>**Washington Mutual Bank, a federal assoc.**<br>**1301 2nd Avenue**<br>**WMC 3501**<br>**Seattle, WA 98101** | Nature of Claim<br>**Money loaned to Debtor and other claims-amount is exclusive of accruing interest, charges and fees, including counsel fees.** | Amount of Claim<br><br>22,660,558.02 |
| Name and Address of Petitioner<br>**Four Star Builders**<br>**1301 Route 33 # 3E**<br>**Neptune, NJ 07753** | Nature of Claim<br>**Indemnification of claim on home buyers warranty** | Amount of Claim<br><br>58,387.50 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of<br>Petitioners' Claims<br><br>45,712,676.29 |

____0____ continuation sheets attached

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                    Case No. **07-11757**

Dwek, Solomon                                             Chapter **11**
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | $ 47,874,150.00 | | |
| B - Personal Property | Yes | 15 | $ 384,756,985.55 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 15 | | $ 53,150,988.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $ 220,242,135.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| | TOTAL | 77 | $ 432,631,135.55 | $ 273,393,123.95 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

Official Form 6 - Statistical Summary (10/06)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                              Case No. **07-11757**

Dwek, Solomon                                                      Chapter **11**
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dwek, Solomon _____ Case No. 07-11757
                                                          Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See Attached Rider Schedule A<br>Solomon Dwek Real Estate Holdings | | H | 47,874,150.00 | 30,157,257.24 |
| | | TOTAL | 47,874,150.00 | |

(Report also on Summary of Schedules)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

Page 1 of 3

| | ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | ScheduleA Real Property BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity 12/31/2005 | Ownership % 6/30/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| 226 | SOLOMON DWEK | 101 WEST PALMER AVE | W. LONG BRANCH, NJ | 51 | 67 | 1,150,000 | 805,000 | 345,000 | 100 | 345,000 |
| 227 | SOLOMON DWEK | 1011 HEARTHSTONE ROAD | LAKEWOOD, NJ | 430.02 | 13 | 349,900 | 277,200 | 72,700 | 100 | 72,700 |
| 228 | SOLOMON DWEK | 102 RUNYAN AVE | OCEAN, NJ | 46 | 6 | 1,000,000 | 767,800 | 232,200 | 100 | 232,200 |
| 229 | SOLOMON DWEK | 1025 HEARTHSTONE DRIVE | LAKEWOOD, NJ | 430.02 | 11 | 295,000 | 235,100 | 59,900 | 100 | 59,900 |
| 230 | SOLOMON DWEK | 104 CROSBY AVE | OCEAN, NJ | 54 | 3 | 2,000,000 | 1,605,600 | 394,400 | 100 | 394,400 |
| 231 | SOLOMON DWEK | 106 CROSBY AVE | OCEAN, NJ | 54 | 2 | 2,400,000 | 1,950,000 | 450,000 | 100 | 450,000 |
| 232 | SOLOMON DWEK | 106 RUNYAN AVE | OCEAN, NJ | 46 | 4 | 1,000,000 | 640,400 | 359,600 | 100 | 359,600 |
| 233 | SOLOMON DWEK | 107 ROSELD AVE | DEAL | 35 | 21 | 1,300,000 | 978,300 | 321,700 | 100 | 321,700 |
| 234 | SOLOMON DWEK | 108 COVENTRY DRIVE | LAKEWOOD, NJ | 104 | 4,108 | 190,000 | 146,500 | 43,500 | 100 | 43,500 |
| 235 | SOLOMON DWEK | 109 FINCHLEY BLVD | LAKEWOOD, NJ | 104 | 9 | 310,000 | 246,200 | 63,800 | 100 | 63,800 |
| 236 | SOLOMON DWEK | 113 SARAH COURT | LAKEWOOD, NJ | 429.01 | 10 | 327,000 | 258,800 | 68,200 | 100 | 68,200 |
| 237 | SOLOMON DWEK | 1154 EAST COUNTY LINE | LAKEWOOD, NJ | 1077.04 | 1,12 | 300,000 | 229,000 | 71,000 | 100 | 71,000 |
| 239 | SOLOMON DWEK | 117 MOUNTAINVIEW DRIVE | LAKEWOOD, NJ | 1077 | 20 | 315,000 | 250,200 | 64,800 | 100 | 64,800 |
| 240 | SOLOMON DWEK | 1175 EVERGREEN AVE | LAKEWOOD, NJ | 1051.04 | 5 | 315,000 | 251,400 | 63,600 | 100 | 63,600 |
| 241 | SOLOMON DWEK | 1224 DELMAR ROAD | LAKEWOOD, NJ | 186.11 | 23 | 310,000 | 245,900 | 64,100 | 100 | 64,100 |
| 242 | SOLOMON DWEK | 1302 EISENHOWER STREET | LAKEWOOD, NJ | 1248.06 | 23 | 265,000 | 158,400 | 106,600 | 100 | 106,600 |
| 243 | SOLOMON DWEK | 1308 EISENHOWER STREET | LAKEWOOD, NJ | 1248.06 | 20 | 265,000 | 157,100 | 107,900 | 100 | 107,900 |
| 244 | SOLOMON DWEK | 1314-10TH AVE | NEPTUNE, NJ | 202 | 91 | 325,000 | | 325,000 | 100 | 325,000 |
| 245 | SOLOMON DWEK | 1330 HIGHWAY 33 | NEPTUNE, NJ | 201 | 36 | 450,000 | 0 | 450,000 | 100 | 450,000 |
| 246 | SOLOMON DWEK | 1332 & 1336 CORLIES AVE | NEPTUNE, NJ | 201 | 32 & 34 | 750,000 | 0 | 750,000 | 100 | 750,000 |
| 247 | SOLOMON DWEK | 137 RONALD ROAD | LAKEWOOD, NJ | 1248.03 | 20 | 328,000 | 260,500 | 67,500 | 100 | 67,500 |
| 248 | SOLOMON DWEK | 1403-10TH AVENUE | NEPTUNE, NJ | 212 | 12 | 260,000 | 207,000 | 53,000 | 100 | 53,000 |
| 249 | SOLOMON DWEK | 1405-10TH AVENUE | NEPTUNE, NJ | 212 | 11 | 220,000 | | 220,000 | 100 | 220,000 |
| 250 | SOLOMON DWEK | 1407 STARK STREET | LAKEWOOD, NJ | 1248.12 | 4 | 235,000 | 185,700 | 49,300 | 100 | 49,300 |
| 251 | SOLOMON DWEK | 1409-10TH AVENUE | NEPTUNE, NJ | 212 | 7 | 445,000 | 198,800 | 246,200 | 100 | 246,200 |
| 252 | SOLOMON DWEK | 1412 EISENHOWER STREET | LAKEWOOD, NJ | 1248.01 | 16 | 310,000 | 246,200 | 63,800 | 100 | 63,800 |
| 253 | SOLOMON DWEK | 1416 STARK STREET | LAKEWOOD, NJ | 1248.11 | 10 | 265,000 | 211,900 | 53,100 | 100 | 53,100 |
| 254 | SOLOMON DWEK | 1461 READ PLACE | LAKEWOOD, NJ | 855.01 | 32 | 360,000 | 286,500 | 73,500 | 100 | 73,500 |
| 255 | SOLOMON DWEK | 1468 TOWER STREET | LAKEWOOD, NJ  08701 | 855.04 | 27,01 | 850,000 | 0 | 850,000 | 100 | 850,000 |
| 256 | SOLOMON DWEK | 149 RONALD ROAD | LAKEWOOD, NJ | 1248.03 | 18 | 276,000 | 214,600 | 61,400 | 100 | 61,400 |
| 257 | SOLOMON DWEK | 1521 LOGAN RD | OCEAN, NJ | 216 | 1,01 | 800,000 | 460,000 | 340,000 | 100 | 340,000 |
| 258 | SOLOMON DWEK | 1535 NEWPORT DRIVE | LAKEWOOD, NJ | 187,05 | 6 | 350,000 | 246,600 | 103,400 | 100 | 103,400 |
| 259 | SOLOMON DWEK | 155 MOUNTAINVIEW DRIVE | LAKEWOOD, NJ | 1077 | 12 | 325,000 | 259,300 | 65,700 | 100 | 65,700 |
| 260 | SOLOMON DWEK | 1550 CEDARVIEW AVE | LAKEWOOD, NJ | 37 | 4 | 428,000 | 299,900 | 128,100 | 100 | 128,100 |
| 261 | SOLOMON DWEK | 159 NORTH OAKLAND STREET | LAKEWOOD, NJ | 189 | 185 | 321,000 | 256,000 | 65,000 | 100 | 65,000 |
| 262 | SOLOMON DWEK | 1605 LOGAN ROAD | OCEAN, NJ | 213 | 2 | 430,000 | 342,800 | 87,200 | 100 | 87,200 |
| 263 | SOLOMON DWEK | 170 ARNOLD BLVD | HOWELL, NJ | 4 | 1 | 500,000 | 345,500 | 154,500 | 100 | 154,500 |
| 264 | SOLOMON DWEK | 1713 SIXTH AVENUE | NEPTUNE, NJ | 279 | 26 | 279,000 | 166,700 | 112,300 | 100 | 112,300 |
| 265 | SOLOMON DWEK | 1727 LANES MILL ROAD | LAKEWOOD, NJ | 187 | 14 | 1,350,000 | 496,000 | 854,000 | 100 | 854,000 |
| 266 | SOLOMON DWEK | 177 MONMOUTH RD | OAKHURST, NJ | 17 | 8 | 400,000 | 275,500 | 124,500 | 100 | 124,500 |
| 267 | SOLOMON DWEK | 180 WOODLAKE MANOR DR | LAKEWOOD, NJ | 189.03 | 3,18 | 190,000 | 147,600 | 42,400 | 100 | 42,400 |

Page 2 of 3

ScheduleA

| # | Name | Real Property | City | 1.04 | 1.194 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 268 | SOLOMON DWEK | 194 STRATFORD PLACE | LAKEWOOD, NJ | 104 | 3 | 195.000 | 155.100 | 39.900 | 100 | 39.900 |
| 269 | SOLOMON DWEK | 210 ARI WAY | MIAMI BEACH, FL | 3 | | 2.300.000 | 1.633.200 | 666.800 | 50 | 333.400 |
| 270 | SOLOMON DWEK | 210-212 W MORGAN AVE | OCEAN, NJ | 22 | 92 | 852.000 | 676.200 | 175.800 | 100 | 175.800 |
| 271 | SOLOMON DWEK | 214-216 W MORGAN AVENUE | OCEAN, NJ | 22 | 93 | 650.000 | 516.900 | 133.100 | 100 | 133.100 |
| 272 | SOLOMON DWEK | 246 RACHEL COURT | LAKEWOOD, NJ | 427 | 27 | 305.000 | 242.300 | 62.700 | 100 | 62.700 |
| 273 | SOLOMON DWEK | 253 WOODLAKE DRIVE | LAKEWOOD, NJ | 189.03 | 2.253 | 184.500 | 106.200 | 78.300 | 100 | 78.300 |
| 274 | SOLOMON DWEK | 279 OAKLEY AVENUE | LONG BRANCH, NJ | 72 | 10.03 | 850.000 | 579.800 | 270.200 | 100 | 270.200 |
| 275 | SOLOMON DWEK | 287 ZACHARY COURT | LAKEWOOD, NJ | 423 | 55.287 | 212.000 | 167.700 | 44.300 | 100 | 44.300 |
| 276 | SOLOMON DWEK (fm Dwe | 2910 LOGAN RD | OCEAN, NJ | 40.04 | 6 | 0 | | 0 | 100 | 0 |
| 277 | SOLOMON DWEK | 292 WOODLAKE MANOR DR | LAKEWOOD, NJ | 189.03 | 6.292 | 167.500 | 133.700 | 33.800 | 100 | 33.800 |
| 278 | SOLOMON DWEK | 30 FINCHLEY BLVD | LAKEWOOD, NJ | 431 | 17 | 315.000 | 228.500 | 86.500 | 100 | 86.500 |
| 279 | SOLOMON DWEK | 302 WOODLAKE MANOR DRIVE | LAKEWOOD, NJ | 189.03 | 6.302 | 183.000 | 146.200 | 36.800 | 100 | 36.800 |
| 280 | SOLOMON DWEK | 315 (aka 319) BRICKYARD ROAD | HOWELL, NJ | 183 | 7 | 600.000 | 351.100 | 248.900 | 100 | 248.900 |
| 281 | SOLOMON DWEK | 320 LAUREL AVE | LAKEWOOD, NJ | 536 | 33 | 300.000 | 179.300 | 120.700 | 100 | 120.700 |
| 282 | SOLOMON DWEK | 320 ROSELD AVE | OCEAN, NJ | 57 | 5 | 1.300.000 | 868.500 | 431.500 | 100 | 431.500 |
| 283 | SOLOMON DWEK | 34 TARAMINO PLACE - THE SUMME | LEWES, DE | 3-34-6.00-49 | UNIT 214 | 200.000 | 123.600 | 76.400 | 100 | 76.400 |
| 284 | SOLOMON DWEK | 330 J JOE PARKER ROAD | LAKEWOOD, NJ | 189.03 | 330 | 1.100.000 | 131.300 | 968.700 | 100 | 968.700 |
| 285 | SOLOMON DWEK | 340D JOE PARKER BLVD | LAKEWOOD, NJ | 189.03 | 340.04 | | | | " | |
| 286 | SOLOMON DWEK | 350G JOE PARKER ROAD | LAKEWOOD, NJ | 189.03 | 350.0 C100G | | | | " | |
| 287 | SOLOMON DWEK | 360 C JOE PARKER ROAD | LAKEWOOD, NJ | 189.03 | 360.01 C100C | | | | " | |
| 288 | SOLOMON DWEK | 360A JOE PARKER ROAD | LAKEWOOD, NJ | 189 | 360.01 C100. | | | | " | |
| 289 | SOLOMON DWEK | 3752 NE 199TH STREET | AVENTURA, FL | 1248.16 | 7 | 1.950.000 | 1.111.400 | 838.600 | 100 | 838.600 |
| 290 | SOLOMON DWEK | 39 ERICA ROAD | LAKEWOOD, NJ | 11 | 4 | 286.000 | 222.600 | 63.400 | 100 | 63.400 |
| 291 | SOLOMON DWEK | 39 LAKE DRIVE | ROOSEVELT, NJ | 25.27 | 9 | 345.000 | 241.500 | 103.500 | 100 | 103.500 |
| 292 | SOLOMON DWEK (fm Dwe | 390 WELLS AVENUE | OCEAN, NJ | 50 | 7 | 0 | | 0 | 100 | 0 |
| 293 | SOLOMON DWEK | 400 RUNYAN AVE | OCEAN, NJ | 25.34 | 3.01 | 2.500.000 | 1.510.400 | 989.600 | 100 | 989.600 |
| 294 | SOLOMON DWEK | 401 BROOKSIDE AVE | OCEAN, NJ | 210 | 198.02 | 500.000 | 613.700 | (113.700) | 100 | (113.700) |
| 295 | SOLOMON DWEK | 403 ROUTE 35 | NEPTUNE, NJ | 5.03 | 15 | 230.000 | | 230.000 | 100 | 230.000 |
| 296 | SOLOMON DWEK | 425 WEST PARK AVE | OAKHURST, NJ | 286 | 7 | 340.000 | 271.800 | 68.200 | 100 | 68.200 |
| 297 | SOLOMON DWEK | 43 MONTEREY CIRCLE | LAKEWOOD, NJ | 40 | 33 | 300.000 | 238.800 | 61.200 | 100 | 61.200 |
| 298 | SOLOMON DWEK | 500 ROSELD AVE | OCEAN, NJ | 24.04 | 19 | 750.000 | 645.300 | 104.700 | 100 | 104.700 |
| 299 | SOLOMON DWEK | 503 HOPE CHAPEL ROAD | LAKEWOOD, NJ | 140 | 5,14 & 6 | 317.500 | 238.800 | 78.700 | 100 | 78.700 |
| 300 | SOLOMON DWEK | 510 OCEAN AVE, UNIT #14 | LONG BRANCH, NJ | 5 | 774.04 | 750.000 | 357.900 | 392.100 | 100 | 392.100 |
| 301 | SOLOMON DWEK | 516 ASHLEY AVE | LAKEWOOD, NJ | 25.01 | 12 | 278.000 | 180.500 | 97.500 | 100 | 97.500 |
| 303 | SOLOMON DWEK | 55 IDLEWOOD AVE | OCEAN, NJ | 25.0054 | | 550.000 | 454.000 | 96.000 | 100 | 96.000 |
| 304 | SOLOMON DWEK | 588 MARC DRIVE | LAKEWOOD, NJ 08701 | 778.04 | 1 | 260.000 | 206.200 | 53.800 | 100 | 53.800 |
| 305 | SOLOMON DWEK | 60 JODA DRIVE | LAKEWOOD, NJ | 104 | | 190.000 | 150.700 | 39.300 | 100 | 39.300 |
| 306 | SOLOMON DWEK | 6201 ARI WAY (LAGUNA PATH) | MIAMI BEACH, FL | 1 | 3 | 2.800.000 | 2.243.600 | 556.400 | 50 | 278.200 |
| 307 | SOLOMON DWEK | 706 MONROE AVE | ASBURY PARK, NJ | 124 | 9 & 10 | 250.000 | | 250.000 | 100 | 250.000 |
| 308 | SOLOMON DWEK | 78 HIGHWAY 35 | NEPTUNE CITY, NJ | 63 | 33 | 500.000 | 0 | 500.000 | 100 | 500.000 |
| 309 | SOLOMON DWEK | 812 NEW HAMPSHIRE AVE | LAKEWOOD, NJ | 1159.03 | 19 | 270.000 | 214.200 | 55.800 | 100 | 55.800 |
| 310 | SOLOMON DWEK | 869 MORRIS AVENUE | LAKEWOOD, NJ | 426.01 | 1 | 305.750 | 242.700 | 63.050 | 100 | 63.050 |
| 311 | SOLOMON DWEK | 9 ROSELD COURT | DEAL, NJ | 54 | 49 | 1.300.000 | 602.000 | 698.000 | 100 | 698.000 |
| 312 | SOLOMON DWEK | 905 BROOKSIDE AVE | OCEAN, NJ | 138 | 9 | 300.000 | 0 | 300.000 | 100 | 300.000 |
| 313 | SOLOMON DWEK | 907 MORRIS AVE | LAKEWOOD, NJ | 427.01 | 9 | 349.000 | 278.200 | 70.800 | 100 | 70.800 |

16,688,650

17,300,250

30,573,900

47,874,150

Schedule A
Real Property

IN RE Dwek, Solomon _____   Case No. __07-11757__
_____Debtor(s)_____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash  undetermined amount** | — | **unknown** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Savings Bank, probably less than $1,000.00** | | **unknown** |
| | | **interest Checking Account PNC Bank  #80-1659-3679 Debtor holds jointly with spouse, Pearl Dwek 1/2/ interest** | **H** | **12,257.38** |
| | | **MultiFinancial Securities Corporation, Stock Account** | | **145,839.17** |
| | | **Provident Bank probably less than $1000.00** | | **unknown** |
| | | **Rumson  Fair Haven Bank** | | **255,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | **2,200.00** |
| 7. Furs and jewelry. | | **Jewelry   1 watch - Cartier** | | **1,500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | | **Annuities withTransAmerica ($128,001.92) Listed for Informational Purposes Only Not Property of the Estate In Re Yuhas, 104 F.3d 612 (3rd Cir.1997)** | | **0.00** |
| | | **Nationwide Life Ins  Co  $24,000.00 Listed for Informational Purposes Only Not Property of the Estate In Re Yuhas, 104 F.3d 612 (3rd Cir.1997)** | | **0.00** |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c), Rule 1007(b)). | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE Dwek, Solomon
_____
          Debtor(s)

Case No. 07-11757

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA  MultiFinancial Securities<br>Listed for Informational Purposes Only<br>Not Property of the Estate<br>In Re Yuhas, 104 F.3d 612 (3rd Cir.1997) | | 0.00 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attached Rider to #13 | | 384,199,527.00 |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owing debtor including tax refunds. Give particulars. | | See Attached Rider to Schedule B- #18<br>Awaiting Additional Information from Accountant | | unknown |
| 19. | Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 S type Jaquar<br>2002 SC430 Lexus<br>2004 LX 470 Lexus<br>2005 LX 470 Lexux | H<br>H<br>H<br>H | 11,435.00<br>29,368.00<br>37,103.00<br>44,306.00 |
| 26. | Boats, motors, and accessories. | X | | | |
| 27. | Aircraft and accessories. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 30. Inventory | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Potential law suit for personal injury accident occurring in 7/2006 | H | 18,450.00 |

|  |  | TOTAL | 384,756,985.55 |
|---|---|---|---|

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **12** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1

## Rider to Question 3b
## Statement of Financial Affairs

*Payments have been made in the ordinary course to vendors, mortgagees, tax collectors, utility companies and insurers. Details in possession of Capital Property Management LLC and Donald Lomurro, Court Appointed Fiscal Agent in the State Court Action*

| | Date | Disbursement Amount |
|---|---|---|
| **Solomon Dwek** | | |
| Personal Needs pursuant to Court Order | 6/23/2006 | $625.00 |
| | 6/30/2006 | $625.00 |
| | 7/7/2006 | $625.00 |
| | 7/14/2006 | $625.00 |
| | 7/21/2006 | $625.00 |
| | 7/28/2006 | $625.00 |
| | 8/4/2006 | $625.00 |
| | 8/11/2006 | $625.00 |
| | 8/18/2006 | $625.00 |
| | 8/25/2006 | $625.00 |
| | 8/31/2006 | $625.00 |
| | 9/8/2006 | $625.00 |
| | 9/15/2006 | $625.00 |
| | 9/22/2006 | $625.00 |
| | 9/28/2006 | $625.00 |
| | 10/6/2006 | $625.00 |
| | 10/12/2006 | $625.00 |
| | 10/19/2006 | $625.00 |
| | 10/26/2006 | $625.00 |
| | 11/2/2006 | $625.00 |
| | 11/9/2006 | $625.00 |
| | 11/17/2006 | $625.00 |
| | 11/22/2006 | $625.00 |
| | 12/1/2006 | $625.00 |
| | 12/8/2006 | $625.00 |
| | 12/14/2006 | $625.00 |
| | 12/22/2006 | $625.00 |
| | 1/2/2006 | $625.00 |
| | 1/4/2006 | $625.00 |
| | **TOTAL** | **$18,125.00** |
| **COBRA** | | |
| Family Health Care Coverage | 9/15/2006 | $2,744.46 |
| | 10/18/2006 | $4,237.71 |
| | 12/19/2006 | $4,237.41 |
| | **TOTAL** | **$11,219.58** |
| **Liability Insurance Policy** | | |
| Reimbursement to Capital Property Management | 7/26/2006 | $4,950.74 |
| | **TOTAL** | **$4,950.74** |
| **New Jersey Division of Taxation** | | |
| 2005 Individual Gross Income Tax: | 9/11/2006 | $205,050.00 |
| | **TOTAL** | **$205,050.00** |

*Page 1 of 4*

2

*Rider to Question 3b*
*Statement of Financial Affairs*

*Payments have been made in the ordinary course to vendors, mortgagees, tax collectors, utility companies and insurers. Details in possession of Capital Property Management LLC and Donald Lomurro, Court Appointed Fiscal Agent in the State Court Action*

Disbursements made on Solomon Dweks Behalf as of January 8, 2007

**Jersey Central Power & Light**
Utility Bill for 311 Crosby Avenue, Deal, NJ

| | |
|---|---|
| 9/21/2006 | $1,129.00 |
| 10/9/2006 | $1,129.00 |
| 11/22/2006 | $922.00 |
| **TOTAL** | **$3,180.00** |

**Sun National Bank**
Mortgage on 311 Crosby Avenue, Deal, NJ

| | |
|---|---|
| 7/13/2006 | $28,146.80 |
| 8/7/2006 | $4,990.61 |
| 9/8/2006 | $11,218.74 |
| 9/18/2006 | $6,261.67 |
| 10/9/2006 | $4,837.48 |
| 10/27/2006 | $6,574.75 |
| 11/9/2006 | $4,917.06 |
| 11/16/2006 | $2,225.50 |
| **TOTAL** | **$69,172.61** |

**Washington Mutual Bank**
Mortgage on 311 Crosby Avenue, Deal, NJ

| | |
|---|---|
| 6/28/2006 | $21,219.89 |
| 7/20/2006 | $6,897.05 |
| 8/7/2006 | $6,897.05 |
| 9/8/2006 | $6,897.05 |
| 10/24/2006 | $7,031.62 |
| 11/9/2006 | $7,031.62 |
| **TOTAL** | **$21,219.89** |

*Pay 2 of 4*

3

*Rider to Question 3b*
*Statement of Financial Affairs*

*Payments have been made in the ordinary course to vendors, mortgagees, tax collectors, utility companies and insurers. Details in possession of Capital Property Management LLC and Donald Lomurro, Court Appointed Fiscal Agent in the State*

Disbursements to Professional Firms as of January 8, 2007

| | Date | Disbursement Amount |
|---|---|---|
| **Atkinson & DeBartolo** | | |
| Court Appointed Attorney for Fiscal Agent | 6/19/2006 | $15,000.00 |
| | 6/30/2006 | $7,347.00 |
| | 7/26/2006 | $22,821.00 |
| | 9/20/2006 | $7,943.80 |
| | 1/5/2007 | $16,255.88 |
| | TOTAL | $69,367.68 |
| | | |
| **Gagliano Appraisal, LLC** | | |
| Court Appointed Independent Appraiser | 7/25/2006 | $36,644.00 |
| | 7/28/2006 | $11,883.50 |
| | 8/10/2006 | $4,437.42 |
| | 8/14/2006 | $19,200.53 |
| | 8/29/2006 | $26,237.23 |
| | 10/6/2006 | $48,887.04 |
| | 11/13/2006 | $31,140.42 |
| | 12/8/2006 | $19,679.44 |
| | 1/5/2006 | $22,411.30 |
| | TOTAL | $220,520.88 |
| | | |
| **Greenbaum, Rowe, Smith & Davis, LLP** | | |
| Counsel to Solomon Dwek for Real Estate Matters | 7/24/2006 | $15,000.00 |
| | 7/24/2006 | $20,000.00 |
| | 7/26/2006 | $20,000.00 |
| | 9/12/2006 | $25,000.00 |
| | 9/12/2006 | $11,311.00 |
| | 9/25/2006 | $42,000.00 |
| | 10/16/2006 | $55,988.50 |
| | 12/1/2006 | $52,014.25 |
| | TOTAL | $241,313.75 |
| | | |
| **John W. Wopat, III, Esq.** | | |
| Counsel to Solomon Dwek | 6/27/2006 | $25,000.00 |
| | 8/14/2006 | $25,000.00 |
| | TOTAL | $50,000.00 |
| | | |
| **Weir & Plaza, LLC** | | |
| Counsel to Solomon Dwek | 6/23/2006 | $50,000.00 |
| | 8/14/2006 | $35,000.00 |
| | 9/25/2006 | $25,000.00 |
| | 11/13/2006 | $25,000.00 |
| | 12/18/2006 | $25,000.00 |
| | 12/18/2006 | $7,000.00 |
| | TOTAL | $167,000.00 |

