UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WASHINGTON MUTUAL BANK,            :
                                   :
                                   :  08 Civ 2154
            Plaintiff,             :
                                   :
    - against -                    :  **NOTICE OF CONFERENCE**
                                   :
LAW OFFICE OF ROBERT JAY GUMENICK, :
P.C. ET AL.,                       :
                                   :
            Defendants.            :
------------------------------------X

**VICTOR MARRERO**, United States District Judge.

    All parties are advised that a conference before Judge Marrero has been scheduled for May 30, 2008 at 3:15 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

    Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
          22 May 2008

                                    Victor Marrero
                                       U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08
```