

## ARCHER & GREINER, P.C.
### ATTORNEYS AT LAW

**STEPHEN M. PACKMAN**
*Also Member of Pennsylvania and New York Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

Email Address:
spackman@archerlaw.com

Direct Dial:
(856) 354-3078

Direct Fax:
(856) 673-7078

May 22, 2008

*[Stamp: SDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ FILED: 5-22-08]*

**VIA FACSIMILE (212) 805-6382**
The Honorable Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Washington Mutual Bank v. Robert Jay Gumenick, et al.
      United States District Court, SDNY, Case No. 1:08-cv-02154 (VM)

Dear Judge Marrero:

This law firm represents the plaintiff, Washington Mutual Bank, in the above referenced matter. Pursuant to Your Honor's Notice of Conference dated May 22, 2008, a status conference has been scheduled for May 30, 2008 at 3:15 p.m. I will be out of the state on a pre-paid vacation from May 25, 2008 until June 1, 2008. As principal trial counsel, I am respectfully requesting that the status conference be adjourned for the week of June 9, on a date convenient for Your Honor.

Counsel for the Defendants consents to this request and has confirmed his availability during the week of June 9. This is WaMu's first request for an adjournment.

Request GRANTED. The *initial status* conference herein is rescheduled to *6-13-08* at *1:30 p.m.*

**SO ORDERED.**

*5-22-08*
DATE    VICTOR MARRERO, U.S.D.J.

Sincerely,

STEPHEN M. PACKMAN

cc:   Brett A. Scher, Esquire (via facsimile at (212) 490-3038)
      Justin Ross Leitner, Esquire (via facsimile at (212) 490-3038)

3318957v1

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One South Broad Street
Suite 1600
Philadelphia, PA 19107
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-529-4568