UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON MUTUAL BANK,<br><br>      Plaintiff,<br><br>  v.<br><br>LAW OFFICE OF ROBERT JAY GUMENICK, P.C. and ROBERT JAY GUMENICK,<br><br>      Defendants. | Civil Action<br><br>Case No. : 08 CV 02154 (VM) (FM) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I have served upon all parties on the attached service list a true and correct copy of the Opposition of Plaintiff, Washington Mutual Bank to Defendants' Motion to Dismiss, or Alternatively, to Stay Proceedings by Federal Express.

Dated:  May 23, 2008
    Haddonfield, New Jersey

Respectfully submitted,

ARCHER & GREINER,
A Professional Corporation
Attorneys for Plaintiff

BY:<u>   /s/ Stephen M. Packman</u>
   STEPHEN M. PACKMAN

One Centennial Square
Haddonfield, NJ  08033
(856) 795-2121
(856) 673-7078
and
2 Penn Plaza, Suite 1500
New York, New York 10121

## SERVICE LIST

Justin Ross Leitner, Esquire  
Wilson Elser Moskowitz  
  Edelman & Dicker LLP  
150 East 42nd Street  
New York, NY 10017  
Telephone:  (212)-490-3000  
Facsimile:  (212)-490-3038  
Email:  justin.leitner@wilsonelser.com

Brett Scher, Esquire  
Wilson Elser Moskowitz  
  Edelman & Dicker LLP  
150 East 42nd Street  
New York, NY 10017  
Telephone:  (212)-490-3000  
Facsimile:  (212)-490-3038  
Email:  brett.scher@wilsonelser.com

3322015v1