

**ARCHER & GREINER, P.C.**
ATTORNEYS AT LAW

STEPHEN M. PACKMAN
*Also Member of Pennsylvania and New York Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

Email Address:
spackman@archerlaw.com

Direct Dial:
(856) 354-3078

Direct Fax:
(856) 673-7078

June 9, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-10-08

**VIA FACSIMILE (212) 805-6382**
The Honorable Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Washington Mutual Bank v. Robert Jay Gumenick, et al.
     United States District Court, SDNY, Case No. 1:08-cv-02154 (VM)

Dear Judge Marrero:

As you are aware, this law firm represents the plaintiff, Washington Mutual Bank ("WaMu"), in the above referenced matter. Defendants filed a Motion to Dismiss Pursuant to Fed. R.Civ.P. 12(b)(6), or Alternatively, to Stay Proceedings (the "Motion") on or about May 14, 2008. WaMu filed its opposition to the Motion (the "Opposition") on May 23, 2008. We received Defendants' reply to the Opposition (the "Reply") on or about June 2, 2008.

It is our understanding that Your Honor has not yet ruled upon the Motion. By this correspondence, WaMu respectfully requests the right to file a brief sur-reply memoranda in response to several of the issues raised by Defendants in their Reply.

> Request DENIED. The Court's Individual Practices do not provide for sur-replies, and the Court finds nothing in this case to warrant a departure.
> SO ORDERED:
> 6-10-08
> DATE          MARRERO, U.S.D.J.

Sincerely,

STEPHEN M. PACKMAN

cc:  Brett A. Scher, Esquire (via facsimile at (212) 490-3038)
     Justin Ross Leitner, Esquire (via facsimile at (212) 490-3038)