Page 3 of 4

4

*Rider to Question 3b*
*Statement of Financial Affairs*

*Payments have been made in the ordinary course to vendors, mortgagees, tax collectors, utility companies and insurers. Details in possession of Capital Property Management LLC and Donald Lomurro, Court Appointed Fiscal Agent in the State Court Action.*

Disbursements to Professional Firms as of January 8, 2007

**RosenfarbWinters, LLC**
Court Appointed Accountant

| | |
|---|---|
| 9/22/2006 | $28,067.50 |
| 10/27/2006 | $49,715.50 |
| 12/8/2006 | $49,560.00 |
| 1/5/2007 | $14,646.50 |
| TOTAL | $141,989.50 |

**Manna & Bonello, P.C.**
Counsel to Solomon Dwek - Real Estate

| | |
|---|---|
| 10/16/2006 | $8,500.00 |
| TOTAL | $8,500.00 |

**Saul Ewing, LLP**
Counsel to Solomon Dwek - Land Use Approvals

| | |
|---|---|
| 12/8/2006 | $16,070.70 |
| 12/8/2006 | $10,000.00 |
| TOTAL | $26,070.70 |

**Hochberg, Addeo & Associates**
Accountants to Solomon Dwek

| | |
|---|---|
| 1/5/2007 | $28,592.01 |
| TOTAL | $28,592.01 |

**Lomurro, Davison, Eastman & Munoz, P.A.**
Court-Appointed Fiscal Agent / Trustee in Liquidation

| | |
|---|---|
| 5/30/2006 | $50,000.00 |
| 6/6/2006 | $50,000.00 |
| 6/21/2006 | $89,121.85 |
| 6/30/2006 | $73,113.84 |
| 7/17/2006 | $93,666.30 |
| 7/26/2006 | $57,696.03 |
| 8/10/2006 | $55,161.54 |
| 8/22/2006 | $92,227.00 |
| 9/6/2006 | $61,049.77 |
| 9/28/2006 | $83,127.65 |
| 10/18/2006 | $49,549.03 |
| 11/2/2006 | $56,349.32 |
| 11/20/2006 | $58,450.62 |
| 12/14/2006 | $65,760.34 |
| 12/22/2006 | $83,321.18 |
| TOTAL | $1,028,594.47 |

Page 4 of 4

SOLOMON DWEK
PROPERTY LISTING
DECEMBER 31, 2006

| # | ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity | Ownership % 6/30/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 NEPTUNE LLC (2006) | 10 NEPTUNE BLVD | NEPTUNE NJ | 267.03 | 405,405.419 | 4,350,000 | 3,230,000 | 1,120,000 | 100 | 1,120,000 |
|  | 10 NEPTUNE - HOLD BACK |  |  |  |  | 620,000 | 0 | 620,000 | 100 | 620,000 |
| 2 | 1111 ELEVENTH AVENUE, LLC | 1109-11TH AVE | NEPTUNE, NJ | 158 | 41.01 | 2,500,000 | 1,517,500 | 982,500 | 100 | 982,500 |
| 3 | 1111 ELEVENTH AVENUE, LLC | 1111-11TH AVE | NEPTUNE, NJ | 158 | 41.02 |  |  |  |  |  |
| 4 | 1420 OFFICES, LLC | VACANT LAND ON EAGLE AVE | OCEAN, NJ | 182 | 88 | 600,000 |  | 600,000 | 50 | 300,000 |
| 5 | 1631 HIGHWAY 35, LLC | 1631 HIGHWAY 35 | OCEAN, NJ |  |  | 950,000 | 281,500 | 668,500 | 100 | 668,500 |
| 6 | 167 MONMOUTH ROAD, LLC | 167 MONMOUTH ROAD | OCEAN, NJ | 17 | 5 | 1,500,000 | 813,200 | 686,800 | 100 | 686,800 |
| 7 | 1800 ROUTE 33HAMILTON LLC(2006) | 1800 ROUTE 33 | HAMILTON, NJ | 1652 | 40.01=40.10 | 2,190,000 | 1,615,000 | 575,000 | 80 | 460,000 |
| 8 | 1801 ROUTE 86BRICK, LLC (2006) | 1801 ROUTE 88 | BRICK, NJ | 867 | 5 | 2,240,000 | 1,650,000 | 590,000 | 80 | 472,000 |
| 9 | 1906 HOLDINGS, LLC | 1906 HIGHWAY 35 / HSBC BLANKET $18M | OCEAN, NJ | 34 | 1 & 2 | 5,350,000 | 2,535,300 | 2,814,700 | 60 | 1,688,820 |
| 10 | 200 BROADWAY, LLC | 198 BROADWAY | LONG BRANCH, NJ | 281 | 18 | 750,000 | 352,800 | 397,200 | 50 | 198,600 |
| 11 | 21 MAIN & COURT CENTER, LLC | 21 MAIN STREET | FREEHOLD, NJ |  | 10 | 750,000 | 519,700 | 230,300 | 33.33 | 76,759 |
| 12 | 2100 HIGHWAY 35, LLC | 2100 HIGHWAY 35 | OCEAN, NJ | 2 | 1 | 3,200,000 | 1,653,300 | 1,546,700 | 100 | 1,546,700 |
|  | 2100 HWY 35 - 2ND MTG - BARRY KANTROWITZ / HSBC BLANKET $18M |  |  |  |  | 500,000 | 500,000 | (500,000) |  | (500,000) |
| 13 | 230 BROADWAY LLC | 230 BROADWAY | LONG BRANCH, NJ | 276 | 6 | 1,200,000 | 417,100 | 782,900 | 100 | 782,900 |
| 14 | 264 HIGHWAY 35, LLC | 264 HIGHWAY 35 | EATONTOWN, NJ | 111 | 16 | 800,000 | 422,500 | 377,500 | 100 | 377,500 |
| 15 | 374 MONMOUTH ROAD, LLC | 374 MONMOUTH ROAD | W. LONG BRANCH, NJ | 20 | 8.01 | 750,000 | 186,500 | 563,500 | 100 | 563,500 |
| 16 | 485 BRICK BOULEVARD, LLC (2006) | 485-495 BRICK BLVD | BRICK, NJ | 947 | 27 | 1,735,000 | 1,160,000 | 575,000 | 80 | 460,000 |
| 17 | 55 NORTH GILBERT, LLC | 55 NORTH GILBERT PLACE | TINTON FALLS, NJ | 163.5 | 7.01 | 5,100,000 | 3,562,900 | 1,537,500 | 100 | 1,537,500 |
| 18 | 55 SOUTH CLIFTON, LLC | 55 SOUTH CLIFTON AVENUE | LAKEWOOD, NJ |  |  | 1,800,000 | 1,000,000 | 800,000 | 50 | 400,000 |
| 19 | 6 INDUSTRIAL WAY ASSOC. LLC | 6 INDUSTRIAL WAY WEST | EATONTOWN, NJ |  |  | 10,468,977 | 8,307,200 | 2,161,777 | 13.9132 | 300,772 |
| 20 | 601 MAIN STREET, LLC (2006) | 601 MAIN STREET | LOCH ARBOUR, NJ | 1 | 3 | 2,415,000 | 1,600,000 | 815,000 | 100 | 815,000 |
| 21 | 6201 ROUTE 9, LLC (ttrd Im Dwek Assets) | 6201 HIGHWAY 9 | HOWELL, NJ | 25 | 25 | 1,500,000 | 1,200,000 | 300,000 | 100 | 300,000 |
| 22 | ABERDEEN GAS, LLC | 217 ROUTE 35 | CLIFFWOOD, NJ | 233 | 2 | 300,000 |  | 300,000 | 100 | 300,000 |
| 23 | ASBURY GAS, LLC | 1701 ASBURY AVENUE | NEPTUNE, NJ | 187 | 8 | 500,000 |  | 500,000 | 100 | 500,000 |
| 24 | BATH AVENUE HOLDINGS, LLC | 317-325 BATH AVENUE, UNIT 25 | LONG BRANCH, NJ | 186 | 6.25 | 500,000 | 300,000 | 200,000 | 100 | 200,000 |
| 25 | BATH AVENUE HOLDINGS, LLC | 317-325 BATH AVENUE, UNIT 32 | LONG BRANCH, NJ | 186 | 6.32 |  |  |  |  |  |
| 26 | BEACH MART, LLC | 73 RIVERDALE AVE | MONMOUTH BEACH, NJ | 45 | 33 |  |  |  |  |  |
| 27 | BELMAR GAS, LLC | 1801 HIGHWAY 34 | WALL, NJ | 922 | 1 | 950,000 | 551,500 | 398,500 | 100 | 398,500 |
| 28 | BELMAR GAS, LLC | 180 BELMONT | LONG BRANCH, NJ | 280 | 20 | 750,000 | 500,000 | 250,000 | 100 | 250,000 |
| 29 | BELMONT PROPERTIES, LLC | 184 BELMONT | LONG BRANCH, NJ |  |  | 400,000 |  | 400,000 | 100 | 400,000 |
| 30 | BELMONT PROPERTIES, LLC | 343 SPRINGFIELD AVE-75 SNYDER AVE | BERKELEY HEIGHTS, NJ |  | 24 & 25 | 400,000 |  | 400,000 | 100 | 400,000 |
| 31 | BERKELEY HEIGHTS GAS, LLC | SEE BERKELEY HGHTS GAS, LLC | BERKELEY HEIGHTS, NJ | 208 |  | 3,700,000 | 2,764,000 | 936,000 | 100 | 936,000 |
| 32 | BRICK GAS, LLC | 2778 OLD HOOPER AVE | BRICK, NJ | 870 | 3 |  |  |  |  |  |
| 33 | BRIDGETON BUILDING, LLC | 38-40 N. LAUREL STREET | BRIDGETON, NJ | 80 | 14 | 500,000 |  | 500,000 | 100 | 500,000 |
| 34 | BRIDGETON BUILDING, LLC | 42-44 N. LAUREL STREET | BRIDGETON, NJ | 80 | 15 | 300,000 |  | 300,000 | 100 | 300,000 |
| 35 | BRIDGETON BUILDING, LLC | COHANSEY STREET | BRIDGETON, NJ | 80 | 24 |  |  |  |  |  |
| 36 | BRIDGETON BUILDING, LLC | REAR 42 LAUREL STREET | BRIDGETON, NJ | 80 | 22 |  |  |  |  |  |
| 37 | BROAD STREET PARTNERS, LLC | 52-54 BROAD STREET | RED BANK, NJ |  |  | 6,943,067 | 4,276,400 | 2,666,667 | 60 | 1,600,000 |
| 38 | BROAD STREET FLORIDA ASSOCIATES, LLC |  | FLA |  |  | 20,072,000 | 17,022,000 | 3,050,000 | 35 | 1,067,500 |
| 39 | BROADWAY FLORIDA FG, LLC |  | FLA |  |  | 5,812,188 | 4,940,360 | 871,828 | 35 | 305,140 |
| 40 | BROADWAY FLORIDA, LLC |  | FLA |  |  | 10,072,720 | 8,561,812 | 1,510,908 | 35 | 528,818 |
| 41 | COPPER GABLES, LLC | 1003 DEAL ROAD | OCEAN, NJ | 34.03 | 5.02 | 1,500,000 | 809,900 | 690,100 | 100 | 690,100 |
| 42 | CORBETT HOLDINGS I LLC | CORBETT WAY-SURGICAL CTR | EATONTOWN, NJ | 134 | 6.11 | 2,600,000 | 1,549,000 | 1,051,000 | 75 | 788,250 |
| 43 | CORLIES AVENUE LAND, LLC | 1301 CORLIES AVE | NEPTUNE, NJ | 198 | 1 | 2,000,000 | 1,317,500 | 682,500 | 50 | 341,250 |
| 44 | DEAL RD LAND HOLDINGS, LLC | 1001 DEAL ROAD - COPPER GAB | OCEAN, NJ | 34.03 | 5.01 | 500,000 |  | 500,000 | 100 | 500,000 |
| 45 | DENHOLTZ BLV LLC | VARIOUS |  |  |  | 2,783,960 | 0 | 2,783,960 | 10,776 | 300,000 |

SOLOMON DWEK
PROPERTY LISTING
DECEMBER 31, 2006

| # | ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity | Ownership % 6/30/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | DOVER ESTATES, LLC | 3397 ROUTE 37 | DOVER NJ | 794.37 | 50, 50.01 & 58.01 | 5,000,000 | 2,094,000 | 2,906,000 | 100 | 2,906,000 |
| 47 | DWEK APARTMENTS, LLC | 440 BLACK HORSE TURNPIKE | GLOUSTER NJ | 10801 | 4 | 4,500,000 | 2,559,000 | 1,941,000 | 100 | 1,941,000 |
| 48 | DWEK ASSETS, LLC | 1 WICKATUNK ROAD | MANALAPAN NJ | 6 | 14.01 | 13,460,000 | 9,521,000 | 3,939,000 | 100 | 3,939,000 |
| 49 | DWEK ASSETS, LLC | 1408 & 1410 CORLIES AVE | NEPTUNE NJ | 212 | 2 & 3 | " | " | " | " | " |
| 51 | DWEK ASSETS, LLC | 1705 STRATFORD AVE | NEPTUNE NJ | 220 | 28 | " | " | " | " | " |
| 52 | DWEK ASSETS, LLC | 19 WRIGHTSTOWN-COOKSTOWN RD | NEW HANOVER TWP. N | 1 | 5 | " | " | " | " | " |
| 53 | DWEK ASSETS, LLC | 201 & 211 HIGHWAY 35 | NEPTUNE NJ | 265 | 130-134, 152-157 | " | " | " | " | " |
| 54 | DWEK ASSETS, LLC | 214-216 W. FRONT STREET | RED BANK NJ | 4 | 17.2 | " | " | " | " | " |
| 55 | DWEK ASSETS, LLC | 226 MONMOUTH ROAD | OCEAN NJ | 25.33 | 1 | " | " | " | " | " |
| 56 | DWEK ASSETS, LLC | 226 MONMOUTH ROAD | OCEAN NJ | 25.33 | | " | " | " | " | " |
| 57 | DWEK ASSETS, LLC (2006) | 319 BRICKYARD ROAD | HOWELL, NJ | 175 | 32 | " | " | " | " | " |
| 58 | DWEK ASSETS, LLC | 40 BROAD STREET | EATONTOWN, NJ | 35 | 12.01 | " | " | " | " | " |
| 59 | DWEK ASSETS, LLC | 405-409 HIGHWAY 35 | NEPTUNE NJ | 198.01 | 210 | " | " | " | " | " |
| 60 | DWEK ASSETS, LLC | 455, 457 & 459 HWY 35 | NEPTUNE NJ | 251 | 1 THRU 6 | " | " | " | " | " |
| 61 | DWEK ASSETS, LLC | 4700-4708 N. BROAD STREET | PHILADELPHIA PA | 124 AND 19 | 327 | " | " | " | " | " |
| 62 | DWEK ASSETS, LLC | 519 MAIN STREET | SOUTH AMBOY NJ | 72 | 3 | " | " | " | " | " |
| 63 | DWEK ASSETS, LLC | 54 ATLANTIC AVE | DEAL NJ | 87 | 4 | " | " | " | " | " |
| 64 | DWEK ASSETS, LLC | 661 HIGHWAY 35 | MIDDLETOWN NJ | 871 | 2 | " | " | " | " | " |
| 65 | DWEK ASSETS, LLC | 6902 HIGHWAY 9 | HOWELL NJ | 69 | 1.01 | " | " | " | " | " |
| 66 | DWEK ASSETS, LLC | 719 HIGHWAY 35 | NEPTUNE CITY, NJ | 39 | 5.01 | " | " | " | " | " |
| 67 | DWEK ASSETS, LLC | 7802 S. CRESCENT BLVD | PENNSAUKEN NJ | 6403 | 12 | " | " | " | " | " |
| 68 | DWEK BRANCHES, LLC | 1001 BIGLERVILLE RD | GETTYSBURG, PA | | | 16,800,000 | 10,715,700 | 6,084,300 | 100 | 6,084,300 |
| 69 | DWEK BRANCHES, LLC | 125 MAIN STREET | MONTUA TWP NJ | 96 | 13 | " | " | " | " | " |
| 70 | DWEK BRANCHES, LLC | 150 CHAMBERS BRIDGE ROAD | BRICK, NJ | 701.4 | 1 | " | " | " | " | " |
| 71 | DWEK BRANCHES, LLC | 170 BROAD STREET | RED BANK, NJ | 14 | 14,15 | " | " | " | " | " |
| 72 | DWEK BRANCHES, LLC | 194 NORTH READING RD | EPHRATA, PA | | | " | " | " | " | " |
| 73 | DWEK BRANCHES, LLC | 2007 ROUTE 35 | WALL, NJ | 156 | 1 | " | " | " | " | " |
| 74 | DWEK BRANCHES, LLC | 226 SOUTH BROAD ST | TRENTON, NJ | 47 | 79, 146 | " | " | " | " | " |
| 75 | DWEK BRANCHES, LLC | 301 MAIN STREET | ALLENHURST, NJ | 22 | 1 | " | " | " | " | " |
| 76 | DWEK BRANCHES, LLC | 385 ADAMSTON ROAD | BRICK, NJ | 195 | 11.01 | " | " | " | " | " |
| 77 | DWEK BRANCHES, LLC | 695 CHAMBERS STREET | TRENTON, NJ | 120 | 13 | " | " | " | " | " |
| 78 | DWEK BRANCHES, LLC | 698 ROUTE 22 | READINGTON TWP. THR | 89 | 1 | " | " | " | " | " |
| 79 | DWEK BRANCHES, LLC | 9 SPRUCE STREET NORTH | MILLVILLE, NJ | 93 | 5 | " | " | " | " | " |
| 80 | DWEK BRANCHES, LLC | 94 BROAD STREET | EATONTOWN, NJ | 36 | 2 | " | " | " | " | " |
| 81 | DWEK GAS, LLC | 456 BROAD STREET | SHREWSBURY, NJ | 13 | 12 | " | " | " | " | " |
| 82 | DWEK HOMES, LLC (trfd to SDRE) | 1 MILWIN COURT | ALLENHURST, NJ | 80 | 46 | 630,000 | 500,000 | 130,000 | 100 | 130,000 |
| 83 | DWEK HOMES, LLC | 107 GOVERNORS ROAD | LAKEWOOD, NJ | 104 | 3,107 C1000 | 1,200,000 | 1,053,300 | 146,700 | 100 | 146,700 |
| 84 | DWEK HOMES, LLC | 110 GOVERNORS RD | LAKEWOOD, NJ | 104 | 3,110 C1000 | 15,237,000 | 6,490,500 | 8,746,500 | 100 | 8,746,500 |
| 85 | DWEK HOMES, LLC | 111 E. COUNTY LINE RD | LAKEWOOD, NJ | 175.02 | 67 | " | " | " | " | " |
| 86 | DWEK HOMES, LLC | 113 TUDOR COURT | LAKEWOOD, NJ | 104 | 6,113 C1000 | " | " | " | " | " |
| 87 | DWEK HOMES, LLC | 1246 DEL MAR ROAD | LAKEWOOD, NJ | 166 | 5 | " | " | " | " | " |
| 88 | DWEK HOMES, LLC | 125 CLAIRMONT COURT | LAKEWOOD, NJ | 428 | 1 | " | " | " | " | " |
| 89 | DWEK HOMES, LLC | 131 RIDGE ROAD | RUMSON, NJ | 87 | 37 | " | " | " | " | " |
| 90 | DWEK HOMES, LLC | 1422 NINTH AVE | NEPTUNE, NJ | 210 | 21 | " | " | " | " | " |
| 91 | DWEK HOMES, LLC | 146 DOWNING STREET | LAKEWOOD, NJ | 104 | 2,146 C1000 | " | " | " | " | " |
| 92 | DWEK HOMES, LLC | 150 COVENTRY DRIVE | LAKEWOOD, NJ | 104 | 4,150-C100 | " | " | " | " | " |
| 93 | DWEK HOMES, LLC | 1503 MALIBU COURT | LAKEWOOD, NJ | 187.02 | 1 | " | " | " | " | " |
| 94 | DWEK HOMES, LLC | 152 GOVERNORS ROAD | LAKEWOOD, NJ | 104 | 3,152 C1000 | " | " | " | " | " |

SOLOMON DWEK
PROPERTY LISTING
DECEMBER 31, 2006

| # | ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity | Ownership % 6/30/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 | DWEK HOMES, LLC | 1554 ALAMITOS DRIVE | LAKEWOOD, NJ | 189.12 | 11 | | | | " | " |
| 97 | DWEK HOMES, LLC | 163 BRISTOL COURT | LAKEWOOD, NJ | 423 | 55.163.C1000 | | | | " | " |
| 98 | DWEK HOMES, LLC | 1745 RIDGE AVE | LAKEWOOD, NJ | 175 | 85.01 | | | | " | " |
| 99 | DWEK HOMES, LLC | 178 WILLIAMSBURG LANE | LAKEWOOD, NJ | 104 | 5.178 | | | | " | " |
| 100 | DWEK HOMES, LLC | 1932 BANGS AVE | NEPTUNE, NJ | 228 | 5 | | | | " | " |
| 101 | DWEK HOMES, LLC | 295 OAKLEY AVENUE | LONG BRANCH, NJ | 72 | 10.04 | | | | " | " |
| 102 | DWEK HOMES, LLC | 335 WOODLAKE MANOR DRIVE | LAKEWOOD, NJ | 189.03 | 4.335 C1000 | | | | " | " |
| 103 | DWEK HOMES, LLC | 401 CROSBY AVENUE | OCEAN, NJ | 58 | 6 | | | | " | " |
| 104 | DWEK HOMES, LLC | 401 ROUTE 35 | NEPTUNE, NJ | 210 | 24 | | | | " | " |
| 105 | DWEK HOMES, LLC | 406 CROSBY AVE | OCEAN, NJ | 58 | 8 | | | | " | " |
| 106 | DWEK HOMES, LLC | 625 RIVER AVENUE | LAKEWOOD, NJ | 778.06 | 29 | | | | " | " |
| 107 | DWEK HOMES, LLC | 627 RIVER AVENUE | LAKEWOOD, NJ | 778.08 | 28 | | | | " | " |
| 108 | DWEK HOMES, LLC | 915 MORRIS AVE | LAKEWOOD, NJ | 427.01 | 8 | | | | " | " |
| 109 | DWEK HOPATCHUNG, LLC (2006) | 36 HOPATCHUNG RD | HOPATCONG, NJ | 1 | 30027 | 1,000,000 | 637,500 | 362,500 | 100 | 362,500 |
| 110 | DWEK INCOME, LLC - 2006 tfrs | 1001 NORWOOD AVE-UNIT 1 | LONG BRANCH, NJ | 8 | 25.01 | | | | " | " |
| 111 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 2 | LONG BRANCH, NJ | 8 | 25.02 | | | | " | " |
| 112 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 3 | LONG BRANCH, NJ | 8 | 25.03 | | | | " | " |
| 113 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 4 | LONG BRANCH, NJ | 8 | 25.04 | | | | " | " |
| 114 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 5 | LONG BRANCH, NJ | 8 | 25.05 | | | | " | " |
| 115 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 6 | LONG BRANCH, NJ | 8 | 25.06 | | | | " | " |
| 116 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 7 | LONG BRANCH, NJ | 8 | 25.07 | | | | " | " |
| 117 | DWEK INCOME, LLC | 1001 NORWOOD AVE-UNIT 8 | LONG BRANCH, NJ | 8 | 25.08 | | | | " | " |
| 118 | DWEK INCOME, LLC | 14 MAIN STREET | ENGLISHTOWN, NJ | 20 | 1 | | | | " | " |
| 119 | DWEK INCOME, LLC | 1408 CORLIES AVE | NEPTUNE, NJ | 212 | 1 | | | | " | " |
| 120 | DWEK INCOME, LLC | 2318 ROUTE 38 | CHERRY HILL, NJ | 288.02 | 8 | | | | " | " |
| 121 | DWEK INCOME, LLC | 2628 HIGHWAY 35 | NEPTUNE, NJ | 216 | 183.01 | | | | " | " |
| 122 | DWEK INCOME, LLC | 323 ROUTE 35 | NEPTUNE, NJ | 252 | 30 | | | | " | " |
| 123 | DWEK INCOME, LLC | 501 HIGHWAY 35 SOUTH | NEPTUNE, NJ | 209 | 227 | | | | " | " |
| 124 | DWEK INCOME, LLC | 503 HIGHWAY 35 SOUTH | NEPTUNE, NJ | 209 | 228 | | | | " | " |
| 125 | DWEK INCOME, LLC | 505 HIGHWAY 35 SOUTH | NEPTUNE, NJ | 209 | 229 | | | | " | " |
| 126 | DWEK INCOME, LLC | 60 WEST MAIN STREET | BERGENFIELD, NJ | 287 | 30 | | | | " | " |
| 127 | DWEK LAND, LLC | 0 ROUTE 9 NORTH | WARETOWN, NJ | 221.01 | 13 &11.03 | 4,600,000 | 600,000 | 4,000,000 | 100 | 4,000,000 |
| 128 | DWEK LAND, LLC | 0 MAIN STREET | NEPTUNE CITY, NJ | 116 | 9 | | | | " | " |
| 129 | DWEK LAND, LLC | 154 MAIN STREET | FARMINGDALE, NJ | 15 | 27 | | | | " | " |
| 130 | DWEK LAND, LLC | 316 FISHER AVENUE | NEPTUNE, NJ | 194 | 183.01 | | | | " | " |
| 131 | DWEK LAND, LLC | 479 & 481 ADAMSTON DRIVE | BRICK, NJ | 195 | 31 | | | | " | " |
| 132 | DWEK LAND, LLC | 666 LAKEWOOD FARMINGDALE ROAD | HOWELL, NJ | 52 | 1.02 | | | | " | " |
| 133 | DWEK LAND, LLC | 82 SOUTH BROADWAY | LONG BRANCH, NJ | 287 | 30 | | | | " | " |
| 134 | DWEK LAND, LLC | CHESTNUT AVENUE | LAKEWOOD, NJ | 1159 | 28,29,32,34,37,38 & | | | | " | " |
| 135 | DWEK LAND, LLC | MAIN ST. TWP OF OCEAN | WARETOWN, NJ | 221.01 | 11.03 | | | | " | " |
| 136 | DWEK LAND, LLC | SPRINGWOOD & DEWITT AVE | ASBURY PARK, NJ | 11.00 | 1 & 3 | | | | " | " |
| 137 | DWEK LAND, LLC | VACANT LAND | SAN BERNARDINO, CA | 9697 | 2626396667 | 250,000 | 0 | 250,000 | 100 | 250,000 |
| 138 | DWEK MOTORS, LLC | 1200 CORLIES AVE | NEPTUNE, NJ | 172 | 41 | 1,000,000 | 0 | 1,000,000 | 100 | 1,000,000 |
| 139 | DWEK MOTORS, LLC | 2801 BELMAR BLVD | WALL, NJ | 206 | 10 | | | | " | " |
| 140 | DWEK MOTORS, LLC | 311 HIGHWAY 35 | NEPTUNE, NJ | 253 | 1 & 3 | | | | " | " |
| 141 | DWEK NORTH OLDEN LLC (tfr fm Dwek Olden LLC (2006) | 1660 NORTH OLDEN AVE | EWING, NJ | 40.01 | 3 | 0 | | 0 | 100 | 0 |
| 142 | DWEK OHIO, LLC (2006) | 555 SOUTH AVENUE | TALMADGE, OHIO | 3 | | 3,900,000 | 3,000,000 | 900,000 | 100 | 900,000 |
| 143 | DWEK PENNSYLVANIA, LP (2006) | 1188 BENJAMIN FRANKLIN BLVD | DOUGLASVILLE, PA | PARCEL#536/4 | | 1,500,000 | 1,125,000 | 375,000 | 100 | 375,000 |
| 144 | DWEK PENNSYLVANIA, LLC | 1 HIGHWAY 35 SOUTH | NEPTUNE, NJ | 212 | 1.01 | 0 | | 0 | | 0 |
| 145 | DWEK PROPERTIES, LLC | FERRY ROAD | PENNSVILLE, NJ | 2805 | 4 | 0 | | 0 | | 0 |

3

SOLOMON DWEK
PROPERTY LISTING
DECEMBER 31, 2006

| # | ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity | Ownership % 6/20/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| 146 | DWEK PROPERTIES, LLC | VACANT LAND | NEPTUNE, NJ | 245 | 65 & 66 | 0 | | 0 | | 0 |
| 147 | DWEK PROPERTIES, LLC (2006 purch v | 101 MAIN STREET | FARMINGDALE, NJ | 36 | 3 | 225,000 | 171,000 | 54,000 | 100 | 54,000 |
| 148 | DWEK PROPERTIES, LLC (2006 purch v | 93 MAIN STREET | FARMINGDALE, NJ | 36 | 1 | 500,000 | 379,000 | 121,000 | 100 | 121,000 |
| 149 | DWEK PROPERTIES, LLC (2006 purch) | 176 BROADWAY | LONG BRANCH, NJ | 282 | 2 | 1,100,000 | 825,000 | 275,000 | 100 | 275,000 |
| 150 | DWEK PROPERTIES, LLC (2006 purch | 220 MONMOUTH ROAD | OAKHURST, NJ | 3 | 26,33 | 1,500,000 | 1,125,000 | 375,000 | 100 | 375,000 |
| 151 | DWEK PROPERTIES, LLC | 1400 CORLIES AVE | NEPTUNE, NJ | 212 | 4.01 | " | " | " | " | - |
| 152 | DWEK PROPERTIES, LLC | 1407 TENTH AVE | NEPTUNE, NJ | 212 | 8 | " | " | " | " | - |
| 153 | DWEK PROPERTIES, LLC | 1412 CORLIES AVE | NEPTUNE, NJ | 212 | 3.01 | " | " | " | " | - |
| 155 | DWEK PROPERTIES, LLC | 1413-10TH AVE | NEPTUNE, NJ | 212 | 5 | " | " | " | " | - |
| 156 | DWEK PROPERTIES, LLC | 1414 CORLIES AVE | NEPTUNE, NJ | 212 | 4 | " | " | " | " | - |
| 158 | DWEK PROPERTIES, LLC | 207 HIGHWAY 35 | NEPTUNE, NJ | 212 | 13 | " | " | " | " | - |
| 159 | DWEK PROPERTIES, LLC | 2102 MAIN STREET | NORTHHAMPTON, PA | | | " | " | " | " | - |
| 159 | DWEK PROPERTIES, LLC | 211 HIGHWAY 35 SOUTH | NEPTUNE, NJ | 212 | 14 | " | " | " | " | - |
| 160 | DWEK PROPERTIES, LLC | 213 HIGHWAY 35 | NEPTUNE, NJ | 212 | 16 | " | " | " | " | - |
| 161 | DWEK PROPERTIES, LLC | 264 HOPE ROAD | TINTON FALLS, NJ | | | " | " | " | " | - |
| 162 | DWEK PROPERTIES, LLC | 33 SECOND AVENUE | LONG BRANCH, NJ | 287 | 7 | " | " | " | " | - |
| 163 | DWEK PROPERTIES, LLC | 331 WOODLAKE MANOR DR | LAKEWOOD, NJ | 189.03 | 4.331 | " | " | " | " | - |
| 164 | DWEK PROPERTIES, LLC | 4 CUBERO COURT | WEST LONG BRANCH, NJ | 46 | 63 | " | " | " | " | - |
| 165 | DWEK PROPERTIES, LLC | 404 CROSBY AVE | OCEAN, NJ | 51 | 5 | " | " | " | " | - |
| 166 | DWEK PROPERTIES, LLC | 41 RIDGE AVENUE | NEPTUNE, NJ | 198 | 7 & 8 | " | " | " | " | - |
| 167 | DWEK PROPERTIES, LLC | 5 FERRY ROAD | PENNSVILLE, NJ | 2805 | 4.65 | " | " | " | " | - |
| 168 | DWEK PROPERTIES, LLC | 601 HIGHWAY 35 | NEPTUNE, NJ | 212 | | " | " | " | " | - |
| 169 | DWEK PROPERTIES, LLC | 635 HIGHWAY 35 | NEPTUNE, NJ | 242 | 65 | " | " | " | " | - |
| 171 | DWEK PROPERTIES, LLC | 704 MONROE AVE | ASBURY PARK, NJ | 124 | 11 | " | " | " | " | - |
| 172 | DWEK PROPERTIES, LLC | 79 MORRIS AVE | NEPTUNE CITY, NJ | | | " | " | " | " | - |
| 173 | DWEK PROPERTIES, LLC | 86 COOPER AVE | W. LONG BRANCH, NJ | 55 | 22 | " | " | " | " | - |
| 174 | DWEK PROPERTIES, LLC | 9 JOANNA CT | OCEAN, NJ | 22 | 114 | " | " | " | " | - |
| 175 | DWEK PROPERTIES, LLC | ALLAIRE ROAD | HOWELL, NJ | 48 | 1 | " | " | " | " | - |
| 176 | DWEK PROPERTIES, LLC | LAKEWOOD-FARMINGDALE RD | HOWELL, NJ | 48 | 3 | " | " | " | " | - |
| 177 | DWEK PROPERTIES, LLC | ROUTE 9 | FREEHOLD, NJ | 83 | 17 | " | " | " | " | - |
| 178 | DWEK RALEIGH LLC | 1100 NORTH RALEIGH BLVD | RALEIGH, NC | | | 6,200,000 | 4,900,000 | 1,300,000 | 100 | 1,300,000 |
| 179 | DWEK SC, LLC | US HIGHWAY 25 | GREENWOOD, SC | | | 6,700,000 | 5,391,100 | 1,308,900 | 100 | 1,308,900 |
| 180 | DWEK STATE COLLEGE, LLC (2006 tr | 220 SOUTH ATHERTON AVE | STATE COLLEGE, PA | PARCEL# | | 0 | 0 | 0 | | 0 |
| 181 | DWEK TRENTON GAS, LLC | 200 HWY 33 & 34 | EWING TOWNSHIP, NJ | 488 | 2 | 550,000 | 234,100 | 315,900 | 100 | 315,900 |
| 182 | DWEK WALL GAS, LLC | 5115 HIGHWAY AVENUE | WALL TWP, NJ | 811 | 12 | 433,340 | 0 | 433,340 | 100 | 433,340 |
| 183 | DWEK WALL, LLC | 2100 ROUTE 34 | WALL, NJ | 808 | 4 | 4,200,000 | 2,250,000 | 1,950,000 | 100 | 1,950,000 |
| 184 | DWEK WOODBRIDGE, LLC (2006) | 1350 ST. GEORGES AVE | AVENEL, NJ | 781.A | 1.A AND 1B1 | 4,750,000 | 3,100,000 | 1,650,000 | 100 | 1,650,000 |
| 185 | EAGLE SOUTH, LLC | VACANT LAND | OCEAN, NJ | 182 | 79 | 100,000 | 0 | 100,000 | 40 | 40,000 |
| 186 | EATON HOLDINGS, LLC | 28 EATON ROAD | EATONTOWN, NJ | 111 | 37,38,39,40 & 44 | 3,400,000 | 1,422,400 | 1,977,600 | 50 | 988,800 |
| 187 | EATONTOWN CORBETT, LLC | 1 CORBETT WAY | EATONTOWN, NJ | 111 | | 2,300,000 | 1,424,000 | 876,000 | 50 | 438,000 |
| 188 | EATONTOWN LAND, LLC | HIGHWAY 35 | EATONTOWN, NJ | 35 | 1.03 | 500,000 | 200,600 | 299,400 | 50 | 149,700 |
| 189 | EATONTOWN MERIDIAN, LLC | CHARLES MARIVE | EATONTOWN, NJ | | | 2,800,000 | 1,780,100 | 1,019,900 | 50 | 509,950 |
| 190 | EATONTOWN STAR LLC | 308 HIGHWAY 35 | EATONTOWN, NJ | 112 | 3 | 2,300,000 | 806,500 | 1,493,500 | 50 | 746,750 |
| 191 | GRANT AVENUE ESTATES, LLC | GRANT AVENUE ( HSBC BLANKET $18M | OCEAN, NJ | 22 | 106.02, 106.03, 101 | 10,000,000 | 3,922,200 | 6,077,800 | 100 | 6,077,800 |
| 192 | HOWELL FLEX, LLC | MICHAEL BENEDETTO | HOWELL, NJ | | | 687,300 | 560,000 | 127,300 | 50 | 63,650 |
| 193 | INDUSTRIAL WAY COMPLEX, LLC | 246 INDUSTRIAL WAY | EATONTOWN, NJ | 111 | 50 | 14,000,000 | 9,326,700 | 4,673,300 | 50 | 1,869,320 |
| 194 | JEMAR ENTERPRISES, LLC | 8 INDUSTRIAL WAY EAST | EATONTOWN, NJ | 135 | 6.04 | 2,200,000 | 1,476,100 | 723,900 | 100 | 723,900 |
| 195 | JFK INVESTMENT ASSOCIATES, LP | | PHILA, PA | | | 22,388,060 | 0 | 22,388,060 | 0.67 | 150,000 |

SOLOMON DWEK
PROPERTY LISTING
DECEMBER 31, 2006

| # | ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity | Ownership % 6/30/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| 196 | KADOSH, LLC | 101 PARKER AVE | OCEAN, NJ | 46 | 7 | 1,000,000 | 600,000 | 400,000 | 100 | 400,000 |
| 197 | LACEY LAND, LLC | NORTH MAIN STREET | LACEY, NJ | 630.01 | 1 | 950,000 | 290,000 | 660,000 | 100 | 660,000 |
| 198 | LITTLE SILVER GAS, LLC | 333 VILLOW AVENUE | LITTLE SILVER, NJ | 54 | 42 | 300,000 | 0 | 300,000 | 50 | 150,000 |
| 199 | LITTLE SILVER RETAIL, LLC | 1 SYCAMORE AVE/327 VILLOW DRIVE | LITTLE SILVER, NJ | 54 | 38 & 43 | 1,160,000 | 762,200 | 397,800 | 50 | 198,900 |
| 200 | LITTLE SILVER RETAIL, LLC | 321 VILLOW AVE | LITTLE SILVER, NJ | 54 | 37 | 300,000 | 0 | 300,000 | 50 | 150,000 |
| 201 | MELVILLE DWEK, LLC | 304 S. MAIN STREET | BARNEGAT, NJ | 255 | 3 | 275,000 | 0 | 275,000 | 100 | 275,000 |
| 202 | MEMORIAL STORES, LLC | 100 MEMORIAL DRIVE | ASBURY PARK, NJ | 79 | 1.02 | 1,300,000 | 728,400 | 571,600 | 100 | 571,600 |
| 203 | MONMOUTH CONSULTING SERVICE, LL | 1335-10TH AVE | NEPTUNE, NJ | | | 600,000 | 65,000 | 535,000 | 100 | 535,000 |
| 204 | MONMOUTH PLAZA, LLC | 246 MONMOUTH ROAD | OAKHURST, NJ | | | 750,000 | 420,500 | 329,500 | 100 | 329,500 |
| 205 | MYRTLE AVENUE LAND, LLC | 311 CORLIES AVENUE | NEPTUNE, NJ | 200 | 43, 45 & 46 | 1,500,000 | 1,308,000 | 192,000 | 100 | 192,000 |
| 206 | NEPTUNE CITY STORES, LLC | 1 TH PLAZA | NEPTUNE CITY, NJ | 75 | 17 | 5,500,000 | 3,508,500 | 1,991,500 | 100 | 1,991,500 |
| 207 | NEPTUNE GAS, LLC | 1329-10TH AVE | NEPTUNE, NJ | 201 | 33 | 1,400,000 | 389,100 | 1,010,900 | 100 | 1,010,900 |
| 208 | NEPTUNE GAS, LLC | 1331-10TH AVE | NEPTUNE, NJ | 201 | 31 | " | " | " | " | " |
| 209 | NEPTUNE GAS, LLC | 1333-10TH AVE | NEPTUNE, NJ | | | " | " | " | " | " |
| 210 | NEPTUNE GAS, LLC | 1346 CORLIES AVE | NEPTUNE, NJ | 201 | 24 | " | " | " | " | " |
| 211 | NEPTUNE MEDICAL, LLC | 2100 ROUTE 33 | NEPTUNE, NJ | 116 | 2 | 3,200,000 | 2,840,500 | 359,500 | 100 | 359,500 |
| 212 | NEVPORT VLB, LLC | 241 MONMOUTH ROAD | W. LONG BRANCH, NJ | 61 | 94 | 5,500,000 | 4,900,000 | 600,000 | 100 | 600,000 |
| 213 | OCEAN CIRCLE HOLDINGS, LLC | 713 ASBURY AVE | OCEAN, NJ | 140.17 | 11 | 300,000 | 0 | 300,000 | 50 | 150,000 |
| 214 | OCEAN SUNSET, LLC | 1013 HIGHWAY 35 | OCEAN, NJ | 218 | 9 | 1,300,000 | 886,500 | 413,500 | 50 | 206,750 |
| 215 | ONXY ROCKAWAY INVESTORS, LLC | | | | | 3,735,000 | 753,600 | 2,981,400 | 14.9254 | 444,986 |
| 216 | PXY HOLDINGS, LLC | 200 VALL STREET | W. LONG BRANCH, NJ | 20 | 1 | 625,000 | 344,300 | 280,700 | 100 | 280,700 |
| 217 | PHALANX FUND I LP | | | | | 3,465,500 | 0 | 3,465,500 | 4 | 138,620 |
| 218 | RED BANK GAS, LLC | 80 RECTOR PLACE | RED BANK, NJ | | 1 | 1,030,000 | 0 | 1,030,000 | 100 | 1,030,000 |
| 219 | ROUTE 33 MEDICAL, LLC | 3405 HIGHWAY 33 | NEPTUNE, NJ | 7019 | 7 | 3,200,000 | 1,354,100 | 1,845,900 | 100 | 1,845,900 |
| 220 | ROUTE 88 BRICK, LLC (2006) | 2126-2132 ROUTE 88 | BRICK, NJ | 1047 | 1 | 1,879,000 | 1,879,000 | 0 | 80 | 0 |
| 221 | ROUTE 88 POINT, LLC (2006) | 3205-3207 ROUTE 88 | POINT PLEASANT, NJ | 95 | 2 | 865,000 | 840,000 | 25,000 | 80 | 20,000 |
| 222 | SEVEN BROAD, LLC | 7 BROAD STREET | RED BANK, NJ | 28 | 13 | 2,000,000 | 1,455,500 | 544,500 | 100 | 544,500 |
| 223 | SINKING SPRINGS, LLC | 307 HURDLE RD | PHILA, PA | | | 1,461,538 | 0 | 1,461,538 | 100 | 1,461,538 |
| 316 | SUGAR MAPLE ESTATES, LLC (2006) | 61 & 63 VEST RIVER RD | RUMSON, NJ | 18 | 29-30 | 7,800,000 | 5,460,000 | 2,340,000 | 100 | 2,340,000 |
| 317 | SUMMERHILL HOLDINGS, LLC | 1705 ROUTE 73 | OLD BRIDGE, NJ | | 1 | 15,750,000 | 11,252,000 | 4,498,000 | 49 | 2,204,020 |
| 318 | TINTON FALLS LAND, LLC | 612 VARDELL ROAD | TINTON FALLS, NJ | 138 | 1 & 5 | 1,000,000 | 766,900 | 233,100 | 100 | 233,100 |
| 319 | VALL FLEX, LLC | HIGHWAY 34 | VALL, NJ | 917 | 119.01 | 1,936,000 | 1,331,500 | 604,500 | 50 | 302,250 |
| 320 | VALL FLEX, LLC | HIGHWAY 34 | VALL, NJ | 917 | 119.01 | 915,000 | 594,000 | 221,000 | 50 | 110,500 |
| 321 | VALLACE OVNER, LLC | 190 VALLACE STREET | NEW HAVEN, CT | | | 3,521,127 | 0 | 3,521,127 | 4.97 | 175,000 |
| 322 | VEST BANGS AVENUE, LLC (2006) | 3456 VEST BANGS AVENUE | NEPTUNE | 2 | 7019 | 500,000 | 250,000 | 250,000 | 100 | 250,000 |
| 323 | VEST PARK AVENUE LAND, LLC | VEST PARK AVE | TINTON FALLS, NJ | 124.63 | 30.01 | 1,500,000 | 281,700 | 1,218,300 | 50 | 609,150 |
| 324 | VEST PARK ESTATES, LLC | 21 CLEAR VIEW DRIVE | OCEAN, NJ | 1.02 | 52.01,53.01,54.01 | 2,500,000 | 964,500 | 1,535,500 | 25 | 383,875 |
| 325 | VINSTON CIRCLE, LLC | 708 HIGHWAY 35 | NEPTUNE, NJ | 1007 | 30 | 2,500,000 | 1,566,250 | 933,750 | 80 | 747,000 |
| 326 | VINSTON CIRCLE, LLC | 710 HIGHWAY 35 | NEPTUNE, NJ | 1007 | 32, 33.01, 34-37 | 200,000 | 0 | 200,000 | 80 | 160,000 |
| 327 | VLB CENTER, LLC | 138 MONMOUTH ROAD | W. LONG BRANCH, NJ | 69 | 3 | 6,000,000 | 3,958,500 | 2,041,500 | 100 | 2,041,500 |
| 328 | VLB HIGHVAY 36, LLC | 205 MONMOUTH PARKVY/HVY 36 | W. LONG BRANCH, NJ | 69 | 1 | 1,400,000 | 0 | 1,400,000 | 100 | 1,400,000 |
| 329 | VLB OFFICES, LLC | CHARLES MOMPE | W. LONG BRANCH, NJ | | | 5,000,000 | 1,260,900 | 3,739,100 | 100 | 1,869,550 |
| 330 | THE ZARO GROUP @ BANYAN, LLC | VARIOUS | | | | 21,126,750 | | 21,126,750 | 1.42 | 300,000 |
| 331 | | 330 | | | | | | | | |
| 332 | | | | | | | | | | |
| 333 | | | | | | | | | | |
| 334 | | | | | | | | | | |
| | | **Total** | | | | 381,799,527 | 202,543,822 | 179,255,705 | | 101,610,257 |
| | | | | | | | | | | 0 |

5

SOLOMON DWEK
PROPERTY LISTING
DECEMBER 31, 2006

| ENTITY/OWNER | PROPERTY LOCATION | PROPERTY CITY | BLOCK | LOT | Property FMV 12/31/2005 (or 2006 purch price) | Mortgage 12/31/2005 | Equity | Ownership % 6/30/2006 | Equity |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RIDER TO SCHEDULE B#18

Joseph Dwek
Steven Dayon
Isaac Franco
Evelyn Safdieh
Chazky Rosenburg
Eli Benhaim
Ronnie Ashkenazi
Meyer Kesserman
Morris Missry
Eddie Missry
Joseph Kohen
Jersey Funding 1, LLC
Jersey Funding 2,LLC
Jersey Funding 3,LLC
David Ashkenazi
Ronald Safdieh
Danny Safdieh
Irwin Dayon
Alan Franco
Joey Franco
Harry Tuvel
Moshe Tussia
Sam Laniado
Raymond Laniado
Elliot Laniado
Jerome Shapiro
Aron Seruya
Mark kassab
Jay Schottenstein
Meir brackfeld
Eddie mosses
Jack cookie fallack
Ezra Erani
Jimmy Khezri
Ezra Shalom
Ezra Grazi
Manny Haber
Danny Bergman
Lou Massry
Neil Tobias
Alniel Lipp llc
Albert Kassab
Mark Antebi
Michael Fallas
Ken Cayre
David Hillel
Dan Massry
Victor Sutton
Morris Abraham
Dr Isaac Dweck
Nathan Shamosh
Jack Hakim

AWAITING INFORMATION
FROM ACCOUNTANT

RIDER TO SCHEDULE B#18

Ajh Investments
Richard Schibelle
Ralph Sutton
David Mugrabi
Ben Hararie
Jack Yedid
Carey Sutton
Sam Sutton & Sons inc
Jack Cabbaso
Victor Tawil
Morris Sutton
Jeff Mishan
Steve Mishan
Leon Shweky
Charles Pooth
Rachel Franco
Dr Joseph Sutton
Eli Gindi
Ezra Zuri Hamway
Abe Shrem
Allan Ohayon
Lisa Kohen
Victor Kohen
The Joseph Dwek Family Partnership
Spa Inc.
Rms Associates llc
Morris Cabasso
Rafael Aboud
Ajh investments
Monmouth realty group llc
Joe Mirahi
Irwin mizrahi
Mark Adjmi
Eric Adjmi
Ronald Adjmi
Site Management, LLC
Morris Levy

AWAITING INFORMATION
FROM ACCOUNTANT

Official Form 6C  (04/07)

IN RE Dwek, Solomon                                              Case No. 07-11757
_____                                      _____
            Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Clothing | 11 USC § 522(d)(3) | 2,200.00 | 2,200.00 |
| Jewelry   1 watch - Cartier | 11 USC § 522(d)(4) | 1,350.00 | 1,500.00 |
| | 11 USC § 522(d)(5) | 150.00 | |
| **2002 SC430 Lexus** | 11 USC § 522(d)(2) | 2,950.00 | 29,368.00 |
| | 11 USC § 522(d)(5) | 9,250.00 | |
| Potential law suit for personal injury accident occurring in 7/2006 | 11 USC § 522(d)(11)(D) | 18,450.00 | 18,450.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Official Form 6D (10/06)

IN RE Dwek, Solomon                     Case No. __07-11757__
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMC Mortgage <br> PO Box 769 <br> Orange, CA  92856-6769 | | | 500 Roseld Avenue, Deal, NJ <br><br><br> VALUE $ **750,000.00** | | | | 645,300.00 | |
| ACCOUNT NO. <br><br> America's Servicing Co <br> PO Box 1820 <br> Newark, NJ  07101-1820 | | | mortgage on 109 Finchley Blvd. Lakewood, NJ <br><br> VALUE $ **310,000.00** | | | | 246,200.00 | |
| ACCOUNT NO. <br><br> America's Servicing Co <br> PO Box 1820 <br> Newark, NJ  07101-1820 | | | **Mortgage on 117 Mountainview,** Lakewood, NJ <br><br> VALUE $ **315,000.00** | | | | 250,200.00 | |
| ACCOUNT NO. <br><br> America's Servicing Co <br> PO Box 1820 <br> Newark, NJ  07101-1820 | | | **Mortgage on 1412 Eisenhower Street,** Lakewood, NJ <br><br> VALUE $ **310,000.00** | | | | 250,200.00 | |

____**14**____ continuation sheets attached

                                                Subtotal <br> (Total of this page)    $ **1,391,900.00**   $

Total <br> (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1992-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **America's Servicing Co** **PO Box 1820** **Newark, NJ  07101-1820** | | | **Mortgage on 170 Arnold Blvd Howell, NJ**    VALUE $ **500,000.00** | | | | 345,500.00 | |
| ACCOUNT NO.  **America's Servicing Co** **PO Box 1820** **Newark, NJ  07101-1820** | | | **Mortgage on 248 Rachel Ct Lakewood, NJ**    VALUE $ **305,000.00** | | | | 242,800.00 | |
| ACCOUNT NO.  **America's Servicing Co** **PO Box 1820** **Newark, NJ  07101-1820** | | | **Mortgage on 30 Finchley Blvd Lakewood, NJ**    VALUE $ **315,000.00** | | | | 228,500.00 | |
| ACCOUNT NO.  **America's Servicing Co** **PO Box 1820** **Newark, NJ  07101-1820** | | | **Mortgage on 302 Woodlake Manor Lakewood, NJ**    VALUE $ **183,000.00** | | | | 146,200.00 | |
| ACCOUNT NO.  **America's Servicing Co** **PO Box 1820** **Newark, NJ  07101-1820** | | | **Mortgage on 340 D Joe Parker Dr Lakewood, NJ**    VALUE $ **1,100,000.00** | | | | 131,300.00 | |
| ACCOUNT NO.  **America's Servicing Co** **PO Box 1820** **Newark, NJ  07101-1820** | | | **Mortgage on 812 New Hampshire Avenue, Lakewood, NJ**    VALUE $ **270,000.00** | | | | 214,200.00 | |
| ACCOUNT NO.  **America's Servicing Company** **PO Box 1820** **Newark, NJ  07101-1829** | | | **Mortgage on 60 Joda Dr., Lakwood, NJ**    VALUE $ **190,000.00** | | | | 150,700.00 | |

Sheet no. ____**1**__ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $  **1,459,200.00** | $

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ | $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Official Form 6D (10/06) - Cont.

**IN RE** Dwek, Solomon                                                                  Case No. 07-11757
_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Mortgage on 588 Marc Dr Lakewood, NJ | | | | 206,500.00 | |
| America's Servicing Company PO Box 1820 Newark, NJ 07101-1820 | | | | | | | | |
| | | | VALUE $ 260,000.00 | | | | | |
| ACCOUNT NO. | | | Mortgage on 1308 Eisenhower St Lakewood, NJ | | | | 107,900.00 | |
| Aurora PO Box 78111 Phoenix, AZ 85062-8111 | | | | | | | | |
| | | | VALUE $ 265,000.00 | | | | | |
| ACCOUNT NO. | | | Mortgage on 1713 6th Ave Neptune, NJ | | | | 166,700.00 | |
| Aurora PO Box 78111 Phoenix, AZ 85062-8111 | | | | | | | | |
| | | | VALUE $ 279,000.00 | | | | | |
| ACCOUNT NO. | | | Mortgage on 253 Woodlake Manor, Lakewood, NJ | | | | 106,200.00 | |
| Aurora PO Box 78111 Phoenix, AZ 85062-8111 | | | | | | | | |
| | | | VALUE $ 184,500.00 | | | | | |
| ACCOUNT NO. | | | Mortgage on 320 Laurel Ave Lakewood, NJ | | | | 179,300.00 | |
| Aurora PO Box 78111 Phoenix, AZ 85062-8111 | | | | | | | | |
| | | | VALUE $ 300,000.00 | | | | | |
| ACCOUNT NO. | | | Mortgage on 1302 Eisenhower St, Lakewood, NJ | | | | 158,400.00 | |
| Aurora Savings PO Box 78111 Phoenix, AZ 85062-8111 | | | | | | | | |
| | | | VALUE $ 265,000.00 | | | | | |
| ACCOUNT NO. | | | Value unknown | | | | unknown | |
| Aventura Tax Collector 10710 SW 211 St Room 104 Miami, FL 33189 | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. **2** of **14** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 925,000.00   $

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $            $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

**IN RE** Dwek, Solomon                    Case No. 07-11757
          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR / HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCOUNT NO. Chase PO Box 17000 Dallas, TX 75265 | | 149 Ronald Rd Lakewood, NJ VALUE $ 276,000.00 | | 214,600.00 | |
| ACCOUNT NO. Chevy Chase PO Box 17000 Baltimore, MD 21297-1000 | | Mortgage on 102 Runyan Ave, Ocean, NJ VALUE $ 1,000,000.00 | | 767,800.00 | |
| ACCOUNT NO. Chevy Chase PO Box 17000 Baltimore, MD 21297-1000 | | Mortgage on 55 Idlewood Ave Ocean, NJ VALUE $ 550,000.00 | | 454,000.00 | |
| ACCOUNT NO. Chevy Chase PO Box 17000 Baltimore, MD 21297-1000 | | Mortgage on 1154 E County Line Road, Lakewood, NJ VALUE $ 300,000.00 | | 229,000.00 | |
| ACCOUNT NO. Citimortgage PO Box 183040 Columbus, OH 43218-3040 | | Mortgage on 510 Ocean Ave #14, Long Branch, NJ VALUE $ 750,000.00 | | 357,900.00 | |
| ACCOUNT NO. Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | Mortgage on 320 Roseld Ave, Deal, NJ VALUE $ 1,300,000.00 | | 868,500.00 | |
| ACCOUNT NO. Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | Mortgage on 400 Runyan Ave, Ocean NJ VALUE $ 2,500,000.00 | | 1,510,400.00 | |

Sheet no. __3__ of __14__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 4,402,200.00 $

Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data ) $  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon
_____
                    Debtor(s)

Case No. 07-11757

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 1011 Herthstone Lakewood NJ** <br><br> VALUE $ **349,900.00** | | | | 277,200.00 | |
| ACCOUNT NO. <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 1224 Delmar Road, Lakewood, NJ** <br><br> VALUE $ **310,000.00** | | | | 245,900.00 | |
| ACCOUNT NO. <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 137 Ronald Rd Lakewood, NJ** <br><br> VALUE $ **328,000.00** | | | | 260,500.00 | |
| ACCOUNT NO. <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 1403 10th Avenue, Neptune, NJ** <br><br> VALUE $ **260,000.00** | | | | 207,000.00 | |
| ACCOUNT NO. <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 1407 Stark St., Lakewood, NJ** <br><br> VALUE $ **235,000.00** | | | | 185,700.00 | |
| ACCOUNT NO. 7146977 <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 1409 10th Ave Neptune, NJ** <br><br> VALUE $ **445,000.00** | | | | 198,800.00 | |
| ACCOUNT NO. 110975017 <br> **Countrywide Mortgage** <br> PO Box 660694 <br> Columbus, OH 43218 | | | **Mortgage on 1416 Stark Steet Lakewood, NJ** <br><br> VALUE $ **265,000.00** | | | | 211,900.00 | |

Sheet no. **4** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **1,587,000.00** $

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $          $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                              Case No. 07-11757
_____                                              _____
            Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 101304720 | | | Mortgage on 1535 Newport Avenue, Lakewood, NJ | | | | 246,600.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 350,000.00 | | | | | |
| ACCOUNT NO. 102739566 | | | Mortgage on 159 N Oakland Street Lakewood, NJ | | | | 256,000.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 321,000.00 | | | | | |
| ACCOUNT NO. 97454228 | | | Mortgage on 210 Ari Way Miami Beach FL | | | | 1,633,200.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 2,300,000.00 | | | | | |
| ACCOUNT NO. 112317929 | | | Mortgage on 279 Oakley Ave Long Branch, NJ | | | | 579,800.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 850,000.00 | | | | | |
| ACCOUNT NO. 10278051 | | | Mortgage on 39 Erica Road, Lakewood, NJ | | | | 222,600.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 286,000.00 | | | | | |
| ACCOUNT NO. 71417537 | | | Mortgage on 43 Monterey Circle, Lakewood, NJ | | | | 238,800.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 300,000.00 | | | | | |
| ACCOUNT NO. 97355631 | | | 1st Mortgage on 6201 Ari Way, Miami Beach, FL | | | | 1,633,200.00 | |
| Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | VALUE $ 2,800,000.00 | | | | | |

Sheet no. __5__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ 4,810,200.00  $

Total
(Use only on last page of the completed Schedule D  Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                            Case No. 07-11757
_____
         Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 97356151 Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | 2nd Mortgage on 6201 Ari Way, Miami Beach, FL <br><br> VALUE $ 2,800,000.00 | | | | unknown | |
| ACCOUNT NO. 71417065 Countrywide Mortgage PO Box 660694 Columbus, OH 43218 | | | Mortgage on 869 Morris Ave, Lakewood, NJ <br><br> VALUE $ 305,750.00 | | | | 242,700.00 | |
| ACCOUNT NO. Bl 54, Lot 3 Deal Tax Collector Durant Plaza Deal, NJ 07723 | | | 9 Roseld Court, Deal, NJ <br><br> VALUE $ | | | | unknown | |
| ACCOUNT NO. EMC Mortgage Zucker Goldberg Ackerman 1139 Spruce Dr Mountainside, NJ 07092-2221 | | | Mortgage on 106 Runyan Ave Ocean, NJ <br><br> VALUE $ 850,000.00 | | | | 640,400.00 | |
| ACCOUNT NO. 11607827 EMC Mortgage Zucker Goldberg Ackerman 1139 Spruce Dr Mountainside, NJ 07092-2221 | | | Mortgage on 869 Morris Avenue, Lakewood, NJ <br><br> VALUE $ 305,750.00 | | | | 242,700.00 | |
| ACCOUNT NO. 18927491 EMC Mortgage Zucker Goldberg Ackerman 1139 Spruce Dr Mountainside, NJ 07092-2221 | | | Mortgage on 1175 Evergreen Lakewood, NJ <br><br> VALUE $ 315,000.00 | | | | 251,400.00 | |
| ACCOUNT NO. 1263728 EMC Mortgage Zucker Goldberg Ackerman 1139 Spruce Dr Mountainside, NJ 07092-2221 | | | Mortgage on 1521 Logan Road, Ocean NJ <br><br> VALUE $ 700,000.00 | | | | 460,000.00 | |

Sheet no. __6__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ 1,837,200.00  $

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                        Case No. 07-11757
_____
          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 18927418<br>EMC Mortgage<br>Zucker Goldberg Ackerman<br>1139 Spruce Dr<br>Mountainside, NJ 07092-2221 | | | Mortgage on 155 Mountain View Dr Lakewood, NJ<br><br>VALUE $ 325,000.00 | | | | 259,300.00 | |
| ACCOUNT NO. 12662664<br>EMC Mortgage<br>Zucker Goldberg Ackerman<br>1139 Spruce Dr<br>Mountainside, NJ 07092-2221 | | | Mortgage on 177 Monmouth Road, Oakhurst, NJ<br><br>VALUE $ 400,000.00 | | | | 275,500.00 | |
| ACCOUNT NO. 18927616<br>EMC Mortgage<br>Zucker Goldberg Ackerman<br>1139 Spruce Dr<br>Mountainside, NJ 07092-2221 | | | Mortgage on 287 Zachary Court, Lakewood, NJ<br><br>VALUE $ 212,000.00 | | | | 167,700.00 | |
| ACCOUNT NO. 18927616<br>EMC Mortgage<br>Zucker Goldberg Ackerman<br>1139 Spruce Dr<br>Mountainside, NJ 07092-2221 | | | Mortgage on 425 West Park Ave, Ocean, NJ<br><br>VALUE $ 340,000.00 | | | | 271,800.00 | |
| ACCOUNT NO. 12953683<br>EMC Mortgage<br>Zucker Goldberg Ackerman<br>1139 Spruce Dr<br>Mountainside, NJ 07092-2221 | | | Mortgage on 516 Ashley Ave Lakewood, NJ<br><br>VALUE $ 278,000.00 | | | | 180,500.00 | |
| ACCOUNT NO. 11606589<br>EMC Mortgage<br>Zucker Goldberg Ackerman<br>1139 Spruce Dr<br>Mountainside, NJ 07092-2221 | | | Mortgage on 401 Brookside Ave, Ocean, NJ<br><br>VALUE $ 500,000.00 | | | | 613,700.00 | 113,700.00 |
| ACCOUNT NO.<br>G M A C<br>P O Box 830117<br>Baltimore, MD 21283-0117 | | | Mortgage on 1727 Lanes Mill Road Lakewood NJ<br><br>VALUE $ 1,350,000.00 | | | | 496,000.00 | |

Sheet no. __7__ of __14__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ 2,264,500.00   $ 113,700.00

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 360003782 <br> **G M A C** <br> **P O Box 830177** <br> **Baltimore, MD  21283-0001** | | | **Mortgage on 194 Stratford Place, Lakewood, NJ** <br><br> VALUE $ **195,000.00** | | | | **155,100.00** | |
| ACCOUNT NO. 360003892 <br> **G M A C** <br> **P O Box 830117** <br> **Baltimore, MD  21283-0117** | | | **Mortgage on 210-212 W Morgan Ave Ocean, NJ** <br><br> VALUE $ **852,000.00** | | | | **676,200.00** | |
| ACCOUNT NO. 202395901 <br> **Greenpoint Mortgage** <br> **2300 Brookstone Centre Pkwy** <br> **Columbus, GA  31904-4500** | | | **Mortgage on 214-216 W Morgan Ave, Ocean, NJ** <br><br> VALUE $ **650,000.00** | | | | **516,900.00** | |
| ACCOUNT NO. 202393948 <br> **Greenpoint Mortgage** | | | **503 Hope Chapel Road, Lakewood, NJ** <br><br> VALUE $ **317,500.00** | | | | **238,800.00** | |
| ACCOUNT NO. Block 4, Lot 1 <br> **Howell Township Tax Collector** <br> **251 Preventorium Rd** <br> **PO Box 580** <br> **Howell, NJ  07731-0580** | | | **170 Arnold Blvd, Howell, NJ** <br><br> VALUE $ | | | | **unknown** | |
| ACCOUNT NO. Block 183, Lot 7 <br> **Howell Twp Tax Collector** <br> **P O Box 580** <br> **251 Preventorium Road** <br> **Howell, NJ  07731** | | | **315 a/k/a 319 Brickyard Road, Howell,** <br><br> VALUE $ | | | | **unknown** | |
| ACCOUNT NO. <br> **Indymac** <br> **1 National City Pkwy** <br> **Kalamazoo, MI  49009-8003** | | | **Mortgage on 319 Brickyard Road , Howell, NJ** <br><br> VALUE $ **310,000.00** | | | | **347,157.24** | **37,157.24** |

Sheet no. ___8___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **1,934,157.24** $ **37,157.24**

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $              $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                                          Case No. 07-11757
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1006095432** <br> **Indymac** <br> **1 National City Pkwy** <br> **Kalamazoo, MI 49009-8003** | | | **Mortgage on 108 Coventry Drive, Lakewood, NJ** <br><br> VALUE $ **190,000.00** | | | | **146,500.00** | |
| ACCOUNT NO. **1006223828** <br> **Indymac** <br> **1 National City Pkwy** <br> **Kalamazoo, MI 49009-8003** | | | **Mortgage on 180 Woodlake Manor Dr., Lakewood, NJ** <br><br> VALUE $ **190,000.00** | | | | **147,600.00** | |
| ACCOUNT NO. **1006200313** <br> **Indymac** <br> **1 National City Pkwy** <br> **Kalamazoo, MI 49009-8003** | | | **Mortgage on 292 Woodlake Manor Dr, Lakewood, NJ** <br><br> VALUE $ **167,500.00** | | | | **133,700.00** | |
| ACCOUNT NO. <br> **Lakewood Tax Collector** <br> **Municipal Building** <br> **231 3rd St** <br> **Lakewood, NJ 08701-3220** | | | VALUE $ | | | | **unknown** | |
| ACCOUNT NO. <br> **Lakewood Tax Collector** <br> **Municipal Building** <br> **231 3rd St** <br> **Lakewood, NJ 08701-3220** | | | VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **BI 3-34.-6.00-490, U214** <br> **Lewes Tax Collector** <br> **PO Box 227** <br> **Lewes, DE 19958-0227** | | | **34 Taramino Place, Lewes DE** <br><br> VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **BI 72, Lot 10.03, BI 140,** <br> **Long Branch Tax Collector** <br> **City Hall** <br> **344 Broadway** <br> **Long Branch, NJ 07740-6938** | | | **510 Ocean Ave, Unit #14** <br> **279 Oakley Ave, Long Branch** <br><br> VALUE $ | | | | **unknown** | |

Sheet no. **9** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **427,800.00** $

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $           $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                      Case No. 07-11757
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Miami Beach Tax Collector 140 W Flagler First Floor Miami, FL 33130** | | | VALUE $ | | | | unknown | |
| ACCOUNT NO. **Neptune City Tax Collector 106 W Sylvania Ave Neptune, NJ 07753-6428** | | | VALUE $ | | | | unknown | |
| ACCOUNT NO. **Neptune City Tax Collector 106 W Sylvania Ave Neptune, NJ 07753-6428** | | | VALUE $ | | | | unknown | |
| ACCOUNT NO. **Neptune Tax Collector 25 Neptune Blvd Neptune, NJ 07753-4814** | | | VALUE $ | | | | unknown | |
| ACCOUNT NO. **Bl 138, Lot 49** **Ocean Township Tax Collector Township Hall 399 Monmouth Rd Oakhurst, NJ 07755-1550** | | | **905 Brookside Ave Ocean NJ** VALUE $ | | | | unknown | |
| ACCOUNT NO. **17905266** **Option One PO Box 44042 Jacksonville, FL 32231-4042** | | | **Mortgage on 1461 Read Place Lakewood, NJ** VALUE $ **360,000.00** | | | | 286,500.00 | |
| ACCOUNT NO. **17477217** **Option One Mortgage PO Box 44042 Jacksonville, FL 32231-4042** | | | **Mortgage on 113 Sarah Court, Lakewood, NJ** VALUE $ **327,000.00** | | | | 258,800.00 | |

Sheet no. __10__ of __14__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **545,300.00** | $

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $       | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                         Case No. 07-11757
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **PNC Bank, National Association** <br> **Two Center Tower Blvd** <br> **East Brunswick, NJ  08816** | X | | <br> VALUE $ **12,257.38** | | | | 22,993,730.71 | 22,981,473.39 |
| ACCOUNT NO. <br> **Peter A. Forgosh** <br> **Day Pitney Llp** <br> **200 Campus Dr** <br> **Florham Park, NJ  07932-1007** | | | **Assignee or other notification for:** <br> **PNC Bank, National Association** <br> VALUE $ | | | | | |
| ACCOUNT NO. **Bl 1, Lot 4** <br> **Roosevelt Tax Collector** <br> **Boro Hall** <br> **33 N Rochdale Ave** <br> **Roosevelt, NJ  08555** | | | **39 Lake Dr, Roosevelt, NJ** <br> VALUE $ **47,874,150.00** | | | | unknown | |
| ACCOUNT NO. <br> **Washington Mutual** <br> **1301 2nd Aven** <br> **Wmc 3501** <br> **Seattle, WA  98101** | | | **Mortgage on 104 Crosby Avenue Ocean, NJ** <br> VALUE $ **2,000,000.00** | | | | 1,605,000.00 | |
| ACCOUNT NO. <br> **Stephen M Packman** <br> **Archer & Greiner** <br> **1 Centennial Sq** <br> **Haddonfield, NJ  08033-2332** | | | **Assignee or other notification for:** <br> **Washington Mutual** <br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Washington Mutual** <br> **1301 2nd Aven** <br> **Wmc 3501** <br> **Seattle, WA  98101** | | | **Mortgage on 9 Roseld Court, Deal, NJ** <br> VALUE $ **1,300,000.00** | | | | 602,000.00 | |
| ACCOUNT NO. <br> **Stephen M Packman** <br> **Archer & Greiner** <br> **1 Centennial Sq** <br> **Haddonfield, NJ  08033-2332** | | | **Assignee or other notification for:** <br> **Washington Mutual** <br> VALUE $ | | | | | |

Sheet no. __**11**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $  **25,200,730.77** | $ **22,981,473.39**

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $         | $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 03 2441 06943729 8<br>**Washington Mutual**<br>**1301 2nd Aven**<br>**Wmc 3501**<br>**Seattle, WA  98101** | | | **Mortgage on 101 W Palmer Ave W. Long Branch, NJ**<br><br>VALUE $ **1,150,000.00** | | | | 805,000.00 | |
| ACCOUNT NO.<br>**Stephen M Packman**<br>**Archer & Greiner**<br>**1 Centennial Sq**<br>**Haddonfield, NJ  08033-2332** | | | **Assignee or other notification for: Washington Mutual**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **70519173**<br>**Washington Mutual**<br>**1301 2nd Aven**<br>**Wmc 3501**<br>**Seattle, WA  98101** | | | **39 Lake Dr, Roosevelt, NJ**<br><br>VALUE $ **345,000.00** | | | | 241,500.00 | |
| ACCOUNT NO.<br>**Stephen M Packman**<br>**Archer & Greiner**<br>**1 Centennial Sq**<br>**Haddonfield, NJ  08033-2332** | | | **Assignee or other notification for: Washington Mutual**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Wells Fargo Mortgage**<br>**PO Box 54780**<br>**Los Angeles, CA  90054-0780** | | | **2nd Mortgage on 1 Milwin Ct**<br><br>VALUE $ **1,200,000.00** | | | | unknown | |
| ACCOUNT NO.<br>**Wells Fargo Mortgage**<br>**PO Box 54780**<br>**Los Angeles, CA  90054-0780** | | | **Mortgage on 106 Crosby Avenue, Ocean, NJ**<br><br>VALUE $ **2,400,000.00** | | | | 1,950,000.00 | |
| ACCOUNT NO. **0145674966**<br>**Wells Fargo Mortgage**<br>**PO Box 54780**<br>**Los Angeles, CA  90054-0780** | | | **Mortgage on 1025 Hearthstone Drive, Lakewood, NJ**<br><br>VALUE $ **295,000.00** | | | | 235,100.00 | |

Sheet no. ____**12**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **3,231,600.00** | $

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $            | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Dwek, Solomon            Case No. 07-11757
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0146339841 **Wells Fargo Mortgage** **PO Box 54780** **Los Angeles, CA  90054-0780** | | | **Mortgage on 1605 Logan Rd Ocean, NJ** VALUE $ **430,000.00** | | | | 342,800.00 | |
| ACCOUNT NO. 0130553217 **Wells Fargo Mortgage** **PO Box 54780** **Los Angeles, CA  90054-0780** | | | **Mortgage on 34 Taramino Pl,   Lewes DE** VALUE $ **200,000.00** | | | | 123,600.00 | |
| ACCOUNT NO. 650-9219951 1998 **Wells Fargo Mortgage** **PO Box 54780** **Los Angeles, CA  90054-0780** | | | **2nd Mortgage on 3752 NE 199th St, Aventura, FL** VALUE $ **1,950,000.00** | | | | 1,111,400.00 | |
| ACCOUNT NO. 145674677 **Wells Fargo Mortgage** **PO Box 54780** **Los Angeles, CA  90054-0780** | | | **Mortgage on 907 Morris Ave, Lakewood, NJ** VALUE $ **349,000.00** | | | | 278,200.00 | |
| ACCOUNT NO. 0057837072 **Wells Fargo Mortgage** **PO Box 54780** **Los Angeles, CA  90054-0780** | | | **1st Mortgage on 3752 NE 19th St, Aventura, FL** VALUE $ **1,950,000.00** | | | | unknown | |
| ACCOUNT NO. Bl 51, Lot 67 **West Long Branch Tax Collector** **965 Broadway** **PO Box 639** **West Long Branch, NJ  07764-0639** | | | **101 W Palmer Ave W Long Branch, NJ** VALUE $ | | | | unknown | |
| ACCOUNT NO **World Savings** **PO Box 650011** **Dallas, TX  75265-0011** | | | **mortgage on 107 Roseld Avenue, Deal, NJ** VALUE $ **1,300,000.00** | | | | 978,300.00 | |

Sheet no. **13** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **2,834,300.00** $

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $      $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE <u>Dwek, Solomon</u>                                    Case No. <u>07-11757</u>
<div style="text-align:center">Debtor(s)</div>

<div style="text-align:center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29638152 **World Savings** **PO Box 650011** **Dallas, TX 75265-0011** | | | **Mortgage on 1550 Cedarview Ave Lakewood, NJ** VALUE $ **428,000.00** | | | | 299,900.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **14** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **299,900.00** $

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **53,150,988.01** $ **23,132,330.63**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6E (04/07)

IN RE Dwek, Solomon
_____
Debtor(s)

Case No. 07-11757

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ **1** continuation sheets attached

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

IN RE Dwek, Solomon
_____
Debtor(s)

Case No. **07-11757**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Internal Revenue Service Special Procedure Section PO Box 744 Springfield, NJ 07081-0744** | | | | | | | **unknown** | | |
| ACCOUNT NO. **State Of New Jersey Dept Of Labor & Workforce P O Box Trenton, NJ 08646-0929** | | | | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Official Form 6F (10/06)

IN RE Dwek, Solomon _____    Case No. 07-11757
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A & C Equities, LLC**<br>**1563 48th St**<br>**Brooklyn, NY  11219-3274** | X | | | | | X | 350,000.00 |
| ACCOUNT NO.<br>**Abraham M. Fallas**<br>**717 Ocean Ave Apt 502**<br>**Long Branch, NJ  07740-4977** | X | | | | | X | 1,240,000.00 |
| ACCOUNT NO.<br>**Abraham Shrem**<br>**457 Monmouth Rd**<br>**West Long Branch, NJ  07764-1263** | X | | | | | X | 1,100,000.00 |
| ACCOUNT NO.<br>**Alain Ohayon**<br>**3504 Rose Ave**<br>**Ocean, NJ  07712-3908** | X | | | | | X | 461,538.46 |

__25__ continuation sheets attached

Subtotal
(Total of this page) $ **3,151,538.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                        Case No. 07-11757
_____
        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Albert Houllou**<br>**1643 E 28th St**<br>**Brooklyn, NY 11229-2507** | X | | | | | X | **500,000.00** |
| ACCOUNT NO.<br>**Albert Kassab**<br>**1824 E 3rd St**<br>**Brooklyn, NY 11223-1937** | X | | | | | X | **375,000.00** |
| ACCOUNT NO.<br>**Albert Shammah**<br>**1863 E 26th St**<br>**Brooklyn, NY 11229-2437** | X | | | | | X | **240,000.00** |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | **239,884.39** |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | **603,954.16** |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | **968,792.58** |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | **736,358.56** |

Sheet no. __1__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 3,663,989.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data )    $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
_____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 847,979.31 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 953,745.49 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 69,723.22 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 459,513.77 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 146,659.21 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 99,518.52 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 908,993.09 |

Sheet no. __2__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ 3,486,132.61

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                    Case No. 07-11757
_____
          Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 3,967,816.21 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 865,060.20 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 338,867.69 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | | | Guaranty | | | | 1,540,455.94 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 858,815.87 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 1,885,957.65 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 1,676,178.54 |

Sheet no. **3** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            $ **11,133,152.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 1,439,942.76 |
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 442,426.15 |
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 751,369.38 |
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | | | Guaranty | | | | 142,291.15 |
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 648,745.47 |
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 975,287.94 |
| ACCOUNT NO. <br> **Amboy National Bank** <br> **3590 US Highway 9** <br> **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 309,385.52 |

Sheet no. __4__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,709,448.37

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
_____
              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 340,470.32 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 445,712.37 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 651,992.57 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 210,919.78 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 582,478.65 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 109,183.50 |
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 211,966.29 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___5___ of ___25___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 2,552,723.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 221,265.86 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | | | Guaranty | | | | 12,922,721.66 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | | | Guaranty | | | | 134,846.94 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 273,276.60 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 284,991.96 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 121,966.23 |
| ACCOUNT NO. **Amboy National Bank 3590 US Highway 9 Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 406,560.94 |

Sheet no. __6__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ 14,365,630.19

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 834,804.08 |
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 350,505.40 |
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 1,251,779.34 |
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 2,484,895.50 |
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 393,722.77 |
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 1,628,197.14 |
| ACCOUNT NO. **Amboy National Bank** **3590 US Highway 9** **Old Bridge, NJ 08857-2765** | X | | Guaranty | | | | 250,428.42 |

Sheet no. _____ 7 _ of _____ 25 _ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $ 7,194,332.65

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                    Case No. 07-11757
_____
             Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ 08857-2765** | | | **Guaranty** | | | | 544,150.44 |
| ACCOUNT NO.<br>**Atlantic Security & Fire, Inc.**<br>**1309 Allaire Ave**<br>**Ocean, NJ 07712-3503** | X | | | | | X | 17,797.63 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ 07755-2765** | X | | **debt of Tinton Fall Land LLC** | | | X | 81,000.00 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ 07755-2765** | X | | | | | X | 27,312.63 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ 07755-2765** | X | | | | | X | 2,558.51 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ 07755-2765** | X | | | | | X | 100,308.04 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ 07755-2765** | X | | | | | X | 17,725.67 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___8___ of ___25___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  790,852.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon

Case No. 07-11757

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765** | X | | | | | X | 5,502.71 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765** | X | | | | | X | 927.27 |
| ACCOUNT NO.<br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765** | X | | | | | X | 12,721.54 |
| ACCOUNT NO.<br>**BRT Realty Trust**<br>**60 Cuttermill Rd Ste 303**<br>**Great Neck, NY  11021-3104** | X | | | | | X | 1,853,717.94 |
| ACCOUNT NO.<br>**BRT Realty Trust**<br>**60 Cuttermill Rd Ste 303**<br>**Great Neck, NY  11021-3104** | | | | | | X | 5,972,105.81 |
| ACCOUNT NO.<br>**Central Jersey Bank**<br>**627 2nd Ave**<br>**Long Branch, NJ  07740-5119** | | | guaranty | | | | 2,000,000.00 |
| ACCOUNT NO.<br>**Andrew J Kelly Esq**<br>**Kelly & Brennen**<br>**1800 Route 34 Ste 403**<br>**Belmar, NJ  07719-9167** | | | Assignee or other notification for:<br>**Central Jersey Bank** | | | | |

Sheet no. ___**9**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 9,844,975.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon

Case No. 07-11757

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Charles Ishay<br>Gotham Realty<br>30 Broad St<br>New York, NY 10004-2304** | X | | | | | X | **5,000,000.00** |
| ACCOUNT NO.<br>**Richard K, Coplon Esq<br>Hellring Lindeman<br>1 Gateway Ctr<br>Newark, NJ 07102-5310** | | | **Assignee or other notification for:<br>Charles Ishay** | | | | |
| ACCOUNT NO.<br>**Charles O. Puth<br>24 Ridge Rd<br>Rumson, NJ 07760-1907** | | | | | | X | **500,000.00** |
| ACCOUNT NO.<br>**Charles S. Amon<br>30 Negba St<br>Lakewood, NJ 08701-3661** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**Columbia Bank<br>Bruce Gordon Esq<br>2050 Center Ave Ste 560<br>Fort Lee, NJ 07024-4913** | | | **guaranty** | | | | **5,000,000.00** |
| ACCOUNT NO.<br>**Bruce Gordon<br>2050 Center Ave Ste 560<br>Fort Lee, NJ 07024-4913** | | | **Assignee or other notification for:<br>Columbia Bank** | | | | |
| ACCOUNT NO.<br>**Cutting Edge Lawn Service<br>17 Tall Oaks Dr<br>Hazlet, NJ 07730-1930** | | | | | | | **127.20** |

Sheet no. **10** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **10,500,127.20**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 445.20 |
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 212.00 |
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 53.00 |
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 53.00 |
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 53.00 |
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 212.00 |
| ACCOUNT NO. **Cutting Edge Lawn Service 17 Tall Oaks Dr Hazlet, NJ 07730-1930** | | | | | | | 318.00 |

Subtotal
(Total of this page )    $    1,346.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data )    $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CW Capital Asset Mangement, LLC<br>C/O Venable, LLP Attn: Brent Procida<br>2 Hopkins Plz Ste 1800<br>Baltimore, MD 21201-2911 | X | | | | | | 3,088,408.68 |
| ACCOUNT NO.<br>D & D Trust<br>C/O Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 | | | | | | | 19,455,001.96 |
| ACCOUNT NO.<br>Michael Kahme<br>Hill Wallack<br>202 Carnegie Ctr<br>Princeton, NJ 08540-6239 | | | Assignee or other notification for:<br>D & D Trust | | | | |
| ACCOUNT NO.<br>David H. Kamar<br>1827 E 2457<br>Brooklyn, NY 11229 | | | | | | X | 4,751.50 |
| ACCOUNT NO.<br>David Hillel<br>PO Box 2262<br>Long Branch, NJ 07740-2262 | X | | | | | X | 384,000.00 |
| ACCOUNT NO.<br>Dhreem Kitchens, Inc.<br>5420 Route 9 S<br>Howell, NJ 07731-3727 | X | | | | | X | 3,720.53 |
| ACCOUNT NO.<br>Dhreem Kitchens, Inc.<br>5420 Route 9 S<br>Howell, NJ 07731-3727 | X | | | | | X | 509.01 |

Sheet no. __12__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 22,936,391.68

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                        Case No. 07-11757
_____                                      _____
                Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dhreem Kitchens, Inc.**<br>**5420 Route 9 S**<br>**Howell, NJ  07731-3727** | X | | | | | X | 1,509.12 |
| ACCOUNT NO.<br>**Eric Phillips**<br>**C/O Phillips Real Estate**<br>**54 Broad St Ste 200C**<br>**Red Bank, NJ  07701-1931** | | | | | | X | 246,120.26 |
| ACCOUNT NO.<br>**Ezra Grazi**<br>**3573 Bedford Ave**<br>**Brooklyn, NY  11210-5236** | X | | loan; disputed as to interest charged | | | X | 2,190,125.00 |
| ACCOUNT NO.<br>**Ezra Missry Family Limited Partnership**<br>**100 S Washington Ave**<br>**Dunellen, NJ  08812-1692** | X | | | | | X | 600,000.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | | | | | | X | 2,850.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | X | | | | | X | 53,294.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | X | | | | | X | 1,650.00 |

Sheet no. **13** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 3,095,548.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

**IN RE** Dwek, Solomon                                    Case No. 07-11757
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 1,500.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 2,355.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 5,550.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 11,250.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 1,200.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 19,315.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ 07753-5181** | X | | | | | X | 90,883.00 |

Sheet no. __14__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 132,053.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                         Case No. 07-11757
_____                              _____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | X | | | | | X | 1,350.00 |
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | X | | | | | X | 74,044.00 |
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | | | | | | X | 900.00 |
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | X | | | | | X | 2,850.00 |
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | X | | | | | X | 535,306.00 |
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | X | | | | | X | 1,350.00 |
| ACCOUNT NO. Four Star Builders 1301 Route 33 Ste 3-E Neptune, NJ 07753-5181 | X | | | | | X | 1,800.00 |

Sheet no. __15__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ 617,600.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                          Case No. 07-11757
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 5,550.00 |
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 12,096.00 |
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 1,800.00 |
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 3,841.25 |
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 4,200.00 |
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 1,800.00 |
| ACCOUNT NO.<br>Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 | X | | | | | X | 465,336.00 |

Sheet no. __16__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 494,623.25

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data ) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                      Case No. 07-11757
_____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | X | | | | | X | 6,655.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | X | | | | | X | 49,705.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | X | | | | | X | 421,998.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | | | | | | X | 68,826.00 |
| ACCOUNT NO.<br>**Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** | X | | | | | X | 139,370.27 |
| ACCOUNT NO.<br>**Herzel Tuvel**<br>**37 Lake Ave**<br>**Deal, NJ  07723** | | | | | | X | 80,000.00 |
| ACCOUNT NO.<br>**Heshy Brachfeld**<br>**4516 17th Ave**<br>**Brooklyn, NY  11204-1110** | X | | | | | X | 100,000.00 |

Sheet no. __17__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 866,554.27

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HSBC Bank**<br>**David Ravin**<br>**1 Boland Dr**<br>**West Orange, NJ  07052-3686** | | | **Guaranty** | | | X | 57,419,789.60 |
| ACCOUNT NO.<br>**Imperial Tile And Marble Company, Inc.**<br>**Shrewsbury Plaza**<br>**1140 J Broad St**<br>**Shrewsbury, NJ  07702** | X | | | | | X | 25,552.55 |
| ACCOUNT NO.<br>**Imperial Tile And Marble Company, Inc.**<br>**Shrewsbury Plaza**<br>**1140 J Broad St**<br>**Shrewsbury, NJ  07702** | X | | | | | X | 15,988.93 |
| ACCOUNT NO.<br>**Imperial Tile And Marble Company, Inc.**<br>**Shrewsbury Plaza**<br>**1140 J Broad St**<br>**Shrewsbury, NJ  07702** | X | | | | | X | 29,778.78 |
| ACCOUNT NO.<br>**Isaac J. Dweck**<br>**787 Ocean Ave Apt 503**<br>**Long Branch, NJ  07740-4929** | X | | | | | X | 1,600,000.00 |
| ACCOUNT NO.<br>**Jack Cabasso**<br>**130 McGaw Dr**<br>**Edison, NJ  08837-3725** | X | | | | | X | 200,000.00 |
| ACCOUNT NO.<br>**Jack Hakim**<br>**8 Tulip Ct**<br>**Oakhurst, NJ  07755-1659** | | | | | | X | 1,587,304.83 |

Sheet no. __18__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     $  60,878,414.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                                   Case No. 07-11757
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jack Hakim & AJH Investments**<br>**8 Tulip Ct**<br>**Oakhurst, NJ 07755-1659** | X | | | | | X | 4,625,000.00 |
| ACCOUNT NO.<br>**Vincent Manning**<br>**Manning Caliendo & THomso**<br>**36 W Main St**<br>**Freehold, NJ 07728-2261** | | | **Assignee or other notification for:**<br>**Jack Hakim & AJH Investments** | | | | |
| ACCOUNT NO.<br>**Jack Yedid**<br>**1572 E. 101th Street**<br>**Brooklyn, NY 11230** | X | | | | | X | 500,000.00 |
| ACCOUNT NO.<br>**Jerome Shapiro**<br>**23 Ridge Rd**<br>**West Long Branch, NJ 07764-1232** | X | | **indemnification claim** | X | | X | 7,000,485.50 |
| ACCOUNT NO.<br>**Lee D Gottesman Esq**<br>**509 Main Street**<br>**PO Box 1508**<br>**Toms River, NJ 08754-1508** | | | **Assignee or other notification for:**<br>**Jerome Shapiro** | | | | |
| ACCOUNT NO.<br>**Joseph And Rachel Franco**<br>**323 Avenue I**<br>**Brooklyn, NY 11230-2617** | X | | | | | X | 842,000.00 |
| ACCOUNT NO.<br>**Lakeland Bank**<br>**Mitchell B Seidman**<br>**777 Terrace Ave 5th Fl**<br>**Hasbrouck Heights, NJ 07604-3110** | | | **guaranty** | | | | 2,000,000.00 |

Sheet no. __19__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,967,485.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data )    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
_____
          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Larry Bennet Construction, Inc. 299 Squankum Rd Farmingdale, NJ 07727-3755** | | | | | | X | 27,280.00 |
| ACCOUNT NO. **Lindstrom, Diessner & Carr, P.C. 136 Drum Point Rd Brick, NJ 08723-6275** | X | | | | | X | 13,262.25 |
| ACCOUNT NO. **M. Rudow Contractors PO Box 826 Jackson, NJ 08527-0826** | X | | | | | X | 9,140.00 |
| ACCOUNT NO. **Madison Bank LLC** | X | | guaranty | | | | 600,000.00 |
| ACCOUNT NO. **Magyar Bank 582 Milltown Rd North Brunswick, NJ 08902-3327** | X | | guaranty | | | | 758,797.48 |
| ACCOUNT NO. **Edward C. Stokes III Stokes & Throckmorton PO Box 4087 Long Branch, NJ 07740-4087** | | | Assignee or other notification for: **Magyar Bank** | | | | |
| ACCOUNT NO. **Magyar Bank 582 Milltown Rd North Brunswick, NJ 08902-3327** | X | | | | | | 5,505,923.52 |

Sheet no. __20__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 6,914,403.25

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                    Case No. 07-11757
_____                              _____
           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Edward C. Stokes III<br>Stokes & Throckmorton<br>PO Box 4087<br>Long Branch, NJ 07740-4087 | | | Assignee or other notification for:<br>Magyar Bank | | | | |
| ACCOUNT NO.<br>Max Sutton<br>401 Brookside Ave<br>Oakhurst, NJ 07755-1401 | | | | | | X | 200,000.00 |
| ACCOUNT NO.<br>Meyer Kesserman<br>18 Bradshaw Rd<br>Lakewood, NJ 08701-3126 | X | | | | | X | 755,062.00 |
| ACCOUNT NO.<br>Monmouth Excavators<br>974 Highway 33<br>Freehold, NJ 07728-8494 | X | | | | | X | 43,912.73 |
| ACCOUNT NO.<br>Monmouth Excavators<br>974 Highway 33<br>Freehold, NJ 07728-8494 | X | | | | | X | 122,241.90 |
| ACCOUNT NO.<br>Monmouth Realty Group, LLC<br>425 Runyan Ave<br>Deal, NJ 07723-1447 | X | | Guaranty | | | X | 4,700,000.00 |
| ACCOUNT NO.<br>Lisa Kohen<br>425 Runyan Avenue<br>Deal, NJ 07723 | | | Assignee or other notification for:<br>Monmouth Realty Group, LLC | | | | |

Sheet no. ___21___ of ___25___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $ 5,821,216.63

Total
(Use only on last page of the completed Schedule F  Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                              Case No. 07-11757
_____                                    _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Morris Cabasso**<br>130 McGaw Dr<br>Edison, NJ 08837-3725 | X | | | | | X | 300,000.00 |
| ACCOUNT NO.<br>**Morris Missry Family Limited Partnership**<br>100 S Washington Ave<br>Dunellen, NJ 08812-1692 | X | | | | | X | 600,000.00 |
| ACCOUNT NO.<br>**Park Avenue Bank**<br>Jerold C Feuerstein<br>190 Moore St Ste 430<br>Hackensack, NJ 07601-7418 | | | Guaranty | | | | 5,000,000.00 |
| ACCOUNT NO.<br>**Peapack-Gladstone Bank**<br>1528 Route 208 North<br>PO Box 178<br>Gladstone, NJ 07934-0178 | | | Guaranty | | | | 3,833,995.10 |
| ACCOUNT NO.<br>**Alan R Ostrowitz, Esq**<br>Ostrowitz & Ostrowitz<br>225 Gordons Corner Rd<br>Manalapan, NJ 07726-3356 | | | Assignee or other notification for:<br>Peapack-Gladstone Bank | | | | |
| ACCOUNT NO.<br>**Rachamin M. Nahem**<br>1115 Carolina St<br>Lakewood, NJ 08701-2124 | | | | | | X | unknown |
| ACCOUNT NO.<br>**Rafael Aboud**<br>1863 E 26th St<br>Brooklyn, NY 11229-2437 | X | | | | | X | 1,200,000.00 |

Sheet no. __22__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 10,933,995.10

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Dwek, Solomon**
_____
Debtor(s)

Case No. **07-11757**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ralph S. Sutton<br>135 Madison Ave 4th Fl<br>New York, NY 10016-6712 | X | | | | | X | 555,000.00 |
| ACCOUNT NO.<br>RMS Associates, LLC<br>C.O Ralph S Sutton<br>135 Madison Ave 4th Fl<br>New York, NY 10016-6712 | X | | | | | X | 947,500.00 |
| ACCOUNT NO.<br>Ron The Floor Guy, LLC<br>16 Tucker Dr<br>Neptune, NJ 07753-6235 | | | | | | X | 15,090.00 |
| ACCOUNT NO.<br>Saul And Evelyn Safdieh<br>752 Shrewsbury Ave<br>Long Branch, NJ 07740-5028 | X | | | | | X | 1,072,800.00 |
| ACCOUNT NO.<br>Saul And Murray Betesh<br>12 Cedar Ave<br>Long Branch, NJ 07740-5112 | X | | | | | X | 285,000.00 |
| ACCOUNT NO.<br>Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ 08540-6617 | X | | | | | | 79,077.43 |
| ACCOUNT NO.<br>Sovereign Bank<br>619 Alexander Rd<br>Princeton, NJ 08540-6003 | | | Guaranty | | | X | 2,000,000.00 |

Sheet no. **23** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **4,954,467.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                             Case No. 07-11757
_____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Thomas W. Halm, Jr.<br>Buchanan Ingersoll<br>700 Alexander Park<br>Princeton, NJ 08540-6351 | | | Assignee or other notification for:<br>Sovereign Bank | | | | |
| ACCOUNT NO.<br>Sun Life Assurance Company Of Canada<br>One Sun Life Executive Park<br>Wellesley Hills, MA 02481 | | | | | | | 3,864,133.62 |
| ACCOUNT NO.<br>Sun National Bank<br>Frank Peis, Sr. VP<br>226 W Landis Ave<br>Vineland, NJ 08360-8145 | | | Guaranty on 2nd mortgage on 311 Crosby Avenue, Deal, NJ | | | | unknown |
| ACCOUNT NO.<br>Sylvana Dwek<br>333 Holly Ter<br>Deal, NJ 07723-1422 | | | | | X | | 37,000.00 |
| ACCOUNT NO.<br>Technical Steel And Panel Erectors<br>215 Schooner Cir<br>Neptune, NJ 07753-5227 | X | | | | X | | 234,000.00 |
| ACCOUNT NO.<br>U S Environmental Protection Agency<br>200 Broadway<br>17th Floor<br>New York, NY 10007 | | | | X | X | | unknown |
| ACCOUNT NO.<br>Valley National Bank<br>Lisa S Bonsall Esq<br>4 Gateway Ctr<br>Newark, NJ 07102-4062 | | | guaranty | | | | 7,000,000.00 |

Sheet no. __24__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $ 11,135,133.62

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Dwek, Solomon                                          Case No. 07-11757
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lisa S. Bonsall<br>Mc Carter & English<br>4 Gateway Ctr<br>Newark, NJ 07102-4062 | | | Assignee or other notification for:<br>Valley National Bank | | | | |
| ACCOUNT NO.<br>Victor Franco<br>Leonard S. Needle Esq<br>20 Cedar Ave<br>Fair Haven, NJ 07704-3237 | | | | | | X | 2,100,000.00 |
| ACCOUNT NO.<br>Leonard S. Needle, Esq.<br>Leonard S. Needle, P.A.<br>20 Cedar Ave<br>Fair Haven, NJ 07704-6470 | | | Assignee or other notification for:<br>Victor Franco | | | | |
| ACCOUNT NO.<br>Yardville National Bank<br>2465 Kuser Rd<br>Trenton, NJ 08690-3303 | | | Guaranty | | | | 3,000,000.00 |
| ACCOUNT NO.<br>Timothy P. Duggan<br>Stark & Stark<br>993 Lenox Drive<br>Princeton, NJ 08543 | | | Assignee or other notification for:<br>Yardville National Bank | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet no. __25__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  5,100,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $  220,242,135.94

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Dwek, Solomon                                              Case No. 07-11757
_____
                Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **See Attached Rider Schedule G - Lease** | **See Attached** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE Dwek, Solomon                                                    Case No. 07-11757
                        Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112, Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **10 Neptune LLC** | **Jack Hakim & AJH Investments**<br>**8 Tulip Ct**<br>**Oakhurst, NJ  07755-1659** |
| **1111 Eleventh Ave LLC** | **Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** |
| **1400 Offices LLC** | **Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** |
| **1521 Logan Road LLC** | **Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** |
| **1806 Holdings LLC** | **Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765**<br><br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765**<br><br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765**<br><br>**Amboy National Bank**<br>**3590 US Highway 9**<br>**Old Bridge, NJ  08857-2765** |
| **200 Broadway LLC** | **Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765** |
| **400 Runyan Ave, LLC** | **M. Rudow Contractors**<br>**PO Box 826**<br>**Jackson, NJ  08527-0826** |
| **601 Main Street LLC** | **BRT Realty Trust**<br>**60 Cuttermill Rd Ste 303**<br>**Great Neck, NY  11021-3104**<br><br>**Barry Associates, LLC**<br>**1907 Highway 35**<br>**Oakhurst, NJ  07755-2765** |
| **736 Hwy 35 LLC** | **Four Star Builders**<br>**1301 Route 33 Ste 3-E**<br>**Neptune, NJ  07753-5181** |
| **93 Main Street LLC** | **Monmouth Excavators**<br>**974 Highway 33**<br>**Freehold, NJ  07728-8494** |
| **Aberdeen Gas LLC** | **Saul Ewing, LLP**<br>**750 College Rd E Ste 100** |

SCHEDULE H - CODEBTORS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____
Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Princeton, NJ  08540-6617 |
| Asbury Gas LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| Belmar Gas LLC | Lindstrom, Diessner & Carr, P.C.<br>136 Drum Point Rd<br>Brick, NJ  08723-6275 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| Berkeley Hts Gas LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| Capital Property Management | Atlantic Security & Fire, Inc.<br>1309 Allaire Ave<br>Ocean, NJ  07712-3503 |
| Corbett Holdings I, LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | PNC Bank, National Association<br>Two Center Tower Blvd<br>East Brunswick, NJ  08816 |
| Corlies Ave Land LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Dover Estates LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| Dwek Assets LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ  08540-6617 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Dwek Avon LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| Dwek Branches LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE <u>Dwek, Solomon</u>

Case No. <u>07-11757</u>

Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dwek Homes LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Imperial Tile And Marble Company, Inc.<br>Shrewsbury Plaza<br>1140 J Broad St<br>Shrewsbury, NJ  07702 |
| | Imperial Tile And Marble Company, Inc.<br>Shrewsbury Plaza<br>1140 J Broad St<br>Shrewsbury, NJ  07702 |
| | Imperial Tile And Marble Company, Inc.<br>Shrewsbury Plaza<br>1140 J Broad St<br>Shrewsbury, NJ  07702 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Dwek Income LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dwek, Solomon                                      Case No. 07-11757
_____
       Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| Dwek Land LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ 08540-6617 |
| Dwek Properties | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Monmouth Excavators<br>974 Highway 33<br>Freehold, NJ 07728-8494 |
| Dwek Properties LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____                                    _____
                    Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Neptune, NJ  07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Technical Steel And Panel Erectors<br>215 Schooner Cir<br>Neptune, NJ  07753-5227 |
| | Magyar Bank<br>582 Milltown Rd<br>North Brunswick, NJ  08902-3327 |
| | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ  08540-6617 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Dwek Trenton Gas LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ  08540-6617 |
| Eatontown Star LLC | Amboy National Bank<br>3590 US Highway 9 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE Dwek, Solomon
_____
Debtor(s)

Case No. 07-11757

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Old Bridge, NJ 08857-2765 |
| Grant Ave Estates LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| Jemar Enterprises LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| Kadosh LLC | Lindstrom, Diessner & Carr, P.C.<br>136 Drum Point Rd<br>Brick, NJ 08723-6275 |
| | Madison Bank LLC |
| Lacey Land LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| Lacey Land LLC | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ 08540-6617 |
| Memorial Stores LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| Monmouth Consulting Services LLC | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ 08540-6617 |
| Myrtle Ave Land LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| Neptune City Stores LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Barry Associates, LLC<br>1907 Highway 35<br>Oakhurst, NJ 07755-2765 |
| | Barry Associates, LLC<br>1907 Highway 35<br>Oakhurst, NJ 07755-2765 |
| Neptune Gas | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Saul Ewing, LLP<br>750 College Rd E Ste 100<br>Princeton, NJ 08540-6617 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dwek, Solomon
_____
                Debtor(s)

Case No. 07-11757

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Old Bridge, NJ  08857-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Neptune Medical LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Technical Steel And Panel Erectors<br>215 Schooner Cir<br>Neptune, NJ  07753-5227 |
| | Monmouth Excavators<br>974 Highway 33<br>Freehold, NJ  07728-8494 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Neptune Motors LLC | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| Pearl Dwek | Dhreem Kitchens, Inc.<br>5420 Route 9 S<br>Howell, NJ  07731-3727 |
| | Dhreem Kitchens, Inc.<br>5420 Route 9 S<br>Howell, NJ  07731-3727 |
| | Dhreem Kitchens, Inc.<br>5420 Route 9 S<br>Howell, NJ  07731-3727 |
| Route 33 Medical LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| SEM Realty Associates | Heshy Brachfeld<br>4516 17th Ave<br>Brooklyn, NY  11204-1110 |
| | Ezra Grazi<br>3573 Bedford Ave<br>Brooklyn, NY  11210-5236 |
| | RMS Associates, LLC<br>C.O Ralph S Sutton<br>135 Madison Ave 4th Fl<br>New York, NY  10016-6712 |

IN RE Dwek, Solomon
_____
Debtor(s)

Case No. 07-11757

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Ralph S. Sutton<br>135 Madison Ave 4th Fl<br>New York, NY  10016-6712 |
| | Alain Ohayon<br>3504 Rose Ave<br>Ocean, NJ  07712-3908 |
| | Albert Kassab<br>1824 E 3rd St<br>Brooklyn, NY  11223-1937 |
| | Morris Cabasso<br>130 McGaw Dr<br>Edison, NJ  08837-3725 |
| | Jack Cabasso<br>130 McGaw Dr<br>Edison, NJ  08837-3725 |
| | Saul And Murray Betesh<br>12 Cedar Ave<br>Long Branch, NJ  07740-5112 |
| | Jack Yedid<br>1572 E. 101th Street<br>Brooklyn, NY  11230 |
| | Abraham Shrem<br>457 Monmouth Rd<br>West Long Branch, NJ  07764-1263 |
| | A & C Equities, LLC<br>1563 48th St<br>Brooklyn, NY  11219-3274 |
| | Saul And Evelyn Safdieh<br>752 Shrewsbury Ave<br>Long Branch, NJ  07740-5028 |
| | Abraham M. Fallas<br>717 Ocean Ave Apt 502<br>Long Branch, NJ  07740-4977 |
| | Albert Houllou<br>1643 E 28th St<br>Brooklyn, NY  11229-2507 |
| | Rafael Aboud<br>1863 E 26th St<br>Brooklyn, NY  11229-2437 |
| | PNC Bank, National Association<br>Two Center Tower Blvd<br>East Brunswick, NJ  08816 |
| | Meyer Kesserman<br>18 Bradshaw Rd |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE Dwek, Solomon                                                                              Case No. 07-11757

Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Lakewood, NJ 08701-3126 |
| | Charles Ishay<br>Gotham Realty<br>30 Broad St<br>New York, NY 10004-2304 |
| | Albert Shammah<br>1863 E 26th St<br>Brooklyn, NY 11229-2437 |
| | Joseph And Rachel Franco<br>323 Avenue I<br>Brooklyn, NY 11230-2617 |
| | Jerome Shapiro<br>23 Ridge Rd<br>West Long Branch, NJ 07764-1232 |
| | Monmouth Realty Group, LLC<br>425 Runyan Ave<br>Deal, NJ 07723-1447 |
| | Isaac J. Dweck<br>787 Ocean Ave Apt 503<br>Long Branch, NJ 07740-4929 |
| | Ezra Missry Family Limited Partnership<br>100 S Washington Ave<br>Dunellen, NJ 08812-1692 |
| | Morris Missry Family Limited Partnership<br>100 S Washington Ave<br>Dunellen, NJ 08812-1692 |
| | David Hillel<br>PO Box 2262<br>Long Branch, NJ 07740-2262 |
| Sinking Springs II, LP | CW Capital Asset Mangement, LLC<br>C/O Venable, LLP Attn: Brent Procida<br>2 Hopkins Plz Ste 1800<br>Baltimore, MD 21201-2911 |
| Sugar Maple Estates LLC | Four Star Builders<br>1301 Route 33 Ste 3-E<br>Neptune, NJ 07753-5181 |
| | Magyar Bank<br>582 Milltown Rd<br>North Brunswick, NJ 08902-3327 |
| Tinton Falls Land LLC | Barry Associates, LLC<br>1907 Highway 35<br>Oakhurst, NJ 07755-2765 |
| | Amboy National Bank<br>3590 US Highway 9<br>Old Bridge, NJ 08857-2765 |
| Wall Land LLC | Amboy National Bank<br>3590 US Highway 9 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE Dwek, Solomon _____ Case No. 07-11757
_____
Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Old Bridge, NJ  08857-2765 |
| **West Park Ave Land LLC** | **Four Star Builders**<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | **Saul Ewing, LLP**<br>750 College Rd E Ste 100<br>Princeton, NJ  08540-6617 |
| | **Amboy National Bank**<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| **West Part Estates LLC** | **Four Star Builders**<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | **Amboy National Bank**<br>3590 US Highway 9<br>Old Bridge, NJ  08857-2765 |
| **WLB Center LLC** | **Four Star Builders**<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |
| | **Four Star Builders**<br>1301 Route 33 Ste 3-E<br>Neptune, NJ  07753-5181 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

Official Form 6 - Declaration (10/06)

IN RE Dwek, Solomon                                                    Case No. 07-11757
_____                    _____
                    Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 79 sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.


Date: **April 7, 2007** _____      Signature: **/s/ Solomon Dwek** _____
                                                        **Solomon Dwek**
                                                                                            Debtor

Date: _____      Signature: _____
                                                                                    (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____              _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____      Signature: _____

                                                        _____
                                                                (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 7 (04/07)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                    Case No. **07-11757**

**Dwek, Solomon**                                                     Chapter **11**

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | **Gross Earnings  Year to Date 2007** |
|  | **Awaiting Information from Accountant** |
| 0.00 | **Gross Earnings 2006** |
|  | **Awaiting information from Accountant** |
| 0.00 | **Gross Earnings 2005** |
|  | **Awating Information from Accountant** |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Rider To Question 3b | | 0.00 | 0.00 |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| PNC Bank vs Dwek, Et Als Docket No. MON-C-133-06 | | Sup Ct of NJ, Chancery Division Monmouth County | Pending |
| See Attached Rider - Question 4(a) | | | |
| U S America vs Dwek, Solomon | | U S District Court | Pending |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| PNC Bank National Assn Two Towner Center 23rd Floor East Brunswick, NJ 08816 | 4/24/2006 | Checking Account with PNC Bank |
| U S Attorney 970 Broad St Newark, NJ 07102-2534 | 7/2006 | Seized books and records |

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Donald M. Lomuro, Esq.**<br>**Lomuro, Davison, Eastment & Munoz PA**<br>**100 Willow Brook Rd**<br>**Freehold, NJ  07728-2879** | **Sup Ct of NJ, Monmouth County**<br>**Chancery Division MON C**<br>**133-06** | **5/15/06** | **All properties of Debtor** |

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Awaiting Information from Accountant** | | | |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Joseph Dwek**<br>**Site Management**<br>**PO Box 1068**<br>**Oakhurst, NJ  07755-2068**<br>**Partner/Relative** | **5/2006** | **See Attached Ride to Question #10a**<br>**Records of** |

**Transfers of Membership interests in LLC's and/or real property to Joseph Dwek or Yeshuah, LLC on or about May 2006. Records of proeprty sales are in possession of accountant, Arthur Addeo.**

| **Yeshuah, LLC** | **5/2006** | **See Attached Rider to Question 10a** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **PNC Bank National Assn**<br>**Two Towner Center**<br>**23rd Floor**<br>**East Brunswick, NJ  08816** | **Checking** | **4/2006** |
| **AXA Enterprise** | **403B with AXA Enterprises**<br>**1/23/2007** | **403B with AXA Enterprises**<br>**$114761.59** |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☐  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Central Jersey Bank**<br>**627 2nd Ave**<br>**Long Branch, NJ  07740-5119** | | **wife's jewelry, cash and other documents** | |

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑  case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Milo Dwek**<br>**Son** | **Trustee account with Pearl Dwek, Isaac Dwek Solomon Dwek for  Daughter** | **Multi Financial Security Corp** |
| **Isaac Dwek** | **Trustee Account in Commerce Bank for Sone** | **Commerce Bank** |

**15. Prior address of debtor**

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑  that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑  Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☐  potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **1100 Corlies Avenue, LLC**<br>**1100 Corlies Ave, Neptune, NJ** | **NJDEP** | | |
| **Asbury Gas, LLC**<br>**1701 Asbury Ave, Neptune, NJ** | **NJDEP** | | |
| **Dwek Trenton Gas LLC**<br>**824 Parkway Ave,  Trenton, NJ** | **NJDEP** | | |

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| 106 Runyan Ave, Deal, NJ | NJDEP |
| Brick Gas, LLC<br>2776 Old Hooper Ave<br>Brick, NJ | NJDEP |
| Dwek Wall Gas,LLC<br>5115 Rte 34 Wall, NJ | NJDEP |
| Little Silver Retail, LLC<br>32 Willow Avenue, Little<br>Silver, NJ | NJDEP |
| Little Silver Gas LLC<br>333 Willow Ave Little Silver<br>NJ | NJDEP |
| Red Bank Gas LLC<br>80 Rector Place Red Bank,<br>NJ | NJDEP |
| Dwek Assets LLC<br>661 Rte 35<br>Middletown NJ | NJDEP |
| Dwek Apartments LLC 440<br>Blackhorse Turnpike Ave<br>Gloucester NJ | NJDEP |
| W Park Avenue Estates,<br>LLC | NJDEP |
| Dwek Gas LLC<br>Rte 35 Aberdeen NJ | NJDEP |
| Aberdeen Gas LLC<br>Route 35 Aberdeen NJ | NJDEP |
| Berkely Heights Gas LLC<br>343 Springfield Ave<br>Berkeley Hts NJ | NJDEP |
| Rose Avenue, LLC<br>1370 Rose Ave, Ocean NJ | NJDEP |

**Maybe Other Environmental Issues Pending**

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| See Attached Rider to Question #18 | | | | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐     keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Arthur Addeo, CPA**<br>**Hochberg Addeo & Pacheo**<br>**1 Industrial Way East**<br>**Deal, NJ 07723** | **Accountant**<br>**4 years** |
| **MaryJo Epp, CPA**<br>**Capital Management**<br>**167 Monmouth Road**<br>**Oakhurst, NJ 07755** | **Controller** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☑     and records, or prepared a financial statement of the debtor.

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐     debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **Arthur Addeo, CPA**<br>**Hochberg Addeo & Pacheo**<br>**1 Industrial Way East**<br>**Deal, NJ 07723** | **Accountant** |
| **MaryJo Epp, CPA**<br>**Capital Management**<br>**167 Monmouth Road**<br>**Oakhurst, NJ 07755** | **Controller** |
| **Donald M. Lomuro, Esq.**<br>**Lomuro, Davison, Eastment & Munoz PA**<br>**100 Willow Brook Rd**<br>**Freehold, NJ 07728-2879** | **Fiscal Agent** |
| **U S Attorney**<br>**970 Broad St**<br>**Newark, NJ 07102-2534** | **Seized books and records in 7/2006** |

None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐     within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Awaiting Information from Accountant** | |

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑     dollar amount and basis of each inventory.

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

### 21. Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑    or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑    of this case.

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑    preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑    bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
     case.

## 24. Tax Consolidation Group

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑    purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑    has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

Date: **April 7, 2007**                    Signature  **/s/ Solomon Dwek**
                                           of Debtor                                              **Solomon Dwek**

Date: _____                      Signature _____
                                           of Joint Debtor
                                           (if any)

                         _____ **7** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RIDER QUESTIONS 4b

- PNC BANK V. DWEK - DOCKET NO. MON-C-133-06
- PNC BANK USA V. HSBC BANK USA - DOCKET NO. MON-C-204-06
- GAS REALTY ASSOCIATES, LLC V. ROUTE 33 MEDICAL, LLC - DOCKET NO. MON-C-153-06
- HAKIM V. DWEK - DOCKET NO. MON-C-136-06
- THE DIME SAVINGS BANK OF WILLIAMSBURGH V. SEVEN BROAD, LLC - DOCKET NO. MON-F-10885-06
- THE DIME SAVINGS BANK OF WILLIAMSBURGH V. DWEK HOPACHUNG, LLC - DOCKET NO. SUS-F-10884-06
- INTERVEST NATIONAL BANK V. DWEK ASSETS, LLC - DOCKET NO. MON-F-9064-06
- INTERVEST NATIONAL BANK V. LITTLE SILVER RETAIL - DOCKET NO. MON-F-10542-06
- INTERVEST NATIONAL BANK V. DWEK WOODBRIDGE, LLC - DOCKET NO. MON-F-8751-06
- BRT REALTY TRUST V. JEMAR ENTERPRISES, LLC - DOCKET NO. MON-F-8884-06
- SOVEREIGN BANK V. DEAL YESHIVA, INC - DOCKET NO. MON-F-13611-06
- SOVEREIGN BANK V. DEAL YESHIVA, INC - DOCKET NO. MON-F-13612-06
- SOVEREIGN BANK V. DEAL YESHIVA, INC. - DOCKET NO. MON-L-3698-06
- FRANCO V. DWEK - DOCKET NO. MON-C-150-06
- PUTH V. DWEK - DOCKET NO. MON-C-154-06
- KNAUSS V. DWEK - DOCKET NO. DJ-149236-06
- ADJMI V. SOVEREIGN BANK - DOCKET NO. MON-C-256-06
- JOSEPH DWEK V. SUN NATIONAL BANK - DOCKET NO. MON-C-288-06
- EAST COAST ENERGY PRODUCTS, INC. V. FOUR STAR BUILDERS, LLC V. SOLOMON DWEK - DOCKET NO. MON-DC-8145-06
- OCEAN FIRST BANK V. DWEK BRANCHES - DOCKET NO. OCN-L-4106-06
- 308 HIGHWAY 35, INC V. EATONTOWN STAR, LLC - DOCKET NO. MON-C-135-06
- OLIVEIRA V. DWEK - DOCKET NO. MON-C-205-06
- OCEANFIRST BANK V. DWEK BRANCHES, LLC, ET AL. - DOCKET NO. OCN-F-14682-06
- THE PARK AVENUE BANK V. DWEK BRANCHES, LLC, ET AL. - DOCKET NO. F-19864-06
- THE PARK AVENUE BANK V. DWEK ASSETS, LLC, ET AL. - DOCKET NO. F-19868-06
- RUMSON-FAIR HAVEN BANK & TRUST v. DWEK GAS, ET AL. - DOCKET No. MON-F-14722-06
- ELLIOT MAHANA AND JOY LEVY-MAHANA v. SUN NATIONAL BANK AND SOLOMON DWEK - MON-C-317-06
- 144 BROADWAY, LLC v. AMBOY NATIONAL BANK and SOLOMON DWEK – DOCKET No. MON-C-367-06
- NET LEASE DEVELOPMENT, LLC v. DWEK DOVER RETAIL, LLC, et al. – CIVIL ACTION No.: 06-4192 (JAP)
- VICTOR FRANCO v. SOLOMON DWEK, SEM REALTY ASSOCIATES, LLC, JOSEPH DWEK and YESHUAH, LLC – DOCKET No. MON-C-395-06
- Inland Mortgage Capital Corporation v. Industrial Way Complex, LLC – Docket No. MON-F-15743-06
- Dwek Properties, LLC v. Avi Dwek, Victoria Dwek, et al – Docket No. MON-C-28-07
- Jerome Shapiro, Esq. v. Weichert Realtors, Inc., Jack Sutton and Milo Sutton – Docket No. MON-L-5083-06

'Y' Judiciary Home

'Y' Monmouth Home

'Y' PNC vs Dwek Ho

'Y' Additional Offers
Fiscal Agent

'Y' Briefs

'Y' Claims

'Y' Communication

'Y' Contracts

'Y' Correspondence

'Y' Court Notices

'Y' Construction Lie

'Y' Discovery

'Y' Filed Orders

'Y' Fiscal Agent Noti

'Y' Objections

'Y' Pleadings

'Y' Proposed Orders

'Y' Proof of Claim Fo

Copyrighted © 2001 - New Jersey Judiciary

PENDING LAW SUITS      QUESTION 4b

*Law Suits*

*Question 4(a)*

Page 1 of 3

Statement of Financial Affairs
#10

Joseph Dwek List

| # | Ownership Entity | Street | Town | | |
|---|---|---|---|---|---|
| 1 | 1400 OFFICES, LLC | VACANT LAND ON EAGLE AVE | OCEAN, NJ | 20-3130826 | |
| 2 | 170 BROAD STREET, LLC | 170 BROAD STREET | RED BANK, NJ | 20-3668794 | |
| 3 | 259 MONMOUTH HOLDINGS, | 259 MONMOUTH ROAD SOLD 1/11/07 | OCEAN, NJ | 20-3742791 | 1/11/2007 |
| 4 | 736 HIGHWAY 35, LLC | 736 HIGHWAY 35 SOLD 9/1/06 | OCEAN, NJ | 22-3765195 | 9/1/2006 |
| 5 | ASBURY GAS, LLC | 1701 ASBURY AVENUE | NEPTUNE, NJ | 20-2004122 | |
| 6 | BELMONT PROPERTIES, LLC | 184 BELMONT | LONG BRANCH, NJ | 55-0804525 | |
| 7 | BRICK GAS, LLC | 2778 OLD HOOPER AVE | BRICK, NJ | 20-1297801 | |
| 8 | BRIDGETON BUILDING, LLC | 38-40 N. LAUREL STREET WE DO NOT MANAGE | BRIDGETON, NJ | | |
| 9 | COPPER GABLES, LLC | 1003 DEAL ROAD | OCEAN, NJ | 22-3687074 | |
| 10 | DEAL RD LAND HOLDINGS, | 1001 DEAL ROAD | OCEAN, NJ | | |
| 11 | DWEK APARTMENTS, LLC | 440 BLACK HORSE TURNPIKE | GLOUSTER, NJ | | |
| 12 | DWEK APARTMENTS, LLC | 47 WALNUT STREET | DOVER, NJ | | |
| 13 | DWEK ASSETS, LLC | 1 WICKATUNK ROAD | MANALAPAN, NJ | 20-1816845 | |
| 14 | DWEK ASSETS, LLC | 1408 & 1410 CORLIES AVE | NEPTUNE, NJ | 20-1816845 | |
| 15 | DWEK ASSETS, LLC | 1705 STRATFORD AVE | NEPTUNE, NJ | 20-1816845 | |
| 16 | DWEK ASSETS, LLC | 19 WRIGHTSTOWN-COOKSTOWN RD | NEW HANOVER TWP, NJ | 20-1816845 | |
| 17 | DWEK ASSETS, LLC | 201/211/217/219 HIGHWAY 35 | NEPTUNE, NJ | 20-1816845 | |
| 18 | DWEK ASSETS, LLC | 214-216 W. FRONT STREET | RED BANK, NJ | 20-1816845 | |
| 19 | DWEK ASSETS, LLC | 226 MONMOUTH ROAD | OAKHURST, NJ | 20-1816845 | |
| 20 | DWEK ASSETS, LLC | 236 MONMOUTH ROAD | OAKHURST, NJ | 20-1816845 | |
| 21 | DWEK ASSETS, LLC | 40 BROAD STREET | EATONTOWN, NJ | 20-1816845 | |
| 22 | DWEK ASSETS, LLC | 405-409 HIGHWAY 35 | NEPTUNE, NJ | 20-1816845 | |
| 23 | DWEK ASSETS, LLC | 455, 457 & 459 HWY 35 | NEPTUNE, NJ | 20-1816845 | |
| 24 | DWEK ASSETS, LLC | 4700-4708 N BROAD STREET | PHILADELPHIA, PA | 20-1816845 | |
| 25 | DWEK ASSETS, LLC | 519 MAIN STREET | SOUTH AMBOY, NJ | 20-1816845 | 3/19/2007 |
| 26 | DWEK ASSETS, LLC | 54 ATLANTIC AVE | DEAL, NJ | 20-1816845 | |
| 27 | DWEK ASSETS, LLC | 661 HIGHWAY 35 | MIDDLETOWN, NJ | 20-1816845 | |
| 28 | DWEK ASSETS, LLC | 6902 HIGHWAY 9 | HOWELL, NJ | 20-1816845 | |
| 29 | DWEK ASSETS, LLC | 719 HIGHWAY 35 | NEPTUNE CITY, NJ | 20-1816845 | |
| 30 | DWEK ASSETS, LLC | 7850 S. CRESCENT BLVD | PENNSAUKEN, NJ | 20-1816845 | |
| 31 | DWEK BRANCHES, LLC | 1101 BIGLERVILLE RD | GETTYSBURG, PA | 20-1298279 | |
| 32 | DWEK BRANCHES, LLC | 125 MAIN STREET | MONTUA TWP, NJ | 20-1298279 | |
| 33 | DWEK BRANCHES, LLC | 150 CHAMBERS BRIDGE ROAD | BRICK, NJ | 20-1298279 | |
| 34 | DWEK BRANCHES, LLC | 194 NORTH READING RD | EPHRATA, PA | 20-1298279 | |
| 35 | DWEK BRANCHES, LLC | 226 SOUTH BROAD ST | TRENTON, NJ | 20-1298279 | |
| 36 | DWEK BRANCHES, LLC | 385 ADAMSTON ROAD | BRICK, NJ | 20-1298279 | |
| 37 | DWEK BRANCHES, LLC | 695 CHAMBERS STREET | TRENTON, NJ | 20-1298279 | |
| 38 | DWEK BRANCHES, LLC | 698 BROAD STREET (Three Bridges) | READINGTON TWP, NJ | 20-1298279 | |
| 39 | DWEK BRANCHES, LLC | 9 SPRUCE STREET NORTH | MILLVILLE, NJ | 20-1298279 | |
| 40 | DWEK BRANCHES, LLC | 900 ROUTE 70 SOLD 1/26/07 | LAKEWOOD, NJ | 20-1298279 | 1/26/2007 |
| 41 | DWEK BRANCHES, LLC | 94 BROAD STREET | EATONTOWN, NJ | 20-1298279 | |
| 42 | DWEK HOMES, LLC | 107 GOVERNORS ROAD | LAKEWOOD, NJ | 20-1298773 | |
| 43 | DWEK HOMES, LLC | 110 GOVERNORS ROAD | LAKEWOOD, NJ | 20-1298773 | |
| 44 | DWEK HOMES, LLC | 1111 EAST COUNTY LINE ROAD (Front) | LAKEWOOD, NJ | 20-1298773 | |

Page 2 of 3

Statement of Financial Affairs
#10

| # | | | | | |
|---|---|---|---|---|---|
| 45 | DWEK HOMES, LLC | 1111 EAST COUNTY LINE ROAD (Rear) | LAKEWOOD, NJ | 20-1298773 | |
| 46 | DWEK HOMES, LLC | 113 TUDOR COURT | LAKEWOOD, NJ | 20-1298773 | |
| 47 | DWEK HOMES, LLC | 1245 DEL MAR ROAD | LAKEWOOD, NJ | 20-1298773 | |
| 48 | DWEK HOMES, LLC | 125 CLAIRMONT COURT | LAKEWOOD, NJ | 20-1298773 | |
| 49 | DWEK HOMES, LLC | 146 DOWNING STREET | LAKEWOOD, NJ | 20-1298773 | |
| 50 | DWEK HOMES, LLC | 150 COVENTRY ROAD | LAKEWOOD, NJ | 20-1298773 | |
| 51 | DWEK HOMES, LLC | 1503 MALIBU COURT | LAKEWOOD, NJ | 20-1298773 | |
| 52 | DWEK HOMES, LLC | 152 GOVERNORS ROAD | LAKEWOOD, NJ | 20-1298773 | |
| 53 | DWEK HOMES, LLC | 1554 ALAMITOS AVENUE | LAKEWOOD, NJ | 20-1298773 | |
| 54 | DWEK HOMES, LLC | 163 BRISTOL COURT | LAKEWOOD, NJ | 20-1298773 | |
| 55 | DWEK HOMES, LLC | 1745 RIDGE AVENUE | LAKEWOOD, NJ | 20-1298773 | |
| 56 | DWEK HOMES, LLC | 178 WILLIAMSBURG LANE | LAKEWOOD, NJ | 20-1298773 | |
| 57 | DWEK HOMES, LLC | 625 RIVER AVENUE | LAKEWOOD, NJ | 20-1298773 | |
| 58 | DWEK HOMES, LLC | 627 RIVER AVENUE | LAKEWOOD, NJ | 20-1298773 | |
| 59 | DWEK HOMES, LLC | 915 MORRIS AVENUE | LAKEWOOD, NJ | 20-1298773 | |
| 60 | DWEK HOMES, LLC | 11 DARIEN DRIVE SOLD 12/7/06 | W. LONG BRANCH, NJ | 20-1298773 | |
| 61 | DWEK HOMES, LLC | 131 RIDGE ROAD | RUMSON, NJ | 20-1298773 | |
| 62 | DWEK HOMES, LLC | 1402 NINTH AVE | NEPTUNE, NJ | 20-1298773 | |
| 63 | DWEK HOMES, LLC | 1932 BANGS AVE | NEPTUNE, NJ | 20-1298773 | |
| 64 | DWEK HOMES, LLC | 295 OAKLEY AVENUE | LONG BRANCH, NJ | 20-1298773 | |
| 65 | DWEK HOMES, LLC | 335 WOODLAKE MANOR DRIVE | LAKEWOOD, NJ | 20-1298773 | |
| 66 | DWEK HOMES, LLC | 401 CROSBY AVENUE | WEST DEAL, NJ | 20-1298773 | |
| 67 | DWEK HOMES, LLC | 401 ROUTE 35 | NEPTUNE, NJ | 20-1298773 | |
| 68 | DWEK HOMES, LLC | 405 CROSBY AVE | OCEAN, NJ | 20-1298773 | |
| 69 | DWEK LAND, LLC | 0 ROUTE 9 NORTH | WARETOWN, NJ | 20-4322507 | |
| 70 | DWEK LAND, LLC | 1 OAK DRIVE | NEPTUNE CITY, NJ | 20-4322507 | |
| 71 | DWEK LAND, LLC | 15 W. MAIN STREET SOLD 1/31/07 | FARMINGDALE, NJ | 20-4322507 | 1/30/2007 |
| 72 | DWEK LAND, LLC | 316 FISHER AVENUE | NEPTUNE, NJ | 20-4322507 | |
| 73 | DWEK LAND, LLC | 479 & 481 ADAMSTON DRIVE | BRICK, NJ | 20-4322507 | |
| 74 | DWEK LAND, LLC | 666 LAKEWOOD FARMINGDALE ROAD | HOWELL, NJ | 20-4322507 | |
| 75 | DWEK LAND, LLC | 82 SOUTH BROADWAY | LONG BRANCH, NJ | 20-4322507 | |
| 76 | DWEK LAND, LLC | CHESTNUT AVENUE | LAKEWOOD, NJ | 20-4322507 | |
| 77 | DWEK LAND, LLC | MAIN ST, TWP OF OCEAN | WARETOWN, NJ | 20-4322507 | |
| 78 | DWEK LAND, LLC | SPRINGWOOD & DEWITT AVE | ASBURY PARK, NJ | 20-4322507 | |
| 79 | DWEK MOTORS, LLC | 1200 CORLIES AVE | NEPTUNE, NJ | 20-1413552 | |
| 80 | DWEK MOTORS, LLC | 2801 BELMAR BLVD | WALL, NJ | 20-1413552 | |
| 81 | DWEK PROPERTIES, LLC | 1 HIGHWAY 35 SOUTH | NEPTUNE, NJ | 54-2089211 | |
| 82 | DWEK PROPERTIES, LLC | 33 SECOND AVENUE | LONG BRANCH, NJ | 54-2089211 | |
| 83 | DWEK PROPERTIES, LLC | 704 MONROE AVE | ASBURY PARK, NJ | 54-2089211 | |
| 84 | DWEK PROPERTIES, LLC | 79 MORRIS AVE (HIGHWAY 35) | NEPTUNE CITY, NJ | 54-2089211 | |
| 85 | DWEK PROPERTIES, LLC | 9 JOANNA CT | OCEAN, NJ | 54-2089211 | |
| 86 | DWEK PROPERTIES, LLC | ALLAIRE ROAD | HOWELL, NJ | 54-2089211 | |
| 87 | DWEK PROPERTIES, LLC | 5 FERRY ROAD | PENNSVILLE, NJ | 54-2089211 | 1/16/2007 |
| 88 | DWEK PROPERTIES, LLC | LAKEWOOD-FARMINGDALE RD | HOWELL, NJ | 54-2089211 | |
| 89 | DWEK PROPERTIES, LLC | VACANT LAND | NEPTUNE, NJ | 54-2089211 | |
| 90 | DWEK WALL GAS, LLC | 5115 HWY 33 & 34 | WALL TWP, NJ | 54-2089211 | |
| 91 | GRANT AVENUE ESTATES, L | 1308 GRANT AVENUE | OCEAN, NJ | 16-1548568 | |
| 92 | JEMAR ENTERPRISES, LLC | 8 INDUSTRIAL WAY EAST | EATONTOWN, NJ | 16-1548568 | |

Page 3 of 3

Statement of Financial Affairs
#10

| | | | | | |
|---|---|---|---|---|---|
| 92 | LITTLE SILVER GAS, LLC | 333 WILLOW AVENUE | LITTLE SILVER, NJ | MVB | |
| 93 | LITTLE SILVER RETAIL, LLC | 321 WILLOW AVE | LITTLE SILVER, NJ | MVB | |
| 94 | MELVILLE DWEK, LLC | 334 S. MAIN STREET | BARNEGAT, NJ | 20-1723263 | |
| 95 | MEMORIAL STORES, LLC | 100 MEMORIAL DRIVE SOLD 2/1/07 | ASBURY PARK, NJ | 20-1257855 | 1/31/2007 |
| 96 | MERIDIAN RD FUNERAL HOME | MERIDIAN ROAD | EATONTOWN, NJ | | |
| 97 | MYRTLE AVENUE LAND, LLC | 1317 CORLIES AVENUE | NEPTUNE, NJ | 22-383037 | |
| 98 | NEPTUNE CITY STORES, LLC | 1 TFH PLAZA | NEPTUNE CITY, NJ | 22-3827274 | |
| 99 | NEPTUNE GAS, LLC | 1344-1346 CORLIES AVE | NEPTUNE, NJ | 54-2082308 | |
| 100 | NEPTUNE MEDICAL, LLC | 2100 CORLIES AVE (ROUTE 33) | NEPTUNE, NJ | 651179969 | |
| 101 | NEWPORT WLB, LLC | 241 MONMOUTH ROAD | W. LONG BRANCH, NJ | 56-2286373 | |
| 102 | RED BANK GAS, LLC | 80 RECTOR PLACE | RED BANK, NJ | 20-3672138 | |
| 103 | SDRE | 1 MILVIN COURT | ALLENHURST, NJ | S.D. SSN | |
| 104 | SDRE | 102 RUNYAN AVE | OCEAN, NJ | S.D. SSN | |
| 105 | SDRE | 104 CROSBY AVE | WEST DEAL, NJ | S.D. SSN | |
| 106 | SDRE | 106 CROSBY AVE | WEST DEAL, NJ | S.D. SSN | |
| 107 | SDRE | 106 RUNYAN AVE | OCEAN, NJ | S.D. SSN | |
| 108 | SDRE | 107 RUNYAN AVE SOLD 11/21/06 | OCEAN, NJ | S.D. SSN | |
| 109 | SDRE | 1314 10TH AVE | NEPTUNE, NJ | S.D. SSN | |
| 110 | SDRE | 1330 HIGHWAY 33 | NEPTUNE, NJ | S.D. SSN | |
| 111 | SDRE | 1332 & 1336 CORLIES AVE | NEPTUNE, NJ | S.D. SSN | |
| 112 | SDRE | 330 J JOE PARKER (GOLFVIEW CONDOS) | LAKEWOOD, NJ | S.D. SSN | |
| 113 | SDRE | 350 G JOE PARKER (GOLFVIEW CONDOS) | LAKEWOOD, NJ | S.D. SSN | |
| 114 | SDRE | 360 A JOE PARKER (GOLFVIEW CONDOS) | LAKEWOOD, NJ | S.D. SSN | |
| 115 | SDRE | 360 C JOE PARKER (GOLFVIEW CONDOS) | LAKEWOOD, NJ | S.D. SSN | |
| 116 | SDRE | 1468 TOWER STREET | LAKEWOOD, NJ | S.D. SSN | |
| 117 | SDRE | 1727 LANES MILL ROAD | HOWELL, NJ | S.D. SSN | |
| 118 | SDRE | 319 BRICKYARD ROAD | WEST DEAL, NJ | S.D. SSN | |
| 119 | SDRE | 320 ROSELD AVE | OCEAN, NJ | S.D. SSN | |
| 120 | SDRE | 400 RUNYAN AVE | NEPTUNE, NJ | S.D. SSN | |
| 121 | SDRE | 403 ROUTE 35 | WEST DEAL, NJ | S.D. SSN | |
| 122 | SDRE | 500 ROSELD AVE | ASBURY PARK, NJ | S.D. SSN | |
| 123 | SDRE | 706 & 710 MONROE AVE | NEPTUNE CITY, NJ | S.D. SSN | |
| 124 | SDRE | 78 HIGHWAY 35 | DEAL, NJ | S.D. SSN | |
| 125 | SDRE | 9 ROSELD COURT | OCEAN, NJ | S.D. SSN | |
| 126 | SDRE | 905 BROOKSIDE AVE | TINTON FALLS, NJ | S.D. SSN | |
| 127 | TINTON FALLS LAND, LLC | WARDELL ROAD-VACANT LAND | TINTON FALLS, NJ | 55-0826975 | |
| 128 | WLB CENTER, LLC | 136 MONMOUTH ROAD | W. LONG BRANCH, NJ | 20-1413069 | |
| 129 | WLB HIGHWAY, LLC | 205 MONMOUTH PARKWY/HWY 36 | W. LONG BRANCH, NJ | 20-2801572 | |

RIDER TO STATEMENT OF FINANCIAL AFFAIRS  QUESTION #18

| PROPERTY | ein | Start and End | Nature of Business | Address |
|---|---|---|---|---|
| 10 NEPTUNE, LLC | 20-2801506 | New August 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1001 NORWOOD, L L C | 20-4371813 | NEW FEB 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1100 CORLIES AVE LLC | 22-3827162 | ▒▒▒▒▒ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1111 CORLIES AVE LLC | 22-3827171 | new 2002 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1111 ELEVENTH AVE LLC | 22-3642565 | (final 1065  for 2002) | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 118 LIQUOR, L L C | 20-4284253 | NEW FEB 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 118 NORWOOD AVENUE | 20-4284058 | NEW FEB 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1631 HIGHWAY 35 LLC | 22-3618430 | (final 1065  for 2002) | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 167 MONMOUTH ROAD L | 22-3743131 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 170 BROAD STREET, L L | 20-3658794 | NEW 10-11-05 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1824 COLUMBUS AVENU | 20-3357013 | NEW SEPT 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 1933 HECK AVE LLC | 22-3827191 | new 2002 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 20 THIRD AVENUE, LLC | 22-3844819 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 210 WESTWOOD HOLDIN | 22-3720526 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 2100 HIGHWAY 35 LLC | 22-3648503 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 230 BROADWAY LLC | 22-3783791 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 250 NORWOOD LLC | 22-3794049 | ▒▒▒▒▒ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 259 Monmouth Holdings, L | 20-3742791 | SD bot from M. Levy 2/28/ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 264 HIGHWAY 35 LLC | 22-3713287 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 2nd AVENUE ASBURY, L | 20-1488445 | NEW AUGUST 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 36 EATON ROAD LLC | 22-3814631 | new 2001 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 364 CEDAR AVENUE, LLC | 01-0599487 | ▒▒▒▒▒ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 374 MONMOUTH ROAD L | 22-3732474 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 375 SOUTH STREET, L L | 20-1394366 | NEW JULY 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 4TH AVENUE LIQUORS, L | 20-2801491 | NEW APRIL 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 550 BROADWAY/PAX, LLC | 22-3844838 | ▒▒▒▒▒ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 601 MAIN STREET, LLC | 20-4317070 | NEW NOV 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 6201 Route 9, L L C | 20-3927395 | new Dec 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 641 BROADWAY/PAX, L L | 22-3845790 | ▒▒▒▒▒ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 736 HIGHWAY 35, LLC | 22-3765195 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 8 INDUSTRIAL WAY (JEM | 16-1548568 | bot from Adjmi 5/19/04 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 9 MEMORIAL DRIVE LLC | 22-3692219 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ABERDEEN GAS, L L C | 20-1257764 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ALLENHURST GAS, LLC | 57-1153686 | NEW FEB 03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ASBURY GAS, LLC | 20-2004122 | NEW SEPT 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BATH AVE HOLDINGS LL | 22-3720399 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BEACH MART LLC | 22-3793504 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BELLMORE ST LLC | 22-3687093 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BELMAR GAS, L L C | 54-2082311 | new 11/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BELMAR LUXURY, LLC | 20-2801535 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BELMONT PROPERTIES, LLC | | from 1/1/06 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BERKELEY HEIGHTS GA: | 04-3746010 | NEW 3/03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BHG HOLDINGS, LLC | 20-2737217 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BRADLEY BEACH BUILDI | 20-0257423 | new 9-03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BRADLEY ESTATES, L L | 20-2871118 | NEW APRIL 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BRADLEY NEWARK PRO| 20-1017929 | NEW MARCH 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BRICK GAS, LLC | 20-1297801 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BRICK OFFICE BUILDING | 20-0151825 | ▒▒▒▒▒ | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BRIDGETON BUILDING L | 20-0710292 | NEW 1-29-04 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |

Page 2 of 3

| | | | | |
|---|---|---|---|---|
| BRIDGETON GAS, LLC | 20-1128588 | new may 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BROAD ST NY, L L C | 03-0570816 | new 9-23-05 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| COMMERCE PARK, LLC | 20-2801612 | NEW MAY 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| COPPER GABLES LLC | 22-3687074 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| CORBET HOLDINGS II LL | 22-3642533 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| CORLIES BANK, L L C | 20-4766794 | NEW APRIL 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| CORLIES GAS, LLC | 20-2801539 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| Deal Golf, L L C | 20-3412941 | new 9-1-05 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DEAL LIQUORS, LLC | 20-1934899 | NEW NOV 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DEAL ROAD LAND HOLDINGS, LLC | | from 1/1/06 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DENTE GAS, LLC | 20-2801558 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DOVER ESTATES, L L C | 20-1413721 | NEW JULY 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK APARTMENTS, LL | 20-2003814 | NEW DEC 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK ASSETS, L L C | 20-1816845 | NEW OCT 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK AVON, LLC | 20-4034568 | NEW DEC 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK BRANCHES, LLC | 20-1298279 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK DOVER OFFICE, L | 20-1894218 | new nov 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK DOVER RETAIL, L | 20-1788042 | NEW OCT 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK DOVER STORAGE | 20-1788177 | NEW OCT 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK GAS, LLC | 20-2801564 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK HOMES, LLC | 20-1298773 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK HOPATCHUNG, L I | 20-4489985 | NEW MARCH 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK INCOME, LLC | 20-4322507 | NEW FEB 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK LAND, LLC | 20-1301085 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK MOTORS, L L C | 20-1413552 | NEW JULY 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK NEWARK GAS, L L | 20-1697765 | NEW SEPT 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK NORTH OLDEN, LL | 20-4192895 | NEW JAN 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK OHIO, L L C | 20-4511185 | NEW JAN 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK PENNSYLVANIA, L | 20-4187150 | New July 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK PROPERTIES, LLC | 54-2089211 | FORMED 12/23/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK SC, LLC | 20-2801568 | NEW APRIL 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK STATE COLLEGE, | 20-4193089 | NEW JAN 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK TRANSFER, LLC | 20-5608840 | NEW 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK TRENTON GAS, L | 20-1787463 | New Oct 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK WALL GAS, L L C | 20-2468346 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK WALL, LLC | 20-3515919 | NEW SEPT 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| DWEK WOODBRIDGE, LL | 20-4034526 | NEW DEC 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| EATONTOWN LAND LLC | 22-3827150 | new 2002 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| FREEHOLD MEDICAL, LL | 03-0512613 | new 3/03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| GRANT AVENUE ESTATE | 01-0661251 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| HIGHLANDS ESTATES, L | 20-1413918 | NEW JULY 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| HOWELL LAND, LLC | 20-0920925 | new March 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| HOWELL VERIZON, LLC | 22-3840383 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| KADOSH, L L C | 20-3338508 | new August 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| KEYPORT PROPERTIES, | 20-0895997 | new March 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| LACEY LAND, LLC | 20-0431511 | NEW NOV 2003 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| LAWRENCE LAND, LLC | 20-0431544 | NEW NOV 2003 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| LOAN HOLDING GROUP, | 56-2335922 | NEW 03/03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MAIN STREET STORES, I | 03-0441297 | NEW 5/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MANASQUAN BRANCH LI | 22-3828795 | new 2002 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MAXRA LLC | 22-3799157 | new 2001 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MELVILLE DWEK, LLC | 20-1723263 | NEW OCTOBER 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |

| | | | |
|---|---|---|---|
| MEMORIAL STORES, L L( 20-1257855 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MERIDIAN ROAD FUNER/ 51-0465255 | NEW MAY 2003 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MONMOUTH CONSULTIN 22-3566889 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MONMOUTH PLAZA LLC 22-3604851 | have 2000 T/R | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MONMOUTH ROAD BRO 55-0827478 | NEW 4/03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| MYRTLE AVENUE LAND | 22-3833037 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEPTUNE APTS LLC    22-3811411 | NEW 2001 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEPTUNE CITY STORES 22-3827274 | new 2002 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEPTUNE GAS, LLC    54-2082308 | NEW 11/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEPTUNE INDUSTRIAL L 22-3809274 | NEW 2001 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEPTUNE LIQUORS, LLC 20-1071781 | new april 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEPTUNE MEDICAL, LLC 65-1179669 | NEW 03/03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| NEWPORT WLB, LLC    56-2286373 | new 8/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| OCEAN AVENUE LAND, L 01-0687302 | NEW 5/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| OCEAN DOLLAR, L L C   20-1841719 | NEW OCT 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ORTLEY GAS, L L C    20-2354894 | NEW FEB 05 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| P & Y HOLDINGS LLC   22-3535449 | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| PAVILION METAL LLC -not SE 01-0672798 | NEW 04/17/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| PERTH AMBOY PROPER' 20-1092870 | NEW | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| PITTMAN GAS, LLC     20-1301205 | NEW JUNE 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| RED BANK GAS, LLC    20-3672138 | NEW JULY 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ROCHESTER APTS. LLC 80-0005189 | NEW 2003 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ROSE AVENUE, L L C   20-1041425 | new april 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ROUTE 33 MEDICAL, L L 20-0779219 | NEW 1-26-04 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| ROUTE 66 LAND, LLC   03-0476945 | NEW | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| SDRE | n/a | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| SITE MANAGEMENT     22-3790332 | new 2001 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| SOUTH STREET/FREEHC 02-0619860 | NEW 09/10/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| THE DWEK GROUP      20-4618996 | NEW MARCH 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| TINTON FALLS LAND, LL( 55-0826975 | new 4-03 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WALL COMPLEX, LLC    04-3675367 | NEW 2003 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WALL ESTATES, L L C   20-2801579 | NEW APRIL 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WARETOWN SHOPS, L L 20-4284427 | NEW FEB 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WATERVIEW OFFICES, L 20-2772077 | NEW 3-31-05 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WAYSIDE HILLS I, LLC   02-0619865 | NEW 06/06/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WAYSIDE HILLS II, LLC  03-0462340 | NEW 06/08/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WAYSIDE HILLS III, LLC 04-3889845 | NEW 06/08/02 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WEST BANGS AVENUE, l 20-4496077 | NEW MARCH 2006 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WLB CENTER, L L C     20-1413069 | NEW JULY 2004 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| WLB HIGHWAY, LLC     20-2801572 | NEW MARCH 2005 | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| BROADWAY FLORIDA, LLC | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| 30 BROAD ST LLC | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| LIBERTY ME    50% | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| LIBERTY ME    50% | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| I S ACQUIST   50% | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |
| I S HOLDING   50% | | Real Estate | Capital Mgmt, 167 Monmouth Rd Oakhurst, NJ |

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                    Case No. **07-11757**

Dwek, Solomon                                                            Chapter **11**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................................................................. $ _____

   Prior to the filing of this statement I have received ..................................................................................................... $ _____

   Balance Due ........................................................................................................................................................... $ _____

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **The said Broege, Neumann, Fischer & Shaver, has been paid a retainer of $_-0-_ in connection with the filing of the Chapter 11 proceedings. The said retainer is a retainer against the fees to be determined at the conclusion of these proceedings, or at such intervals and in such amounts as the Court may approve the said compensation and any further compensation to be determined as the Court may allow, in accordance with the provisions of United States Bankruptcy Code.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 7, 2007**
_____              _____
Date                                                    Signature of Attorney

                                        **Broege, Neuamann Fischer & Shaver LLC**
                                        _____
                                        Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A & C Equities, LLC
1563 48th St
Brooklyn, NY  11219-3274


Abraham M. Fallas
717 Ocean Ave Apt 502
Long Branch, NJ  07740-4977


Abraham Shrem
457 Monmouth Rd
West Long Branch, NJ  07764-1263


Alain Ohayon
3504 Rose Ave
Ocean, NJ  07712-3908


Alan R Ostrowitz, Esq
Ostrowitz & Ostrowitz
225 Gordons Corner Rd
Manalapan, NJ  07726-3356


Albert Houllou
1643 E 28th St
Brooklyn, NY  11229-2507


Albert Kassab
1824 E 3rd St
Brooklyn, NY  11223-1937


Albert Shammah
1863 E 26th St
Brooklyn, NY  11229-2437


Amboy National Bank
3590 US Highway 9
Old Bridge, NJ  08857-2765

```
AMC Mortgage
PO Box 769
Orange, CA  92856-6769


America's Servicing Co
PO Box 1820
Newark, NJ  07101-1820


America's Servicing Company
PO Box 1820
Newark, NJ  07101-1829


America's Servicing Company
PO Box 1820
Newark, NJ  07101-1820


Andrew J Kelly Esq
Kelly & Brennen
1800 Route 34 Ste 403
Belmar, NJ  07719-9167


Atlantic Security & Fire, Inc.
1309 Allaire Ave
Ocean, NJ  07712-3503


Aurora
PO Box 78111
Phoenix, AZ  85062-8111


Aurora Savings
PO Box 78111
Phoenix, AZ  85062-8111
```

Aventura Tax Collector
10710 SW 211 St
Room 104
Miami, FL  33189


Barry Associates, LLC
1907 Highway 35
Oakhurst, NJ  07755-2765


BRT Realty Trust
60 Cuttermill Rd Ste 303
Great Neck, NY  11021-3104


Bruce Gordon
2050 Center Ave Ste 560
Fort Lee, NJ  07024-4913


Central Jersey Bank
627 2nd Ave
Long Branch, NJ  07740-5119


Charles Ishay
Gotham Realty
30 Broad St
New York, NY  10004-2304


Charles O. Puth
24 Ridge Rd
Rumson, NJ  07760-1907


Charles S. Amon
30 Negba St
Lakewood, NJ  08701-3661

Chase
PO Box 17000
Dallas, TX  75265


Chevy Chase
PO Box 17000
Baltimore, MD  21297-1000


Citimortgage
PO Box 183040
Columbus, OH  43218-3040


Columbia Bank
Bruce Gordon Esq
2050 Center Ave Ste 560
Fort Lee, NJ  07024-4913


Countrywide Mortgage
PO Box 660694
Columbus, OH  43218


Cutting Edge Lawn Service
17 Tall Oaks Dr
Hazlet, NJ  07730-1930


CW Capital Asset Mangement, LLC
C/O Venable, LLP Attn: Brent Procida
2 Hopkins Plz Ste 1800
Baltimore, MD  21201-2911


D & D Trust
C/O Amboy National Bank
3590 US Highway 9
Old Bridge, NJ  08857-2765

David H. Kamar
1827 E 2457
Brooklyn, NY  11229


David Hillel
PO Box 2262
Long Branch, NJ  07740-2262


Deal Tax Collector
Durant Plaza
Deal, NJ  07723


Dhreem Kitchens, Inc.
5420 Route 9 S
Howell, NJ  07731-3727


Edward C. Stokes III
Stokes & Throckmorton
PO Box 4087
Long Branch, NJ  07740-4087


EMC Mortgage
Zucker Goldberg Ackerman
1139 Spruce Dr
Mountainside, NJ  07092-2221


Eric Phillips
C/O Phillips Real Estate
54 Broad St Ste 200C
Red Bank, NJ  07701-1931


Ezra Grazi
3573 Bedford Ave
Brooklyn, NY  11210-5236

Ezra Missry Family Limited Partnership
100 S Washington Ave
Dunellen, NJ  08812-1692


Four Star Builders
1301 Route 33 Ste 3-E
Neptune, NJ  07753-5181


G M A C
P O Box 830117
Baltimore, MD  21283-0117


G M A C
P O Box 830177
Baltimore, MD  21283-0001


Greenpoint Mortgage
2300 Brookstone Centre Pkwy
Columbus, GA  31904-4500


Herzel Tuvel
37 Lake Ave
Deal, NJ  07723


Heshy Brachfeld
4516 17th Ave
Brooklyn, NY  11204-1110


Howell Township Tax Collector
251 Preventorium Rd
PO Box 580
Howell, NJ  07731-0580

Howell Twp Tax Collector
P O Box 580
251 Preventorium Road
Howell, NJ  07731


HSBC Bank
David Ravin
1 Boland Dr
West Orange, NJ  07052-3686


Imperial Tile And Marble Company, Inc.
Shrewsbury Plaza
1140 J Broad St
Shrewsbury, NJ  07702


Indymac
1 National City Pkwy
Kalamazoo, MI  49009-8003


Internal Revenue Service
Special Procedure Section
PO Box 744
Springfield, NJ  07081-0744


Isaac J. Dweck
787 Ocean Ave Apt 503
Long Branch, NJ  07740-4929


Jack Cabasso
130 McGaw Dr
Edison, NJ  08837-3725


Jack Hakim
8 Tulip Ct
Oakhurst, NJ  07755-1659

Jack Hakim & AJH Investments
8 Tulip Ct
Oakhurst, NJ   07755-1659


Jack Yedid
1572 E. 101th Street
Brooklyn, NY   11230


Jerome Shapiro
23 Ridge Rd
West Long Branch, NJ   07764-1232


Joseph And Rachel Franco
323 Avenue I
Brooklyn, NY   11230-2617


Lakeland Bank
Mitchell B Seidman
777 Terrace Ave 5th Fl
Hasbrouck Heights, NJ   07604-3110


Lakewood Tax Collector
Municipal Building
231 3rd St
Lakewood, NJ   08701-3220


Larry Bennet Construction, Inc.
299 Squankum Rd
Farmingdale, NJ   07727-3755


Lee D Gottesman Esq
509 Main Street
PO Box 1508
Toms River, NJ   08754-1508

Leonard S. Needle, Esq.
Leonard S. Needle, P.A.
20 Cedar Ave
Fair Haven, NJ  07704-6470


Lewes Tax Collector
PO Box 227
Lewes, DE  19958-0227


Lindstrom, Diessner & Carr, P.C.
136 Drum Point Rd
Brick, NJ  08723-6275


Lisa Kohen
425 Runyan Avenue
Deal, NJ  07723


Lisa S. Bonsall
Mc Carter & English
4 Gateway Ctr
Newark, NJ  07102-4062


Long Branch Tax Collector
City Hall
344 Broadway
Long Branch, NJ  07740-6938


M. Rudow Contractors
PO Box 826
Jackson, NJ  08527-0826


Magyar Bank
582 Milltown Rd
North Brunswick, NJ  08902-3327

Max Sutton
401 Brookside Ave
Oakhurst, NJ   07755-1401


Meyer Kesserman
18 Bradshaw Rd
Lakewood, NJ   08701-3126


Miami Beach Tax Collector
140 W Flagler
First Floor
Miami, FL   33130


Michael Kahme
Hill Wallack
202 Carnegie Ctr
Princeton, NJ   08540-6239


Monmouth Excavators
974 Highway 33
Freehold, NJ   07728-8494


Monmouth Realty Group, LLC
425 Runyan Ave
Deal, NJ   07723-1447


Morris Cabasso
130 McGaw Dr
Edison, NJ   08837-3725


Morris Missry Family Limited Partnership
100 S Washington Ave
Dunellen, NJ   08812-1692

Neptune City Tax Collector
106 W Sylvania Ave
Neptune, NJ  07753-6428


Neptune Tax Collector
25 Neptune Blvd
Neptune, NJ  07753-4814


Ocean Township Tax Collector
Township Hall
399 Monmouth Rd
Oakhurst, NJ  07755-1550


Option One
PO Box 44042
Jacksonville, FL  32231-4042


Option One Mortgage
PO Box 44042
Jacksonville, FL  32231-4042


Park Avenue Bank
Jerold  C Feuerstein
190 Moore St Ste 430
Hackensack, NJ  07601-7418


Peapack-Gladstone Bank
1528 Route 208 North
PO Box 178
Gladstone, NJ  07934-0178


Peter A. Forgosh
Day Pitney Llp
200 Campus Dr
Florham Park, NJ  07932-1007

PNC Bank, National Association
Two Center Tower Blvd
East Brunswick, NJ  08816


Rachamin M. Nahem
1115 Carolina St
Lakewood, NJ  08701-2124


Rafael Aboud
1863 E 26th St
Brooklyn, NY  11229-2437


Ralph S. Sutton
135 Madison Ave 4th Fl
New York, NY  10016-6712


Richard K, Coplon Esq
Hellring Lindeman
1 Gateway Ctr
Newark, NJ  07102-5310


RMS Associates, LLC
C.O Ralph S Sutton
135 Madison Ave 4th Fl
New York, NY  10016-6712


Ron The Floor Guy, LLC
16 Tucker Dr
Neptune, NJ  07753-6235


Roosevelt Tax Collector
Boro Hall
33 N Rochdale Ave
Roosevelt, NJ  08555

Saul And Evelyn Safdieh
752 Shrewsbury Ave
Long Branch, NJ  07740-5028


Saul And Murray Betesh
12 Cedar Ave
Long Branch, NJ  07740-5112


Saul Ewing, LLP
750 College Rd E Ste 100
Princeton, NJ  08540-6617


Sovereign Bank
619 Alexander Rd
Princeton, NJ  08540-6003


State Of New Jersey
Dept Of Labor & Workforce
P O Box
Trenton, NJ  08646-0929


Stephen M Packman
Archer & Greiner
1 Centennial Sq
Haddonfield, NJ  08033-2332


Sun Life Assurance Company Of Canada
One Sun Life Executive Park
Wellesley Hills, MA  02481


Sun National Bank
Frank Peis, Sr. VP
226 W Landis Ave
Vineland, NJ  08360-8145

Sylvana Dwek
333 Holly Ter
Deal, NJ  07723-1422


Technical Steel And Panel Erectors
215 Schooner Cir
Neptune, NJ  07753-5227


Thomas W. Halm, Jr.
Buchanan Ingersoll
700 Alexander Park
Princeton, NJ  08540-6351


Timothy P. Duggan
Stark & Stark
993 Lenox Drive
Princeton, NJ  08543


U S Environmental Protection Agency
200 Broadway
17th Floor
New York, NY  10007


Valley National Bank
Lisa S Bonsall Esq
4 Gateway Ctr
Newark, NJ  07102-4062


Victor Franco
Leonard S. Needle Esq
20 Cedar Ave
Fair Haven, NJ  07704-3237


Vincent Manning
Manning Caliendo & THomso
36 W Main St
Freehold, NJ  07728-2261

```
Washington Mutual
1301 2nd Aven
Wmc 3501
Seattle, WA  98101


Wells Fargo Mortgage
PO Box 54780
Los Angeles, CA  90054-0780


West Long Branch Tax Collector
965 Broadway
PO Box 639
West Long Branch, NJ  07764-0639


World Savings
PO Box 650011
Dallas, TX  75265-0011


Yardville National Bank
2465 Kuser Rd
Trenton, NJ  08690-3303
```

FORM B10 (Official Form 10) (4/07)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF   NEW JERSEY | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>SOLOMON DWEK | Case Number<br>07-11757 (KCF) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**WASHINGTON MUTUAL BANK**<br><br>Name and address where notices should be sent:<br>Washington Mutual Bank<br>c/o Stephen M. Packman, Esquire<br>One Centennial Square<br>Haddonfield, NJ 08033<br>Telephone number:  856-795-2121 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☑ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim | ☐ replaces<br>☐ amends | a previously filed claim, dated: _____ |
|---|---|---|---|

**1. Basis for Claim**

☐ Goods sold
☐ Services performed
☑ Money loaned

☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Other  Guarantees, Breach of Contract, Fraud
        additional claims and causes of action

☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS#: _____
   Unpaid compensation for services performed
From: _____ to _____
     (date)       (date)

| **2. Date debt was incurred:**<br>Various Dates | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $15,144,608.84

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all of which is entitled to priority.

Amount entitled to priority  $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 da before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contribution to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**

☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral: See Attached List
☑ Real Estate   ☐ Other _____
☐ Motor Vehicle

       Value of Collateral:   Suncertain

Amount of arrearage and other charges at time case filed included in secured claim, if any: **See Attached**

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other- Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **5. Total Amount of Claim at Time Case Filed:** | $15,144,608.84<br>(unsecured) | $7,237,963.75<br>(secured) | _____<br>(priority) | $22,382,572.59<br>(Total) |
|---|---|---|---|---|

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>6/26/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*[signature]*<br>JOSEPH A. GUARNIERI, FIRST VICE-PRESIDENT |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---DEFINITIONS---

**Debtor**

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

**Unsecured Claim**

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

# Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
   Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
   Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
   If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Classification of Claim**
   **Secured Claim:**
   Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was

filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

5. **Total Amount of Claim at Time Case Filed:**
   Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

6. **Credits:**
   By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:**
   You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

Secured:

| | |
|---|---|
| 9 Roseld Ct., Deal, NJ | $640,228.56 |
| 101 W. Palmer Ave., W. Long Branch, NJ | $849,414.18 |
| 39 Lake Drive, Roosevelt, NJ | $249,456.12 |
| 104 Crosby Ave., Deal, NJ | $1,714,129.16 |
| 390 Wells Ave., Oakhurst, NJ | $321,548.21 |
| 311 Crosby Ave., Deal, NJ | $1,573,641.51 |
| 113 Mountainview Road, Lakewood, NJ | $310,840.33 |
| 404 Crosby Ave., Deal, NJ | $893,260.49 |
| 310 Nighthawk Lane, Jackson, NJ | $148,433.41 |
| 19966 Northeast 36 Place, Aventura, FL | $537,011.78 |
| **SECURED TOTAL DUE AS OF 2/9/07** | $7,237,963.75 |

Unsecured:

| | |
|---|---|
| 6201 US Highway 9, Howell, NJ | $1,181,613.10 |
| 485-493 Brick Blvd., Brick Twp., NJ | $1,183,915.12 |
| 1801 Route 88, Brick Twp., NJ | $1,683,985.51 |
| 2126-2132 Route 88, Brick Twp., NJ | $719,564.05 |
| 708 Highway 35, Neptune, NJ | $1,616,181.52 |
| 440 Black Horse Pike, Gloucester Twp., NJ | $646,627.89 |
| Third and Union Avenue, Neptune, NJ | $3,985,292.98 |
| 2100 State Highway Route 34, Wall, NJ | $2,280,830.86 |
| 1001 Norwood Ave., Long Branch, NJ | $1,846,597.81 |
| UNSECURED TOTAL DUE AS OF 2/9/07 | $15,144,608.84 |

The claim amounts are exclusive of attorney's fees and cost incurred and to be incurred, accruing interest and additional fees and charges. Washington Mutual Bank is engaged in ongoing discovery and other investigations which may result in additional claims for damages being

brought against the Debtor and others. Accordingly, this claim is filed without prejudice to, and without waiver of, any and all claims, rights and remedies of the claimant, including additional claims which Washington Mutual Bank has and may have against the Debtor and others, and including its right to amend this proof of claim to assert such additional claims and damages.

2711933v1



AFTE
RR Wash
C/O MA LUT
126 A MS
GAR ROT A 92

DEFINITIONS

Words used ple section
in Sections 3 3, 18, 2(
document aro ovided in

(A) "Security ent" mean
together with ers to this
(B) "Borrower" OLOMON I

Borrower is the gagor unde
(C) "Lender" is     Washingt
Lender is a                Ba
of  United Stat of Ameri

            400 Eas
Lender is the mor gee under th
(D) "Note" means e promissory
The Note states tha Borrower ov

Dollars (U.S. $     602,000.00
regular Periodic Payments and to
(E) "Property" means the propert
in the Property."
(F) "Loan" means the debt eviden
charges  due under the Note, an

NEW JERSEY
7323.2 (02-01)

MAY 9 2006

**(G)** "**Riders**" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

[x] Adjustable Rate Rider     [ ] Condominium Rider     [x] 1-4 Family Rider
[ ] Graduated Payment Rider     [ ] Planned Unit Development Rider     [ ] Biweekly Payment Rider
[ ] Balloon Rider     [ ] Rate Improvement Rider     [ ] Second Home Rider
[ ] Other(s) [specify]

**(H)** "**Applicable Law**" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(I)** "**Community Association Dues, Fees, and Assessments**" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(J)** "**Electronic Funds Transfer**" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(K)** "**Escrow Items**" means those items that are described in Section 3.

**(L)** "**Miscellaneous Proceeds**" means any compensation, settlement, award of damages, or proceeds, whether by way of judgment, settlement or otherwise, paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(M)** "**Mortgage Insurance**" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(N)** "**Periodic Payment**" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(O)** "**RESPA**" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(P)** "**Successor in Interest of Borrower**" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note; and (iii) the performance of all agreements of Borrower to pay fees and charges arising out of the Loan whether or not herein set forth. For this purpose, Borrower does hereby mortgage, grant and convey to Lender the

**TO BE RECORDED**

03-2441-070518812-6

following described property located in _____Monmouth_____ County, New
Jersey:
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.


which currently has the address of _9 ROSELD COURT_____,
                                                                    [Street]

_____DEAL_____ , New Jersey _____07723_____ ("Property Address"):
          [City]                                      [Zip Code]

    TOGETHER WITH all the improvements now or hereafter erected on the property, and all
easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements
and additions shall also be covered by this Security Instrument. All of the foregoing is referred to
in this Security Instrument as the "Property."

    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed
and has the right to grant and convey the Property and that the Property is unencumbered, except
for encumbrances of record. Borrower warrants and will defend generally the title to the Property
against all claims and demands, subject to any encumbrances of record.

    THIS SECURITY INSTRUMENT combines uniform covenants for national use and
non-uniform covenants with limited variations by jurisdiction to constitute a uniform security
instrument covering real property.

    UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
    1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.
Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and
any prepayment charges and late charges due under the Note. Borrower shall also pay funds for
Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument
shall be made in U.S. currency. However, if any check or other instrument received by Lender as
payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may
require that any or all subsequent payments due under the Note and this Security Instrument be
made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c)
certified check, bank check, treasurer's check or cashier's check, provided any such check is
drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or
entity; or (d) Electronic Funds Transfer.
    Payments are deemed received by Lender when received at the location designated in the
Note or at such other location as may be designated by Lender in accordance with the notice
provisions in Section 15. Lender may return any payment or partial payment if the payment or
partial payments are insufficient to bring the Loan current. Lender may accept any payment or
partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or
prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not
obligated to apply such payments at the time such payments are accepted. If each Periodic

03-2441-070518812-6

Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

  **2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

  If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

  Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

  **3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance of the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke

03-2441-070518812-6

the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than twelve monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than twelve monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

4. Charges; Liens. Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

03-2441-070518812-6

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Lender may purchase such insurance from or through any company acceptable to Lender including, without limitation, an affiliate of Lender, and Borrower acknowledges and agrees that Lender's affiliate may receive consideration for such purchase. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such polices shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

Borrower hereby absolutely and irrevocably assigns to Lender all of Borrower's right, title and interest in and to all proceeds from any insurance policy (whether or not the insurance policy was required by Lender) that are due, paid or payable with respect to any damage to such property, regardless of whether the insurance policy is established before, on or after the date of this Security Instrument. By absolutely and irrevocably assigning to Lender all of Borrower's rights to receive any and all proceeds from any insurance policy, Borrower hereby waives, to the full extent allowed by law, all of Borrower's rights to receive any and all of such insurance proceeds.

Borrower hereby absolutely and irrevocably assigns to Lender all of Borrower's right, title and interest in and to (a) any and all claims, present and future, known or unknown, absolute or contingent, (b) any and all causes of action, (c) any and all judgments and settlements (whether through litigation, mediation, arbitration or otherwise), (d) any and all funds sought against or from any party or parties whosoever, and (e) any and all funds received or receivable in connection with any damage to such property, resulting from any cause or causes whatsoever,

03-2441-070518812-6

including but not limited to, land subsidence, landslide, windstorm, earthquake, fire, flood or any other cause.

Borrower agrees to execute, acknowledge if requested, and deliver to Lender, and/or upon notice from Lender shall request any insurance agency or company that has issued any insurance policy to execute and deliver to Lender, any additional instruments or documents requested by Lender from time to time to evidence Borrower's absolute and irrevocable assignments set forth in this paragraph.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

6. **Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within sixty days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

7. **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, or remove or demolish any building thereon, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in good condition and repair in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property in good and workmanlike manner if damaged to avoid further

03-2441-070518812-6

deterioration or damage. Lender shall, unless otherwise agreed in writing between Lender and Borrower, have the right to hold insurance or condemnation proceeds. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause. Lender does not make any warranty or representation regarding, and assumes no responsibility for, the work done on the Property, and Borrower shall not have any right to rely in any way on any inspection(s) by or for Lender or its agent. Borrower shall be solely responsible for determining that the work is done in a good, thorough, efficient and workmanlike manner in accordance with all applicable laws.

Borrower shall (a) appear in and defend any action or proceeding purporting to affect the security hereof, the Property or the rights or powers of Lender; (b) at Lender's option, assign to Lender, to the extent of Lender's interest, any claims, demands, or causes of action of any kind, and any award, court judgement, or proceeds of settlement of any such claim, demand or cause of action of any kind which Borrower now has or may hereafter acquire arising out of or relating to any interest in the acquisition or ownership of the Property. Lender shall not have any duty to prosecute any such claim, demand or cause of action. Without limiting the foregoing, any such claim, demand or cause of action arising out of or relating to any interest in the acquisition or ownership of the Property may include (i) any such injury or damage to the Property including without limit injury or damage to any structure or improvement situated thereon, (ii) or any claim or cause of action in favor of Borrower which arises out of the transaction financed in whole or in part by the making of the loan secured hereby, (iii) any claim or cause of action in favor of Borrower (except for bodily injury) which arises as a result of any negligent or improper construction, installation or repair of the Property including without limit, any surface or subsurface thereof, or of any building or structure thereon or (iv) any proceeds of insurance, whether or not required by Lender payable as a result of any damage to or otherwise relating to the Property or any interest therein. Lender may apply, use or release such monies so received by it in the same manner as provided in Paragraph 5 for the proceeds of insurance.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting

03-2441-070518812-6

and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

10. Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage

03-2441-070518812-6

insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. Assignment of Miscellaneous Proceeds; Forfeiture. All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is

less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgement, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgement, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** This Security Instrument cannot be changed or modified except as otherwise provided herein or by agreement in writing signed by Borrower, or any Successor in interest to Borrower and Lender. Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successor in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy. No waiver by Lender of any right under this Security Instrument shall be effective unless in writing. Waiver by Lender of any right granted to Lender under this Security Instrument or of any provision of this Security Instrument as to any transaction or occurrence shall not be deemed a waiver as to any future transaction or occurrence.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by

03-2441-070518812-6

Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. Borrower shall pay such other charges as Lender may deem reasonable for services rendered by Lender and furnished at the request of Borrower, any Successor in interest to Borrower or any agent of Borrower. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to *agree by contract or it might be silent,* but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the

03-2441-070518812-6

conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgement enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument,

NEW JERSEY
73232 (02-01)

**TO BE RECORDED**

03-2441-070518812-6

and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substance in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use, or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

03-2441-070518812-6

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property; (e) the Borrower's right to reinstate after acceleration and the right assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure; and (f) any other disclosure required under the Fair Foreclosure Act, codified at subsection 2A:50-53 et seq. of the New Jersey Statutes, or other Applicable Law. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence permitted by Rules of Court. If Borrower or any successor in interest to Borrower files (or has filed against Borrower or any successor in interest to Borrower) a bankruptcy petition under Title II or any successor title of the United States Code which provides for the curing of prepetition default due on the Note, interest at a rate determined by the Court shall be paid to Lender on post-petition arrears.

23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall cancel this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is not prohibited by Applicable Law.

24. No Claim of Credit for Taxes. Borrower will not make deduction from or claim credit on the principal or interest secured by this Security Instrument by reason of any governmental taxes, assessments or charges. Borrower will not claim any deduction from the taxable value of the Property by reason of this Security Instrument.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.



NEW JERSEY
73232 (02-01)

TO BE RECORDED

03-2441-070518812-6

x _____l_____

SOLOMON DWEK

---

---------------- (Space Below This Line For Acknowledgment) ----------------

STATE OF NEW JERSEY ___Monmouth_____ County ss:

On this _____15Th Day November 2005_ before me, the subscriber, personally appeared Solomon Dwek

who I am satisfied, _____ the person(s) named in and who executed the within instrument, and thereupon acknowledged that _____ signed, sealed and delivered the same as _____ act and deed, for the purposes therein expressed.

By _____

JEROME SHAPIRO, AN
ATTORNEY AT LAW
OF NEW JERSEY

Name: _____
Notary Public

My commission expires: _____

ORIGINAL DOCUMENT POOR QUAL.T

## SCHEDULE "A"

**BEGINNING** at a point in the easterly line or Roseld Court, said point being distant 392.4 feet northerly from the intersection formed by the easterly line of Roseld Court and the northerly line of Roseld Avenue and running from thence (1) North 24 degrees 30 minutes East along the easterly line of Roseld Court a distance of 50.75 feet to a point;

**THENCE** (2) continuing along the easterly line of Roseld Court on a course bearing to the left having a radius of 44 feet, a distance of 9.25 feet to a point;

**THENCE** (3) South 65 degrees 30 minutes East, a distance of 138.07 feet to a point;

**THENCE** (4) South 13 degrees 43 minutes 25 seconds West, a distance of 61.07 feet to a point;

**THENCE** (5) North 65 degrees 30 minutes West, a distance of 148.39 feet to a point in the easterly line of Roseld Court and the place of **BEGINNING**.

**BEING** all of Lot #11 as shown on map of Deal Gables, Deal, Monmouth County, New Jersey, made by J. W. Seaman, C.E., Long Branch, New Jersey March 1927, and filed in the Office of the Clerk of the County of Monmouth as Case 36 Sheet A.

**BEING** the same premises described in a Deed from Carl E. School and Lynn A. Schools, his wife, dated July 1, 1976, and recorded in the Monmouth County Clerk's Office in Book 3978 of Deed on page 814, July 6, 1976.

**SAID PREMISES** being known as and by the Street Number 9 Roseld Court, Deal, New Jersey.

# ADJUSTABLE RATE NOTE
## (12-MTA Index - Payment and Rate Caps)

03-2441-070518812-6

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. MY MONTHLY PAYMENT INCREASES WILL HAVE LIMITS WHICH COULD RESULT IN THE PRINCIPAL AMOUNT I MUST REPAY BEING LARGER THAN THE AMOUNT I ORIGINALLY BORROWED, BUT NOT MORE THAN __125%__ OF THE ORIGINAL AMOUNT (OR $ __752,500.00__ ). MY INTEREST RATE CAN NEVER EXCEED THE LIMIT STATED IN THIS NOTE OR ANY RIDER TO THIS NOTE. A BALLOON PAYMENT MAY BE DUE AT MATURITY.

__November 15, 2005__        __OAKHURST__      __New Jersey__
                            (City)              (State)

__9 ROSELD COURT, DEAL, NJ 07723__
(Property Address)

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ __602,000.00__ plus any amounts added in accordance with Section 4 (G) below, (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is __Washington Mutual Bank, FA__ . I will make all payments under this Note in form of cash, check or money order. I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder".

## 2. INTEREST

Interest will be charged on unpaid Principal until the full amount has been paid. Up until the first day of the calendar month that immediately precedes the first payment due date set forth in Section 3 of this Note, I will pay interest at a yearly rate of __7.726__ %. Thereafter until the first Change Date (as defined in Section 4 of this Note) I will pay interest at a yearly rate of __2.325__ %. The interest rate required by this Section 2 and Section 4 of this Note is the Rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS
### (A) Time and Place of Payments

I will pay Principal and interest by making payments every month. In this Note, "payments" refer to Principal and interest payments only, although other charges such as taxes, insurance and/or late charges may also be payable with the monthly payment.

I will make my monthly payments on __1st__ day of each month beginning on __January, 2006__ , I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied to interest before Principal. If, on __December 1, 2035__ , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date".

I will make my monthly payments at __9451 CORBIN AVE, NORTHRIDGE, CA 91324__ _____ , or at a different place if required by the Note Holder.

### (B) Amount of My Initial Monthly Payments

Each of my monthly payments until the first Payment Change Date will be in the amount of U.S. $__2,324.22__ , unless adjusted at an earlier time under Section 4(H) of this Note.

03-2441-070518812-6

**(C) Payment Changes**

My monthly payment will be recomputed, according to Sections 4(E)(F)(G)(H) and (I) of this Note, to reflect changes in the Principal balance and interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

**4.   INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**

The interest rate I will pay may further change on the __1st__ day of ____January, 2006____, and on that day every month thereafter. Each such day is called a "Change Date".

**(B) The Index**

On each Change Date, my interest rate will be based on an Index. The "Index" is the Twelve-Month Average, determined as set forth below, of the annual yields on actively traded United States Treasury Securities adjusted to a constant maturity of one year as published by the Federal Reserve Board in the Federal Reserve Statistical Release entitled "Selected Interest Rates (H.15)" (the "Monthly Yields"). The Twelve-Month Average is determined by adding together the Monthly Yields for the most recently available twelve months and dividing by 12.

The most recent Index figure available as of 15 days before each interest rate Change Date is called the "Current Index". If the Index is no longer available, the Note Holder will choose a new index which is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding ____Four & Four-Tenths____ percentage points __4.400__ % ("Margin") to the Current Index. The Note Holder will then round the result of this addition to the nearest one-thousandth of one percentage point (0.001%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date. In the event a new Index is selected, pursuant to paragraph 4(B), a new Margin will be determined. The new Margin will be the difference between the average of the old Index for the most recent three year period which ends on the last date the Index was available plus the Margin on the last date the old Index was available and the average of the new Index for the most recent three year period which ends on that date (or if not available for such three year period, for such time as it is available). This difference will be rounded to the next higher 1/8 of 1%.

**(D) Interest Rate Limit**

My interest rate will never be greater than ____Eleven & Twenty-Five-Hundredths____ percentage points __11.250__ % ("Cap"), except that following any sale or transfer of the property which secures repayment of this Note after the first interest rate Change Date, the maximum interest rate will be the higher of the Cap or 5 percentage points greater than the interest rate in effect at the time of such sale or transfer.

**(E) Payment Change Dates**

Effective every year commencing ____January 1, 2007____, and on the same date each twelfth month thereafter ("Payment Change Date"), the Note Holder will determine the amount of the monthly payment that would be sufficient to repay the projected principal balance I am expected to owe as of the Payment Change Date in full on the Maturity Date at the interest rate in effect 45 days prior to the Payment Change Date in substantially equal payments. The result of this calculation is the new amount of my monthly payment, subject to Section 4(F) below, and I will make payments in the new amount until the next Payment Change Date unless my payments are changed earlier under Section 4(H) of this Note.

**(F) Monthly Payment Limitations**

Unless Section 4(H) and 4(I) below apply, the amount of my new monthly payment, beginning with a Payment Change Date, will be limited to 7 1/2% more or less than the amount I have been paying. This payment cap applies only to the principal payment and does not apply to any escrow payments Lender may require under the Security Instrument.

03-2441-070518812-6

**(G) Changes in My Unpaid Principal Due to Negative Amortization or Accelerated Amortization**

Since my payment amount changes less frequently than the interest rate and since the monthly payment is subject to the payment limitations described in Section 4(F), my monthly payment could be less or greater than the amount of the interest portion of the monthly payment that would be sufficient to repay the unpaid Principal I owe at the monthly payment date in full on the maturity date in substantially equal payments. For each month that the monthly payment is less than the interest portion, the Note Holder will subtract the monthly payment from the amount of the interest portion and will ad the difference to my unpaid Principal, and interest will accrue on the amount of this difference at the current interest rate. For each month that the monthly payment is greater than the interest portion, the Note Holder will apply the excess towards a principal reduction of the Note.

**(H)  Limit on My Unpaid Principal; Increased Monthly Payment**

My unpaid principal can never exceed a maximum amount equal to ___125%___ of the principal amount original borrowed. In the event my unpaid Principal would otherwise exceed that ___125%___ limitation, I will begin paying a new monthly payment until the next Payment Change Date notwithstanding the 7 1/2% annual payment increase limitation. The new monthly payment will be an amount which would be sufficient to repay my then unpaid Principal in full on the maturity date at my interest rate in effect the month prior to the payment due date in substantially equal payments.

**(I)  Required Full Monthly Payment**

On the ___FIFTH___ anniversary of the due date of the first monthly payment, and on that same day every ___FIFTH___ year thereafter, the monthly payment will be adjusted without regard to the payment cap limitation in Section 4(F).

**(J)  Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**(K) Failure to Make Adjustments**

If for any reason Note Holder fails to make an adjustment to the interest rate or payment amount as described in this Note, regardless of any notice requirement, I agree that Note Holder may, upon discovery of such failure, then make the adjustment as if they had been made on time. I also agree not to hold Note Holder responsible for any damages to me which may result from Note Holder's failure to make the adjustment and to let the Note Holder, at its option, apply any excess monies which I may have paid to partial Prepayment of unpaid Principal.

**5.  BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment". When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full prepayment or partial prepayments without paying any prepayment charge. The Note Holder will apply all of my prepayments to reduce the amount of principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the principal amount of the Note. If I make a partial prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial prepayment may have the effect of reducing the amount of my monthly payments, but only after the first Payment Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

**6.  LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then; (a) any such loan charge shall be reduced by the amount

03-2441-070518812-6

necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

  **Miscellaneous Fees:** I understand that the Note Holder will also charge a return item charge in the event a payment that I make in connection with repayment of this loan is not honored by the financial institution on which it is drawn. The current fee is $ __15.00__ . Lender reserves the right to change the fee from time to time without notice except as may be required by law.

**7.  BORROWER'S FAILURE TO PAY AS REQUIRED**

  **(A) Late Charges for Overdue Payments**

  If the Note Holder has not received the full amount of any monthly payment by the end of __Fifteen__ calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be __5.000__ % of my overdue payment of Principal and interest. I will pay this late charge promptly but only once of each late payment.

  **(B) Default**

  If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

  **(C) Notice of Default**

  If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 10 days after the date on which the notice is delivered or mailed to me (or, if the Federal National Mortgage Association or the Federal Home Loan Mortgage Corporation buys all or part of Lender's rights under the Security Instrument, in which case the notice will specify a date, not less than 30 days from the date the notice is given the Borrower).

  **(D) No Waiver By Note Holder**

  Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

  **(E) Payment of Note Holder's Costs and Expenses**

  If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note, whether or not a lawsuit is brought, to the extent not prohibited by Applicable Law. Those expenses include, for example, reasonable attorneys' fees.

**8.  GIVING OF NOTICES**

  Unless Applicable Law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

  Any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**9.  OBLIGATIONS OF PERSONS UNDER THIS NOTE**

  If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

03-2441-070518812-6

### 10. WAIVERS

I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

### 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) the request to assume is made after one year following recordation of the Deed of Trust, (b) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (c) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument or other obligations related to the Note or other loan document is acceptable to Lender, (d) Assuming party executes Assumption Agreement acceptable to Lender at its sole choice and discretion, which Agreement may include an increase to Cap as set forth below and (e) payment of Assumption Fee if requested by Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption and Lender may increase the maximum rate limit to the higher of the Cap or 5 percentage points greater than the interest rate in effect at the time of the transfer. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender has entered into a written Assumption Agreement with transferee and formally releases Borrower.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

### 12. MISCELLANEOUS PROVISIONS

In the event the Note Holder at any time discovers that this Note or the Security Instrument or any other document related to this loan, called collectively the "Loan Documents," contains an error which was caused by a clerical or ministerial mistake, calculation error, computer error, printing error or similar error (collectively "Errors"), I agree, upon notice from the Note Holder, to reexecute any Loan Documents that are necessary to correct any such Errors and I also agree that I will not hold the Note Holder responsible for any damage to me which may result from any such Errors.

If any of the Loan Documents are lost, stolen, mutilated or destroyed and the Note Holder delivers to me an indemnification in my favor, signed by the Note Holder, then I will sign and deliver

03-2441-070518812-6

to the Note Holder a Loan Document identical in form and content which will have the effect of the original for all purposes.

**WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.**

x _____

SOLOMON DWEK